UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV<br>          Plaintiff,<br><br>v.<br><br>PARAMETRIC TECHNOLOGY<br>CORPORATION, CDI CORPORATION,<br>LISA WALES, and CONNECTICUT<br>GENERAL LIFE INSURANCE CO.<br>          Defendants. | Civil Action No. 04-12531 MEL |

## NOTICE OF APPEARANCE

NOW COMES David B. Crevier and hereby enters his appearance on behalf of Defendant Connecticut General Life Insurance Company in the above-entitled matter.

Respectfully submitted,

THE DEFENDANT,
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

David B. Crevier, BBO 5557242
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: Dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record, by first class U.S. Mail, postage prepaid, said service having taken place this 28th day of February 2005.