UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUCHINOV,<br>      Plaintiff,<br><br>v.<br><br>PARAMETRIC TECHNOLOGY<br>CORPORATION, CDI CORPORATION,<br>LISA WALES, and CONNECTICUT<br>GENERAL LIFE INSURANCE CO.<br>      Defendants. | Civil Action No. 04-12531-MEL |

### NOTICE OF APPEARANCE OF GUY P. TULLY AND AMANDA ROSENFELD AND JACKSON LEWIS LLP ON BEHALF OF DEFENDANTS PARAMETRIC TECHNOLOGY CORPORATION AND LISA WALES

Please enter the appearance of Guy P. Tully and Amanda Rosenfeld and Jackson Lewis LLP as counsel for Defendants Parametric Technology Corporation and Lisa Wales in the above matter.

Respectfully submitted,

PARAMETRIC TECHNOLOGY
CORPORATION, AND LISA WALES

By their attorneys,

/s/ Guy P. Tully
Guy P. Tully, BBO #555625
Amanda S. Rosenfeld, BBO #654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

### CERTIFICATE OF SERVICE

This hereby certifies that on this 7th day of March, 2005, a copy of the foregoing document was served upon all counsel of record, by first class mail, postage prepaid.

/s/ Guy P. Tully