UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUCHINOV,<br>Plaintiff,<br><br>v.<br><br>PARAMETRIC TECHNOLOGY CORPORATION, CDI CORPORATION, LISA WALES, and CONNECTICUT GENERAL LIFE INSURANCE CO.<br>Defendants. | Civil Action No. 04-12531-MEL |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Parametric Technology Corporation ("PTC") states that it has no parent corporation and that no publicly-held company owns 10% or more of its stock.

Respectfully submitted,

PARAMETRIC TECHNOLOGY CORPORATION,

By its attorneys,

/s/ Guy P. Tully
Guy P. Tully, BBO #555625
Amanda S. Rosenfeld, BBO #654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 7th day of March, 2005, a copy of the foregoing document was served upon all counsel of record, by first class mail, postage prepaid.

/s/ Guy P. Tully