AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE

District of __Massachusetts__

2005 MAR 11 P 12: 36

Alexei Kouvchinov

V.

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL ACTION**

Parametric Technology Corporation;
CDI Corporation; Lisa Wales;
Connecticut General Life Insurance Co.

CASE NUMBER:

## 04~12531 MEL

TO: (Name and address of Defendant)

CDI Corporation
c/o CT Corporation System
101 Federal Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen S. Churchill
Hale & Dorr Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA   02130
(617) 390-2578

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 2 - 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/22/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Stephen S Churchill | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ **Left** copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  Service accepted by counsel

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/7/05___          _Stephen S Churchill_
              Date                *Signature of Server*

Hale & Dorr Legal Services Center of HLS
122 Boylston St.
Jamaica Plain, MA 02130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.