UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV,<br><br>Plaintiff,<br><br>v.<br><br>PARAMETRIC TECHNOLOGY CORPORATION, CDI CORPORATION, LISA WALES, and CONNECTICUT GENERAL LIFE INSURANCE CO.,<br><br>Defendants. | Civil Action No. 04-12531 (MEL) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant CDI Corporation (hereinafter "CDI") by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, for its Corporate Disclosure Statement, states as follows:

CDI Corp. (NYSE: CDI) is Defendant's parent corporation and the only publicly traded company that owns 10% or more of Defendant's stock.

Respectfully submitted,

CDI CORPORATION

By its attorneys,

_____
Suzanne M. Suppa (BBO # 565075)
Amy L. Nash (BBO # 647304)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served upon counsel for the plaintiff by mail on this 14th day of March 2005.

_____
Amy L. Nash