AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Alexei Kouvchinov

V.

Parametric Technology Corporation;
CDI Corporation; Lisa Wales;
Connecticut General Life Insurance Co.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04 12531 MEL**

TO: (Name and address of Defendant)

Lisa Wales

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen S. Churchill
Hale & Dorr Legal Services Center of Harvard Law School
122 Boylston Street
Boston, MA 02130
(617) 390-2578

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_(signature)_
(By) DEPUTY CLERK

DATE: DEC 2 – 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　　Date　　　　　　　　　Signature of Server

_____
Address of Server

Accepted on Behalf of Lisa Walts

/s/ Guy P. Tully
Guy P. Tully
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
3/7/05

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.