UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-CV-12531-MEL

ALEXEI KOUVCHINOV, )
   Plaintiff )
)
v. )
)
PARAMETRIC TECHNOLOGY )
CORPORATION, CDI CORPORATION, )
LISA WALES, and CONNECTICUT )
GENERAL LIFE INSURANCE CO., )
   Defendants )

## AUTHORIZATION OF STUDENT REPRESENTATION
## PURSUANT TO LOCAL RULE 83.5.1(b)

This is to acknowledge that I, Alexei Kouvchinov, have been informed that Andrew Rice is a second/third year law student in good standing at Harvard Law School, appearing in civil proceedings in this district in accordance with Local Rule 83.5.1(b). I hereby authorize the above-named student to appear for and represent me in this action.

03/10/05
Date

Signature of Client

I, Stephen S. Churchill, am the supervising attorney of the above-named law student and hereby approve his/her representation of our client in this action.

Stephen S. Churchill (BBO# 564158)
Hale & Dorr Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
(617) 390-2578

Dated: 3/17/05

| CERTIFICATE OF SERVICE |
|---|
| I certify that I served a copy of the foregoing document on all parties by ~~hand~~/mail on  3-17-05 |