UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV )<br>        Plaintiff, )<br>v. )<br> )<br>PARAMETRIC TECHNOLOGY )<br>CORPORATION, CDI CORPORATION, )<br>LISA WALES, and CONNECTICUT )<br>GENERAL LIFE INSURANCE CO. )<br>        Defendants. )<br> ) | 04 CV 12531 MEL |

**CORPORATE DISCLOSURE STATEMENT OF
CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

Defendant Connecticut General Life Insurance Company ("CGLIC"), pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby makes the following disclosures: (1) CGLIC is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings, Inc., which is a wholly owned subsidiary of CIGNA Corporation; and (2) CIGNA Corporation (indirectly as reflected above) is a public traded company that owns 10% or more of CGLIC's stock.

Respectfully Submitted,

Connecticut General Life Insurance Company
By its Attorneys:

CREVIER & RYAN, LLP.

David Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2200
Springfield, MA 01115-5727
Tel. (413) 787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com
          kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiffs' counsel by first class U.S. Mail, postage prepaid this 28th day of March, 2005.

David B. Crevier

F:\Files\CIGNA\Kouvchinov\corporate disclosure-CGLIC.doc