UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-CV-12531MEL

ALEXEI KOUVCHINOV,            )
    Plaintiff            )
                            )
v.                            )
                            )
PARAMETRIC TECHNOLOGY         )
CORPORATION, CDI CORPORATION, )
LISA WALES, and CONNECTICUT   )
GENERAL LIFE INSURANCE CO.,   )
    Defendants           )

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S MOTION TO DISMISS**

Plaintiff Alexei Kouvchinov moves for a short extension of time to oppose Defendant Connecticut General Life Insurance Company's Motion to Dismiss ("CGLIC"). As grounds for this motion, Kouvchinov states that his counsel needs additional time to respond to CGLIC's motion. CGLIC has assented to this motion.

WHEREFORE, Kouvchinov requests that the deadline for opposing CGLIC's motion to dismiss be extended to April 18, 2005.

                                              ALEXEI KOUVCHINOV
                                              By his attorneys,

                                              /s/ Stephen S. Churchill
                                              Stephen S. Churchill (BBO# 564158)
                                              Hale & Dorr Legal Services Center of
                                              Harvard Law School
                                              122 Boylston Street
                                              Jamaica Plain, MA  02130
                                              (617) 390-2578

Dated: April 7, 2005

ASSENTED T0:      /s/ David B. Crevier
                      David B. Crevier, Counsel for CGLIC