**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXEI KOUVCHINOV )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PARAMETRIC TECHNOLOGY )<br>CORPORATION, CDI CORPORATION, )<br>LISA WALES, and CONNECTICUT )<br>GENERAL LIFE INSURANCE CO. )<br>    Defendants ) | 04 CV 12531 MEL |

**NOTICE OF APPEARANCE**

  NOW COMES Katherine R. Parsons and hereby enters her appearance on behalf of Defendant Connecticut General Life Insurance Company in the above-entitled matter.

              Respectfully Submitted,

              Defendant Connecticut General
              Life Insurance Company

              By its attorneys,

              CREVIER & RYAN, LLP.

              */s/ Katherine R. Parsons*
              Katherine R. Parsons, BBO # 657280
              1500 Main Street, Suite 2020
              Springfield, MA 01115-5532
              Tel: (413) 787-2400
              Facsimile: (413) 781-8235
              Email: kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on Plaintiffs' counsel by first class U.S. Mail, postage prepaid this 12th day of April, 2005.

              */s/ Katherine R. Parsons*