UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-CV-12531MEL

| | |
|---|---|
| ALEXEI KOUVCHINOV, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| PARAMETRIC TECHNOLOGY | ) |
| CORPORATION, CDI CORPORATION, | ) |
| LISA WALES, and CONNECTICUT | ) |
| GENERAL LIFE INSURANCE CO., | ) |
|     Defendants | ) |

## JOINT STATEMENT

Pursuant to the Court's March 10, 2005 Notice of Scheduling Conference, plaintiff Alexei Kouvchinov and defendants Parametric Technology Corporation, CDI Corporation, Lisa Wales, and Connecticut General Life Insurance Co. ("CGLIC") submit the following joint statement.

**A.   Agenda for Conference**

    1.   Discovery schedule;
    2.   Motion schedule;
    3.   Expert disclosures; and
    4.   CGLIC motion to dismiss.

**B.   Discovery Schedule**

The parties agree to conform to the discovery limitations set forth in Fed. R. Civ. P. 26(b), except that the deposition of Mr. Kouvchinov may exceed the seven-hour limitation as reasonably necessary for translation purposes. The parties also agree that pre-determination discovery completed at the Massachusetts Commission Against Discrimination will be admissible in pretrial pleadings, will not count towards the discovery limitations, and will not restrict either party's right to conduct discovery. The

parties have stipulated that the initial disclosures required by Fed. R. Civ. P. 26(a)(1) shall be made within 14 days of the initial scheduling conference, except that CGLIC's initial disclosure shall be made within 14 days of the Court's ruling on the pending motion to dismiss, if the motion is denied.

The parties propose that all discovery be completed by January 30, 2006. The parties further propose that discovery be stayed during July and August 2005, based on the anticipated parental leave of Mr. Kouvchinov's counsel.

**C.    Motion Schedule**

The parties propose that the defendants file any summary judgment motions on or before February 28, 2006, that oppositions be due on or before March 30, 2006, and that replies be due on or before April 21, 2006.

**D.    Expert Disclosures**

The parties propose that any expert disclosure by Mr. Kouvchinov be made within 60 days of the Court's ruling on all summary judgment motions and that the defendants' expert disclosures be made within 60 days after Mr. Kouvchinov's disclosure. The parties further propose that all expert depositions be completed within 30 days of the defendants' expert disclosures.

**E.    Magistrate**

The parties do not consent to trial by a magistrate judge.

**F.    Certifications**

As set forth in the attached certifications and/or those to be filed under separate cover, counsel have conferred with their respective clients regarding: (a) a budget for the cost of conducting the full course, and alternative courses, of this litigation; and (b) the

advisability of resolving this action through the use of alternative dispute resolution programs.

| | |
|---|---|
| ALEXEI KOUVCHINOV<br>By his attorneys, | PARAMETRIC TECHNOLOGY<br>CORPORATION; LISA WALES<br>By their attorneys, |
| /s/ Stephen S. Churchill<br>Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA  02130<br>(617) 390-2578 | /s/ Guy P. Tully<br>Guy P. Tully (BBO#555625)<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA  02116<br>(617) 367-0025 |
| CONNECTICUT GENERAL LIFE<br>INSURANCE CO.<br>By its attorneys, | CDI CORPORATION<br>By its attorneys, |
| /s/ David B. Crevier<br>David B. Crevier (BBO# 5557242)<br>1500 Main Street, Suite 2020<br>Springfield, MA  01115-5532<br>(413) 787-2400 | /s/ Suzanne M. Suppa<br>Suzanne M. Suppa (BBO# 565075)<br>Amy L. Nash (BBO# 647304)<br>Littler Mendelson, P.C.<br>One International Place, Suite 2700<br>Boston, MA  02110 |

Dated: April 14, 2005