## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEXEI KOUVCHINOV<br>             Plaintiff,<br><br>v.<br><br>PARAMETRIC TECHNOLOGY<br>CORPORATION, CDI CORPORATION,<br>LISA WALES, and CONNECTICUT<br>GENERAL LIFE INSURANCE CO.<br>             Defendants. | 04 CV 12531 MEL |

## CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S CERTIFICATION REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3), the Defendant Connecticut General Life Insurance Company files this Certification Regarding Costs and Alternative Dispute Resolution.

**Certification Regarding Costs And Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course- and various alternative courses- of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Connecticut General Life Insurance Company,

By: _Joni Slocinski, Esq._
Its: _Counsel_

Counsel to Connecticut General Life Insurance Company

David B. Crevier