UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12531 MEL

| | |
|---|---|
| ALEXEI KOUVCHINOV, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| PARAMETRIC TECHNOLOGY | ) |
| CORPORATION, CDI CORPORATION, | ) |
| LISA WALES, and CONNECTICUT | ) |
| GENERAL LIFFE INSURANCE CO., | ) |
|     Defendants | ) |

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

1. Plaintiff Alexei Kouvchinov and his counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Mr. Kouvchinov and his counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ Alexei Kouvchinov/s/ Stephen S. Churchill
Alexei KouvchinovStephen S. Churchill (BBO# 564158)
PlaintiffHale & Dorr Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130
(617) 390-2500

Dated: April 14, 2005