UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEXEI KOUCHINOV,
    Plaintiff,

v.

PARAMETRIC TECHNOLOGY
CORPORATION, CDI CORPORATION,
LISA WALES, and CONNECTICUT
GENERAL LIFE INSURANCE CO.
    Defendants.

Civil Action No. 04-12531-MEL

### CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Lisa Wales, certify as follows:

1. I am a Defendant in this matter.

2. I have conferred with Attorney Guy P. Tully, counsel for me and Defendant Parametric Technology Corporation regarding: (a) a budget for the cost of conducting the full course, and alternative courses, of this litigation; and (b) the advisability of resolving this action through the use of alternative dispute resolution programs.

_____
LISA WALES

DATE: 4-14-05