UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARAMETRIC TECHNOLOGY ) <br> CORPORATION, CDI CORPORATION, ) <br> LISA WALES, and CONNECTICUT ) <br> GENERAL LIFE INSURANCE CO., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-12531 (MEL) |

## DEFENDANT CDI CORPORATION'S RULE 16(d)(3) CERTIFICATION

Defendant CDI Corporation, and its undersigned counsel, hereby certify that they have conferred to establish a budget for the costs of the above captioned litigation and that they have discussed the use of alternative dispute resolution as a possible means of resolving this litigation.

CDI Corporation

By its attorneys,

_____
Suzanne M. Suppa (BBO #565075)
Amy L. Nash (BBO #647304).
Littler Mendelson, P.C.
One International Place, 27th Floor
Boston, MA 02110
(617) 378-6000

_____
Stuart Sklar
CDI Corporation

Dated: April 15, 2005

Boston:4895.1 047470.1002

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for all parties of record by mail on this 15th day of April 2005.

Dated: April 15, 2005

_____
Amy L. Nash