# E N D O R S E M E N T

ALEXEI KOUVCHINOV v. PARAMETRIC TECHNOLOGY CORPORATION, CDI
CORPORATION, LISA WALES, and CONNECTICUT GENERAL LIFE INSURANCE
CO.
04-CV-12531-MEL

LASKER, D.J.

   Defendant Connecticut General Life Insurance Co.
("CGLIC") moves for dismissal of Count III of Alexei Kouvchinov's
complaint, for failure to state a claim under the Employee
Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §
1132(a)(1)(B) and § 1132(a)(3)(B).  CGLIC administered a
disability benefits plan in which Kouvchinov was a participant.
The motion is denied.

   It is understood that Kouvchinov is not making a claim
for wrongful denial of benefits or recovery of benefits allegedly
due.  Rather, Count III is claim against CGLIC as a fiduciary for
breach of its duty, and invokes the "catchall provisions" of
ERISA, 29 U.S.C. § 1132(a)(3).  <u>Watson v. Deaconess Waltham
Hosp.</u>, 298 F.3d 102, 109 (1st Cir. 2002).  As such, the complaint
contains sufficient allegations to set forth a claim that CGLIC's
conduct constituted a breach of fiduciary duty under ERISA.

   Further, Kouvchinov is not incorrect in requesting
equitable relief at this juncture.  "[A]n individual plan
participant or beneficiary may bring suit for equitable relief
for breach of fiduciary duty."  <u>Watson</u>, 298 F.3d at 109 - 110.
The issue of the precise scope of appropriate equitable relief
available to Kouvchinov, if any, is one that may be determined at
a later stage of litigation.

   Accordingly, Defendant's motion to dismiss is DENIED.

   It is so ordered.


Dated:  April 21, 2005
    Boston, Massachusetts  <u>  /s/ Morris E. Lasker  </u>
              U.S.D.J.