## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ALEXEI KOUVCHINOV,
    Plaintiff,

v.     Civil Action No. 04-12531 MEL

PARAMETRIC TECHNOLOGY
CORPORATION, CDI CORPORATION,
LISA WALES, and CONNECTICUT
GENERAL LIFE INSURANCE CO.
    Defendants.

## DEFENDANT CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Connecticut General Life Insurance Company ("CGLIC") hereby answers Plaintiff's complaint, with the corresponding numbered paragraphs, as follows:

1. CGLIC states that the allegations in Paragraph 1 are legal conclusions to which a response is not required.

2. CGLIC states that the allegations in Paragraph 2 are legal conclusions to which a response is not required.

3. CGLIC states that the allegations in Paragraph 3 are legal conclusions to which a response is not required.

4. CGLIC states that it lacks knowledge or information sufficient either to admit or deny the allegations in Paragraph 4.

5. CGLIC admits the allegations in Paragraph 5.

6. CGLIC states that it lacks knowledge or information sufficient either to admit or deny the allegations in Paragraph 6.

7. CGLIC states that it lacks knowledge or information sufficient either to admit or deny the allegations Paragraph 7.

8. CGLIC admits the allegations in Paragraph 8.

9. CGLIC states that it lacks knowledge or information sufficient either to admit or deny the allegations in Paragraph 9.

10. CGLIC states that it lacks knowledge or information sufficient either to admit or deny the allegations in Paragraph 10.

11. CGLIC states that it lacks knowledge or information sufficient either to admit or deny the allegations in Paragraph 11.

12. CGLIC admits the allegations in the first sentence in Paragraph 12. CGLIC states that it lacks knowledge or information sufficient either to admit or deny the remaining allegations in Paragraph 12.

13. CGLIC admits the allegations in the first sentence in Paragraph 13. With respect to the second sentence in Paragraph 13, CGLIC denies that all benefit payments to Plaintiff were made in advance, but admits that it issued a benefits check on November 23, 2001 for the period November 24, 2001 through November 30, 2001.

14. CGLIC states that it lacks knowledge or information sufficient either to admit or deny the allegations in Paragraph 14.

15. CGLIC denies the allegations set forth in the first sentence of Paragraph 15. With respect to the second sentence in Paragraph 15, CGLIC states that it: 1) admits that it did not issue a check on November 30, 2001; 2) denies that November 30, 2001 was the next scheduled payment date; and 3) lacks knowledge or

information sufficient to either admit or deny that Kouvchinov concluded that CGLIC terminated his benefits.

16. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 16.

17. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 17.

18. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 18.

19. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 19.

20. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 20.

21. All prior responses are hereby restated.

22. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 22.

23. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 23.

24. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 24.

25. CGLIC states that the allegations in Paragraph 25 are legal conclusions to which a response is not required.

26. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 26.

27. All prior responses are hereby restated.

28. CGLIC states that the allegations in Paragraph 28 are legal conclusions to which a response is not required.

29. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 29.

30. All prior responses are hereby restated.

31. CGLIC denies the allegations in Paragraph 31.

32. CGLIC denies the allegations in Paragraph 32.

33. All prior responses are hereby restated.

34. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 34.

35. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 35.

36. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 36.

37. All prior responses are hereby restated.

38. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 38.

39. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 39.

40. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 40.

41. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 41.

42. All prior responses are hereby restated.

43. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 43.

44. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 44.

45. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 45.

46. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 46.

47. All prior responses are hereby restated.

48. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 48.

49. CGLIC states that it lacks knowledge or information sufficient to either admit or deny the allegations in Paragraph 49.

## AFFIRMATIVE DEFENSES

1. The allegations in the Complaint fail to state a cause of action upon which relief can be granted.

2. Plaintiff's remedies, if any, are limited to those provide under ERISA and his damages, if any, are subject to the restrictions, deductions and offsets contained in the applicable policy.

3. No payments are owed to the Plaintiff under the terms and conditions of the said policy or plan.

4. Plaintiff is not entitled to a jury trial pursuant to the provision of ERISA, 29 U.S.C. § 1001, et seq.

5. The alleged actions of CGLIC were not the proximate cause of Plaintiff's alleged injuries.

6. Plaintiff's alleged injuries were caused by persons other than CGLIC.

7. There is no appropriate equitable relief to which Plaintiff may be entitled.

8. Plaintiff's claims are barred by the equitable doctrines of waiver, estoppel, laches and/or unclean hands.

9. Plaintiff fails to state claims upon which relief can be granted.

10. Plaintiff's claims are barred by the applicable statute of limitations.

Respectfully submitted,

THE DEFENDANT,
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

David B. Crevier  (BBO # 557242)
CREVIER & RYAN, LLP
1500 Main Street, Suite 2020
Springfield, MA. 01115-5532
(413) 787-2400
(413) 781-8235 *facsimile*
Email: Dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

    I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this _9th_ day of _May_ 2005.

_/s/ [signature]_