UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALEXEI KOUVCHINOV, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-12531 (MEL) |
| | ) | |
| v. | ) | |
| | ) | |
| PARAMETRIC TECHNOLOGY | ) | |
| CORPORATION, CDI CORPORATION, | ) | |
| LISA WALES, and CONNECTICUT | ) | |
| GENERAL LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANT CDI CORPORATION'S RULE 26(a)(1) DISCLOSURES

Defendant CDI Corporation ("CDI") hereby makes its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

(A)     The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1.     Alexei Kouvchinov
       Plaintiff
       Last known address:  149 Bright Street
                            Waltham, Massachusetts 02453

       Likely to have information about plaintiff's employment at CDI and Parametric Technology Corporation ("PTC"), including the alleged incidents underlying his Complaint, and the damages, if any, plaintiff allegedly suffered as a result thereof.

2.     Nancy Pugliese-Viola
       Formerly employed by CDI
       Last known address:  24 Oakland Square Dr.
                            Pembroke, MA  02359

       May have information about plaintiff's employment at and termination from CDI, including the alleged incidents underlying the Complaint.

3.  Ellen Shea
    Formerly employed by CDI
    Last known address:  61 Marretta Avenue
                         Braintree, MA  02184

    May have information about plaintiff's employment at and
    termination from CDI, including the alleged incidents underlying
    the Complaint.

4.  Lily Rackham
    Last known address:  149 Bright Street
                         Waltham, Massachusetts  02453

    May have information about the alleged incidents underlying
    plaintiff's Complaint, and the damages, if any, plaintiff allegedly
    suffered as a result thereof.

5.  PTC
    140 Kendrick Street
    Needham, MA  02494

    May have information about the alleged incidents underlying
    plaintiff's Complaint.

6.  Lisa Wales
    Formerly employed by PTC
    Last known address:  none

    May have information about the alleged incidents underlying
    plaintiff's Complaint.

7.  Leonard Freedberg
    Last known address:  2000 Washington Street, #322
                         Newton, MA  02462

    May have information about the alleged incidents underlying
    plaintiff's Complaint, and the damages, if any, plaintiff allegedly
    suffered as a result thereof.

(B) A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

*Documents are attached hereto as Exhibit A.*

Additionally, CDI may use MCAD pleadings, including deposition transcripts, to support its claims or defenses.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of injuries suffered.

*Not applicable.*

(D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

*CDI does not have an insurance agreement applicable to this case.*

CDI reserves the right to supplement these disclosures if necessary.

Respectfully submitted,

CDI CORPORATION

By its attorneys,

Suzanne M. Suppa (BBO #565075)
Amy L. Nash (BBO #647304)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000 (phone)
(617) 737-0052 (fax)

Dated: May 13, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel for all other parties by mail on this 13th day of May 2005.

Amy L. Nash

Dated: May 13, 2005

## Candidate Profile - KOUVCHINOV,ALEXEI

ID# 3125537

| | | | | |
|---|---|---|---|---|
| **Name (T,L,F,M,P)** | KOUVCHINOV | ALEXEI | | |
| **Current Phone** (617) 469-1963 | **Date Available** 12/8/01 | **Hire Date** 12/3/01 | **Rehire Date** | |
| **Work Phone** ( ) · Ext | **Preferred Shift** | **Badge** | | |

**Person Type** FIELD EMPLOYEE-FULL TI   **Action/Date** GENERAL CHANGE    11/30/01
**Status** AVAILABLE   **Business Unit** 011489ITEAST  011489    BRAINTREE, MA

**Currently At**   **Desired region** USA-NORTHEAST   **Travel** M
**Vendor**    #   **Desired Locn** ROSLINDALE, MA   **Telecommute**
**Source** REFERRAL-GEI   **Detail** FYODOR FINKE   **Job Class** ITS-NETWORK ADMIN/ENGINEER-03
**Current Rate** 48.00  **Desired Rate**   **Resume Date** 10/17/01  **Cleaned**    **Scanned**
**Frequency** Hourly  **Emp Type** PAY-BEN/NO INS   **Resume Locn** 011489ITEAST
   **Last Activity** 9/5/02   **Assignment By** NPUGLIESE
**Entered** 10/17/01  **Entered By** ESHEA   **Updated** 11/30/01   **Updated By** REVANS

**Current Address**   **Permanent Address**
**Address** 4881 WASHINGTON STREET   **Address** 4881 WASHINGTON STREET

**City** WEST ROXBURY   **City** WEST ROXBURY
**State** MA   **Zip** 02132   **State** MA   **Zip** 02132
**Country** USA   **Country** USA

**Work Phone** ( ) · Ext   **Current Phone** (617) 469-1963   **Permanent Phone** ( ) ·
**Work Fax** ( ) ·   **Fax** ( ) ·   **Cell Phone** ( ) ·
**Work Pager** ( ) ·   **Pager** ( ) ·   **Alternate Phone** ( ) ·
**Pin**   **Pin**
**Work Email**   **Voice Mail** ( ) ·
**Personal Email** aleshakkkk@aol.com   **Web Page**

**Comments**

| | Marital Status | # Exempt | Tax (Yes/No) | Addl % | Addl $ | | | |
|---|---|---|---|---|---|---|---|---|
| **Federal** | Single | 1 | Yes | | | **SSN** 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 | **Sex** | Male |
| **State** | Single | 1 | Yes | | | **Township** | **DOB** | 7/16/56 |
| **Local** | Single | 1 | Yes | | | **School** | | |
| **Other** | | | | | | **AZ/CT** | | |
| | | **Curr Year OCC Paid** | | | | **I-9 Date** 11/29/01 | | |

CDI 0001

## Candidate Assignment Profile - KOUVCHINOV,ALEXEI

| | | |
|---|---|---|
| **Job Order** J026169999 | **Contract ID** | |
| **Business** CDI PRO-E SERVICES | **Assignment #** 00807538 | |
| **Cust Terms** CDI PRO-E SERVICES - 1489 · BRAINTREE | **Cust PO Num** | **Suffix** |
| **Bus Contact** SKAFF,JOHN | **Action** GENERAL CHANGE | |
| **Candidate** KOUVCHINOV,ALEXEI | **Eff. Date** 9/5/02 | |
| **Status** INACTIVE | **Business Unit** 011489ITEAST | |

| | | | |
|---|---|---|---|
| **Person Type** FIELD EMPLOYEE-FUI **Primary** Yes | **Job Class** ITS-CLIENT SERVER-02 | |
| **Comp Code** 3972 | **Start Date** 12/3/01 | **Title** DATABASE REPAIR SPECIALIST | **HazCom** N |
| **Est. Months** | **Est. End Date** 12/31/02 | **Term/LOA** Z-INVALID-D - OTHER* | 12/7/01 |
| **Salesperson 1** NPUGLIESE | % | **Recruiter 1** ESHEA | % |
| **Salesperson 2** | % | **Recruiter 2** | % |

**Work Location** PTC NEEDHAM
**Work Address** 140 KENDRICK STREET
**Work Address**
**City, State, Zip** NEEDHAM          MA 02494
**Country** USA

**Comments**

**Rate Cycle** HOURLY RATE          **OT Exempt** Y4
**Check Delivery**                **Frequency** Weekly

| | ST Pay | OT Pay | Shift Differential | | | |
|---|---|---|---|---|---|---|
| **CDI** | 48.00 | 48.00 | **Shift2** | **Shift3** | %/$ |
| **Vendor** | | | | | |

| | STBR | OTBR | DTBR | | |
|---|---|---|---|---|---|
| **Shift 1** | 54.24 | 54.24 | | **Unit Base** Hourly |
| **Shift 2** | | | | |
| **Shift 3** | | | | |

| | | | | Pay | Bill |
|---|---|---|---|---|---|
| **Start Date** | | | **Rate** | | |
| **Certification No** | **Bill Method** | | **Base** | | |
| **Duration** | | | **Units** | | |
| **Comments** | | | | | |

CDI 0002

Candidate Assignment Profile - KOUVCHINOV,ALEXEI

|       | Rate ID | Pay Rate | Bill Rate | Cycle |
|-------|---------|----------|-----------|-------|
| (1)   |         |          |           |       |
| (2)   |         |          |           |       |
| (3)   |         |          |           |       |
| (4)   |         |          |           |       |
| (5)   |         |          |           |       |
| (6)   |         |          |           |       |
| (7)   |         |          |           |       |
| (8)   |         |          |           |       |
| (9)   |         |          |           |       |
| (10)  |         |          |           |       |
| (11)  |         |          |           |       |
| (12)  |         |          |           |       |

| **Degree (1)** UNKNOWN | **Degree (2)** |
|------------------------|----------------|
| **Institution (1)** UNKNOWN | **Institution (2)** |
| **Degree Type (1)** UNKNOWN | **Degree Type (2)** |
| **Description** | **Computer Professional** Yes |
| UNKNOWN |  |

**User**

User 1

User 2

User 3

**Dept Name**

| **Entered** 11/30/01 | **Entered By** REVANS | **Updated** 9/5/02 | **Updated By** NPUGLIESE |
|----------------------|-----------------------|--------------------|--------------------------|

CDI 0003

Date : 08/27/2002

Browse List - Assignment - Search

| Date | Status | Job Order | Manager | Business | Termination Reason | Sales Person | Candidate |
|---|---|---|---|---|---|---|---|
| 11/30/200? | INACTIVE | JO2616989 | SKAFF, JOHN | CDI PRO-E SERVICES | D - FALSIFIED EMPLOYMENT APPLICATI | NPUGLIESE | KOUVCHINOV,ALEXEI |

REDACTED

Printed By : REVANS

Page 1 of 1

CDI 0004

# CDI Information Technology Services

## Application for Employment
### (Please type or print answers)

**In compliance with equal employment opportunity laws, qualified applicants are considered for employment without regard to race, color, religion, sex, national origin, age, disability, marital or veteran status, or any other legally protected status.**

Date of Application __11/29/01__

Position Sought __Software engineer__
                   First Choice                              Alternate Choice

### GENERAL

Name __Kouvchinov   Alexei__                    Social Security No. __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__
          Last            First          Middle
                                                      Home Phone (617 469-1963

Address __4881 Washington St #1 West Roxbury MA 02132__ Work Phone (__)_____
          Street          City          State      Zip

Are you known to Schools/References/Employers by another name? ___Yes  __✓__ No

    If yes, by what name? _____

Have you ever applied to or been employed by this Company before?

_____ Yes  __✓__ No    Date(s) _____  Location(s)_____

Are you lawfully authorized to work in the United States on a full-time basis for any employer?

__✓__ Yes _____ No

Are there certain times or days you cannot work? __✓__ Yes _____ No

    If yes, specify the times or days _____

Have you ever pled guilty or nolo contendere to or been convicted of a crime (other than a minor traffic violation)?

_____ Yes  __✓__ No

    If yes, describe in full, including date(s) _____
    (Conviction or guilty plea or plea of nolo contendere is not necessarily a bar to employment.)

## EDUCATION

| _see resume_ | School Name & Address | Years Completed (Circle) | Diploma or Degree | Describe Course Of Study |
|---|---|---|---|---|
| High School | | 9th, 10th, 11th, 12th | | |
| Trade, Business, Correspondence, Vocational | | 1, 2, 3, 4 | | |
| College/University | | 1, 2, 3, 4 | | |
| Graduate/Professional | | 1, 2, 3, 4 | | |

## PREVIOUS EMPLOYMENT

**(List most recent employment first. A detailed resume may be attached in addition to completing the following spaces.)**

**1. FROM** | **TO**

Month | Year | Month | Year

Employer _____ PTC _____ Your last rate of pay _____

Phone ( ) _____ Supervisor's name _____

Address _____

Reason for leaving _laid off_ _____

Give your job title and full description of your duties and work performed _____

_____

_____

**2. FROM** | **TO**

Month | Year | Month | Year

Employer _____ Your last rate of pay _____

Phone ( ) _____ Supervisor's name _____

Address _____

Reason for leaving _____

Give your job title and full description of your duties and work performed _____

_____

_____

_____

**3. FROM** | **TO**

Month | Year | Month | Year

Employer _____ Your last rate of pay _____

Phone ( ) _____ Supervisor's name _____

Address _____

Reason for leaving _____

Give your job title and full description of your duties and work performed _____

_____

_____

| 4. FROM | | TO | | | |
|---------|------|-------|------|--|--|
| Month | Year | Month | Year | | |

Employer _____ Your last rate of pay _____

Phone ( ) _____ Supervisor's name _____

Address _____

Reason for leaving _____

Give your job title and full description of your duties and work performed _____

_____

_____

_____

## MILITARY HISTORY

Are you a veteran of the United States military? _____ Yes _____ No

If yes, what branch? _____    Highest rank achieved: _____

## OTHER SKILLS, TRAINING, ACTIVITIES

Describe any other job-related information you think would be helpful to us in considering you for employment, such as special or military training, skills, extracurricular school activities, special studies, patents, inventions, publications, accomplishments, and additional work experience (you may exclude all information indicative of age, sex, race, religion, color, national origin or disability):

_____

_____

_____

## REFERENCES

Give the names, addresses and phone numbers of three references not related to you. (Work-related references are preferred.)

1. _____

2. _____

3. _____

CDI 0007

## APPLICANT'S CERTIFICATE AND RELEASE

### (Read Carefully Before Signing)

All information provided by me in support of my application for employment is true and correct to the best of my knowledge. I understand that misrepresentations or omissions will constitute sufficient grounds for rejection or for subsequent dismissal if I am hired. I am genuinely seeking employment with the Company and have no other purpose in applying for a job.

I hereby authorize any current or former employer, school, person, firm, corporation, consumer or credit reporting agency, or government agency to answer any and all questions and to release or provide any information within their knowledge or records, and I agree to hold any or all of them blameless and free of any liability for releasing any truthful information that is within their knowledge or records, and I also agree to hold the Company blameless and free of any liability for using any information received from such parties in making an employment decision regarding me.

The Company is hereby authorized to release any other firm or person with whom I may seek employment, any and all information concerning my employment or application, including any information received from a third party as a result of an inquiry such as described in the foregoing paragraph, and I agree to hold the Company blameless and free of any liability for releasing any such information.

In the event of employment, I understand that I will be required to abide by all rules and regulations of the Company (including the signing of any required agreements dealing with inventions, confidential information or any other terms or conditions of employment) which are now in effect or may be established in the future.

I further understand that in the event of employment, I will need to comply with the security procedures of the Company which may required obtaining a government security clearance. I also may be required to complete a government Personal Security Questionnaire, be fingerprinted, and undergo other related processes.

In compliance with the Immigration law, I understand that if I am offered a job by the company, my employment will be conditioned upon my timely production and completion of documents required to verify my eligibility for employment in the United States.

A photocopy of this signed Applicant's Certificate and Release shall have the same force and effect as an original.

I also understand that the issuance of this application does not indicate that there are any positions open and does not in any way obligate the Company.

I understand that any employment offer (or continued employment if employed) will be contingent upon my complying with all requirements outlined in this "Applicant's Certificate and Release" and any other employment - related requirements of the Company.

I understand that if this application is for a staff position, it will be valid only for a period of 90 days after the date I sign it. If I wish to be considered for staff employment after that period, I will have to renew my application in person and in writing.

THIS EMPLOYMENT APPLICATION IS NOT A CONTRACT OF EMPLOYMENT. SHOULD I BE OFFERED EMPLOYMENT OR BECOME EMPLOYED BY THE COMPANY, I UNDERSTAND THAT BOTH THE COMPANY AND I MAY END THE EMPLOYMENT RELATIONSHIP AT ANY TIME WITH OR WITHOUT CAUSE, WITH OR WITHOUT NOTICE AND WITHOUT LIABILITY TO ME FOR WAGES, SALARY, OR OTHER COMPENSATION EXCEPT SUCH AS I MAY HAVE EARNED THROUGH THE DATE OF SUCH TERMINATION. THIS PROVISION CANNOT BE CHANGED EXCEPT IN A WRITTEN EMPLOYMENT AGREEMENT SIGNED BY ME AND AN AUTHORIZED COMPANY REPRESENTATIVE.

I certify that I have carefully read the above and submit this application with full knowledge of these requirements.

| 11/29/01 | |
|---|---|
| Date | Signature of Applicant |

Interviewed by: _____

Remarks _____

**Rev. J/A 6/98**          **AN EQUAL OPPORTUNITY EMPLOYER**

**Candidate Tracking Profile – KOUVCHINOV,ALEXEI**

Job Order                                                    **Business**

s Contact                                                    **Candidate KOUVCHINOV,ALEXEI**

    **Date 11/26/2001**                    **Time 04:04PM**          **Type E-MAIL RECEIVED**

    **User ESHEA**                                        **Bus Unit 011489BRAI**

omments

    **To    :  Ellen Shea**
         **CDI Information Technology Services**
         **A Division of CDI Corporation**
         **www.cdicorp.com**
         **ellen.shea@cdicorp.com**
         **1-(800)590-0047 ext 3009**
         **1-(781)356-3000 ext 3009**
    **From:  Alexei Kouvchinov**
         **phone (617) 469-1963**
         **email aleshakkkk@aol.com**


    **Dear Ellen,**
    **I have reviewed the employment contract and I have the following issues**
    **that will need to be resolved in order for me to accept your offer.**

    **1. Does CDI have any indication from PTC as to how long they intend to**
    **continue to repair PDM databases?**
    **2. How many people does CDI intend to hire for the purpose of**
    **performing PDM database repair?**

    **3. All the Terms and Conditions are fine, with the exception of Item**
    **#8. I cannot accept this provision unless my termination is voluntary.**
    **Since I will be an employee-at-will and conditions could force CDI to**
    **terminate me at any time, I do not wish to be constrained from seeking**
    **employment for 90 days.**

    **4. The Beginning Date of Employment needs to be changed to December 18,**
    **2001 since I cannot start before then.**

CDI 0009

**Entered  11/26/2001**          **Entered By  ESHEA**          **Updated**          **Updated By**

# EMPLOYEE WORKSHEET

| Start Date: | | Change Date: (Date effective) |
|---|---|---|
| New ☒   Additional Assignment ☐   Rehire ☐ | | Term Date: |

| | |
|---|---|
| **Social Security #:** | **Visa:** YES ☐   NO ☐   **Expiration Date:** |
| **Legal Name:** Alexei Kouvchinov | **Visa Number:** |
| **Nickname:** Alex | F1-Pt ☐   H-1B ☐   GREENCARD (Perm Res) ☒   TN ☐ |
| **Address:** 4881 Washington Street #1 | Please check one |
| West Roxbury, MA 02132 | **Gender** (optional): Male ☒   Female ☐ |
| **Home Phone:** (617) 469-1963 | **Client Site Work Phone** (if available): |

| HIRE COSTS | | Employee Classifications (please see 2nd page for definitions) | |
|---|---|---|---|
| **Visa** | $ | ☐ Salaried/Benefited | |
| **Relocation** | $ | ☒ Hourly/Non-Exempt/Non-Benefited | ☐ Hourly/Non-Exempt/Benefited |
| **Referral** | $ | ☐ Hourly/Computer Professional/Non-Benefited | ☐ Hourly/Computer Professional/Benefited |
| Type: | | | |
| **Bonus** Type: | $ | **Technology of Hire/Employee:** ITS Client-Server O2 | **Source of Hire:** 2:30 Alexei |
| **Training** | $ | | |
| **Per Diem** (per day) | $ | **Special Comments/Exceptions:** | |
| **Other** | $ | aleshakkkk@aol.com | |
| **\*Total Hire Cost** | $ | | |

| | Initial/Current | Change To: |
|---|---|---|
| **CDI Profit Center (Business Unit)** | 1489 | Ellen |
| **Company Name** | PTC/CDI Pro E Services | Shea |
| **Location/Department** | Needham, MA | 2:30 |
| **Rapid Job Order #** | J02k169999 | Parametric |
| **P.O./Release #** | | |
| **P.O. Effective Date** | | |
| **IBM Skill Code/Classification** | N/A | |
| **Assignment End Date** (required) | 12/30/01 | |
| **Pay Rate** | ST$ 48.00   OT$ 48.00 | ST$ 52.00   OT$ 52.00 |
| **\*Total Hire Costs** (from above) | $ | $ |

**Comments/Reason for Change** (if applicable)

| | | |
|---|---|---|
| Recruiter (if applicable) | Cecil A. ____ | Date: 11/27/01 |
| Account Rep | | Date: |
| Branch Manager | | Date: |
| Entered in RAPID by: | | Date: |

## EMPLOYEE WORKSHEET

| ...t Date: | Please check One | | | Change Date: (Date effective) |
|---|---|---|---|---|
| New ☒ | Additional Assignment ☐ | Rehire ☐ | | Term Date: |

| | | | |
|---|---|---|---|
| ...cial Security #: | | **Visa:** YES ☐  NO ☐ | **Expiration Date:** |
| ...gal Name: Alexei Kouvchinov | | **Visa Number:** | |
| ...ckname: Alex | | F1-Pt ☐  H-1B ☐  (GREENCARD (Perm Res)) ☒  TN ☐ | |
| ...dress: 4881 Washington Street #1 | | Please check one | |
| West Roxbury, MA 02132 | | **Gender (optional):** Male ☐  Female ☐ | |
| ...me Phone: (617) 469-1963 | | **Client Site Work Phone** (If available): | |

| HIRE COSTS | | Employee Classifications (please see 2nd page for definitions) | |
|---|---|---|---|
| ...sa | $ | ☐ Salaried/Benefited | |
| ...elocation | $ | ☒ Hourly/Non-Exempt/Non-Benefited | ☐ Hourly/Non-Exempt/Benefited |
| ...eferral | $ | ☐ Hourly/Computer Professional/Non-Benefited | ☐ Hourly/Computer Professional/Benefited |
| ...pe: | | | |
| ...onus pe: | $ | **Technology of Hire/Employee:** ITS  Client Server 02 | **Source of Hire:** |
| ...aining | $ | | |
| ...er Diem (per day) | $ | **Special Comments/Exceptions:** | |
| ...ther | $ | alesha kkkk@aol.com | |
| ...Total Hire Cost | $ | | |

| | Initial/Current | | Change To: | |
|---|---|---|---|---|
| ...DI Profit Center (Business Unit) | 1489 | | 1489 | |
| ...ompany Name | PTC/CDI Prof Services | | PTC/CDI Prof Services | |
| Location/Department | Needham MA | | Needham MA | |
| Rapid Job Order # | J026169999 | | J026169999 | |
| P.O./Release # | | | | |
| P.O. Effective Date | | | | |
| IBM Skill Code/Classification | N/A | | N/A | |
| ...ssignment End Date (required) | 12/30/01 | | 8/30/02 | |
| ...ay Rate | ST$ 48.00  OT$ 48.00 | | ST$ 52.00  OT$ 52.00 | |
| ...Total Hire Costs (from above) | $ | | $ | |

| | | |
|---|---|---|
| Comments/Reason for Change (If applicable) | | |
| Recruiter (if applicable) | | Date: 11/27/01 |
| Account Rep | | Date: |
| Branch Manager | | Date: |
| Entered in RAPID by: | | Date: |

Revision Date: 3.05.01  CDI 0011



**Information Technology Services**

## Employee Asset Tracking Form

Hire Date: _12/3/01_     Change Date: _____     Term Date: _____

Employee's Name: _Alexei Kouchnou_     Social Security #: _____

CDI Manager/Account Representative: _____     Assets? YES ☐   NO ☐

Customer, if applicable: _____     Division/Profit Ctr: _____

| ASSET | ISSUED<br>Please list date issued, dollar amount and/or expiration date. | RETURNED<br>Please list date returned and dollar amount. |
|---|---|---|
| Promissory Notes – Sign On Bonus | | |
| Promissory Notes – Relocation | | |
| Promissory Notes – Visa Expense | | |
| Promissory Notes – Permanent Residency | | |
| Promissory Notes – Travel Advance | | |
| Promissory Notes – Career Dev. Training | | |
| Promissory Notes – Tuition Assistance | | |
| Unearned Vacation Request | | |
| Laptop – I.D. #<br>List Accessories: _00019-048-_ | _12/7/01_ | |
| Hardware/Software<br>List I.D.#'s & Type: _375-787 272095 912#1_ | | |
| Self Study Materials<br>List Items: | | |
| Pager – I.D.# | | |
| Cellular Phone – I.D. # | | |
| Calling Card | | |
| Travel Credit Card | | |
| Purchasing Card | | |
| Oustanding Time Cards | | |
| Outstanding Expense Reports | | |
| Other – Explain: | | |
| Other – Explain: | | |
| Other – Explain: | | |
| Other – Explain: | | |
| Other – Explain: | | |

CDI Signature _____     Date _12/7/01_

**SUBMIT COMPLETED FORM TO ACCOUNT/OPERATIONS ADMIN. FOR PROCESSING.**

Revision: 04.10.01     Page 1 of 1

## ACKNOWLEDGEMENT FORM

I acknowledge that I have received a copy of CDI Corporation's Equal Employment Opportunity and Anti-Harassment Policy which is dated 2/11/99. I have read the policy, understand it, and agree to abide by it.

**Signature of Employee:** _____

**Print or Type Name of Employee:** _____

**Office location:** _____

**Division number:** _____

**Date:** _____

1/26/99

## **Acknowledgment**

*I acknowledge that I have been given a copy of the
Company's Computer Use Policy, have read the
Policy and agree to abide by all of its terms.*

*Signature of Employee:*

*Print Name of Employee:* Alexei Kouvchinov

*Date:* 11/29/2001

 

**CDI Corporation**

## CustomChoice Benefits Enrollment Package
## Acknowledgment Form

A **CustomChoice Benefits Enrollment Package** will be mailed to your home within 2 weeks from your date of hire.  The package provides you with detailed benefit information and instructions on all of the benefit plans available to you and instructions on the enrollment process.  On your customized enrollment worksheet, the period of time for which you must enroll is noted.  If you do not enroll in the benefits program within the designated time period, you will waive your opportunity to enroll in the benefits program until the next Open Enrollment Period.

If you do not receive your **CustomChoice Benefits Enrollment Package** within 3 weeks of your hire date, you are responsible for notifying the CDI Benefits Hotline at 800-763-8050.  If you do not receive a package and have not notified the CDI Benefits Department according to the timeline noted, you will waive your opportunity to enroll in the benefits program until the next Open Enrollment Period.

Should you need assistance with this process or have questions regarding our benefit offerings, please do not hesitate to contact your local Manager or Administrator.

I, _A. Kouuchivou_ , have read the information provided above and understand that if I do not enroll in the benefit plans in the designated timeframe or if I fail to contact the CDI Benefits Hotline, I will waive my opportunity to enroll in benefit plans until the next Open Enrollment Period.

Employee's Signature: _Alexd Kouuchivou_         Date _11/29/01_

7/6/00

CDI 0015

### CDI Information Technology Services
### New Employee Orientation Evaluation

**Name:** Alexei Kouvchinov                    **Date:** 11/29/0(

**Client site assigned to:** PTC

**Orientation Presenter:** _____

*Directions: Please mark the response that best represents your opinion.*

|  | Strongly Agree | Agree | Disagree | Strongly Disagree |
|---|---|---|---|---|
| I understand the objectives of the Orientation program. |  | ✓ |  |  |
| The length and pace of the Orientation program was appropriate to cover the content. |  | ✓ |  |  |
| The handout materials were helpful in understanding the content. | ✓ |  |  |  |
| The instructor was responsive to my questions/needs. | ✓ |  |  |  |
| The instructor's presentation of the content was clear and informative. | ✓ |  |  |  |
| I was well-prepared by my Recruiter for my employment with CDI (benefits, payroll, etc) |  | ✓ |  |  |
| My time spent in the Orientation was worthwhile. |  | ✓ |  |  |

Comments/Suggestions: _____
_____
_____

**Please read and sign below:**

I attended Orientation on  11/29/0(  and fully understand the information that
                          (date)

was presented to me.

Signature: _Alexei Kouvchinov_____

CDI 0016

**CDI University™**

*the future at your fingertips*

# CDI University
## Enrollment Application

**Directions:**

**Student:** *Please complete all information, sign, and submit this application to your supervisor for approval. All required fields must be completed or the application will be returned.* ★ *indicates a required field.*

★ New Student ☐ or Returning Student ☐

★ Last Name: Kouvchinou          ★ First Name: Alexer          M.I. ____

★ Cost Center #/Office ID #: 1489          ★ Job Title: Engineer

★ Daytime Phone: ____          Length of employment: 9 mth

★ Business Unit *(choose only one)*:

| ☐ CDI Corporate ★ Department: | ☐ CDI Marine Group ☐ Marine Co. ☐ M&T ☐ BLA | ☐ CEG | ☐ ITS ☐ ACP ☐ ITS/PS | ☐ Modern Engineering |
|---|---|---|---|---|
| ☐ MRI Corp. ☐ MR ☐ SC ☐ OM5 ☐ D/S | ☐ Technical Services East ☐ Technical Services Central ☐ Technical Services West ☐ Technical Services Canada ☐ CDI Telecom ☐ Engineering Services | | ☐ Technical Services Central ☐ Technical Services Canada | ☐ Todays Staffing |

★ Employee Status *(choose only one)*:
☐ Staff          ☐ Billable          ☐ Field          ☐ Contract          ☐ Technical Staff
☐ Temporary     ☐ Technical Staff – Client Site          ☐ Franchisee

★ Email Address *(if none, please indicate)*: aleshakkkk@aol.com

★ If you do not have e-mail, how may we contact you?

☐ Fax    Number: ____

☐ Mail   Address: ____

City: ____          State: ____          Zip: ____

★ My primary interests are in *(check one)*:

☐ ***End-User / Desktop Applications & Professional Development*** (i.e., MS Office, Lotus Notes, PhotoShop, Negotiating Skills, Customer Service, Business Communication)

*Note: For a complete list of online courses offered through CDI University, go to:* http://edservices.dpecinc.com/cdi

☐ ***Technical / IT & Professional Development*** (i.e., Java, C++, TCP\IP, SQL\Server, CGI\PERL, MCSE Prep, Negotiating Skills, Customer Service, Business Communication)

★ Courses are a requirement for performance of my existing job duties:   ☐ Yes   ☐ No

Specific topic(s) of interest for my immediate job-related needs: ____

Specific topic(s) of interest for my long-term career development: ____

I acknowledge that my participation in any courses offered by CDI University is completely voluntary and for my own personal development. CDI has made no assurances to me that my completion of online courses will enable CDI to locate new employment or preserve any existing employment for me. I further acknowledge that CDI has made no representations to me regarding the quality or content of the courses and that CDI will have no liability to me, and I will have no recourse against CDI, for any errors or omissions in the content or materials covered in any course. In the absence of advance written approval from my CDI Manager or client/customer to the contrary, I agree to access the courses only during personal time (non-work hours) using a non-company-owned computer and Internet connection.

____ **Employee Signature - required**          11/29/2001 **Date**

____          12/06/01

Revised: 8/28/2000



**Information Technology Services**

## EMPLOYMENT AGREEMENT

### A.    Basic Information

**Employer:** ___ CDI Information Technology Services ___ ("we", "us" or "our")

**Employee:** _____ Alexei Kouvchinov _____ ("you" or "your")

**Beginning Date of Employment:** ___ December 3, 2001 _____.

**Compensation:**    "Regular Rate" of Pay: $ 48.00 from December 3, 2001 to December 30, 2001 and $52.00 from December 31, 2001 through the end of assignment per hour.
     "Overtime Rate" of Pay $ same as above per hour.
**Overtime:**       All hours worked in excess of forty (40) hours in any one week.

### B.    Standard Terms
This is an Employment Agreement ("Agreement") between you and us and it is made up of the above Basic Information, these Standard Terms and any Optional Terms which are set forth on an attached page and which are specifically made part of this Agreement.

1.    **Beginning Date of Employment.** Your employment under this Agreement will start on the Beginning Date of Employment set forth above.

2.    **Work Rules.** While working at our facility, you will follow any work rules, regulations, or policies, which have been established.

3.    **Compensation.** You acknowledge and understand that you are employed on a per hour basis and not on a per week, per month or some other basis. For each hour of work performed by you under this Agreement, we will pay you at your Regular Rate, except that for each hour of Overtime worked by you we will pay you at your Overtime Rate. Since you are employed on a per hour basis, if you fail to work any day or a part of any day you will not be paid for the time not worked.

4.    **Time Cards.** You agree to accurately maintain a time card for all time worked by you and your further agree that such time card records will be conclusive as to the time worked by you.

5.    **Confidentiality and Property Rights.** You acknowledge that in the course of your employment by us you will have access to and be exposed to valuable confidential and trade secret information of ours and our Customer. You agree, during the term of your employment and forever thereafter, to keep confidential all information and material provided by us or our Customer ("Confidential Information"), including any information and material relating to any of our employees, customers, vendors or other parties we do business with and excluding only information that is or becomes public knowledge through no fault or participation by you. You agree to keep in strictest confidence and not to disclose, use, copy or make available to others any Confidential Information except as is required in the course of your performing services hereunder or with our prior written permission.

    All documents, manuals, bids, contracts, financial data, customer lists and information, employee and applicant lists and information, systems for recruitment and sales, equipment, hardware, software, source code, data bases, designs, drawings, plans, data and the like (including all copies thereof), relating to our business or our Customer's business, which you use, prepare or come into contact with, will remain our or our

Page 1 of 4

Employer    Employee



**Information Technology Services**

Customer's exclusive property and must be returned to us promptly upon our request or upon termination of your employment with us for any reason.

Employer    Employee

CDI 0019



**Information Technology Services**

You agree that all inventions, innovations, concepts, developments, designs, processes, procedures and improvements ("Inventions") related to our or our Customer's business which are made or conceived by you, under your direction or by you jointly with others during the course of your employment by us (including inventions created outside of working hours), whether or not patentable or copyrightable, will be our sole property. You also agree that any copyrights and other proprietary interests in such inventions will belong to us or our Customer, and you will promptly and completely disclose and assign all those inventions to us. For purposes of this paragraph, inventions made or conceived by you, whether alone or with others, within six months after the termination of your employment with us, will be conclusively presumed to have been made or conceived by you during the term of your employment with us. You agree that, from time to time as we may request, you will sign all documents and do all other things (at our cost) which may be necessary to secure or establish our or our Customer's ownership of such inventions. Inventions which you have developed prior to being employed by us and which you wish to be excluded from this paragraph must be described on an attachment to this Agreement.

You acknowledge that a breach by you of any provision of this Section may result in serious and irreparable injury to us, which may not be readily or adequately compensated by money damages. Therefore, in the event of your breach or threatened breach of any provision of this Section, we will be entitled to an injunction restraining you from disclosing any Confidential Information or from rendering any services to any person or entity to whom any Confidential Information has been or is threatened to be disclosed. Nothing in this Section should be construed as prohibiting us from pursuing any other remedies for any such breach or threatened breach by you, including the recovery of money damages from you. The provisions of this Section are for our benefit and for the benefit of our Customer and either will have all rights and remedies to enforce such provisions. The provisions of this Section are continuing and will survive indefinitely the termination of this Agreement or of your employment with us.

6.  **Termination.** The employment relationship between you and us hereunder may be terminated at any time at the will of either you or us, either before, on, or after the Reporting Date, without the need for the terminating party to give a specific reason or cause to the other party for the termination. You acknowledge that, as our employee, you will be working in the temporary staffing business and therefore your employment may be terminated when your assignment with our Customer ends or at any earlier time at the discretion of our Customer or us. In the event of termination on or after the Reporting Date, you will be entitled to receive compensation earned through the time of termination, but we shall have no other obligation or liability to you other than the payment of such earned compensation. In the event of termination before the Reporting Date, we shall have no obligation or liability to you whatsoever.

7.  **Amendment of Terms.** This Agreement can be amended by you and us signing a document containing the amended terms. The only other way this Agreement can be amended is by us giving you written notice of the amendment at least one week prior to the effective date of the amendment. If you continue to work for us after the effective date of the amendment, you will be considered as having specifically agreed to the amendment.

8.  **Obligations Following Termination.** You agree not to accept employment directly with our Customer, or indirectly with our Customer by accepting employment with a competitor of ours for assignment to our Customer, for a period of ninety (90) days following termination of your employment with us under this Agreement, unless we give our written consent to such employment. This provision will survive the termination of this Agreement or of your employment under this Agreement.

9.  **Governing Law.** This Agreement will be construed and interpreted in accordance with the laws of the Commonwealth of Pennsylvania, except that if our Customer enforces its rights under this Agreement, and our Customer's contract with us has a provision choosing a different state's law, then, at our Customer's option, the state law specified in our Customer's contract shall govern.

Page 3 of 4

Employer          A.K.
                  Employee

 **Information Technology Services**

10. **Other Agreements.** By signing this Agreement, you represent and warrant to us that you are not bound by any other agreement, written or oral, which would preclude you from entering into this Agreement. You also represent that you will not utilize, in connection with your employment under this Agreement, any materials which may be construed to be confidential to a party other than our Customer or us. In the event of a breach by you of this provision which results in damage to us, you agree to indemnify and hold us harmless with respect to such damage.

11. **Entire Agreement.** The Basic Information, Standard Terms and any Optional Terms which are specifically included constitute the entire understanding between you and us and there are no representations or agreements except as provided herein.

**EMPLOYEE**                                    **EMPLOYER**

By: _Placid Kouvchinov_ 11/29/01          By: _Reg Glen_ 11/29/01
           Date                                   Date

Print Name: _A. Kouvchinov_               Title: _Branch Administr_

Page 4 of 4

Employer    A.K. Employee



**Managed Services**

**POLICY AND PROCEDURES MANUAL**

SECTION NO. 2.160  PAGE: 1 OF 6

SUBJECT: HARASSMENT

APPLICABLE TO: HOURLY AND SALARIED

ISSUED EFFECTIVE: 02/11/99

SUPERSEDES ISSUE DATED: 06/01/96

APPROVED BY: _____

> To Our Employees:
>     Set forth below, in easy to read question and answer format, is our Equal
> Employment Opportunity and Anti-Harassment Policy.
>                                          *Mitch Wienick, President & CEO*

# CDI CORPORATION'S

# EQUAL EMPLOYMENT OPPORTUNITY and ANTI-HARASSMENT POLICY

### 1.    What kind of work environment does the Policy promote and what kind of conduct does it prohibit?

CDI Corporation (the "Company") provides equal employment opportunities to all employees and applicants for employment without regard to race, color, religion, sex, national origin, age, disability, veteran status or other protected characteristic in accordance with applicable laws. This Policy applies to all terms and conditions of employment, including but not limited to, hiring, placement, compensation, promotion, termination and layoff.   The Company is committed to ensuring a work environment which respects the dignity of each individual and which is free from all forms of unlawful employment discrimination, including discriminatory harassment based on a person's sex, race, color, religion, national origin, age, disability, veteran status or any other characteristic protected by law.   Such discrimination or discriminatory harassment will simply not be tolerated. This Policy applies to discrimination and discriminatory harassment arising out of the work environment whether in the office, at outside work assignments, at Company-sponsored social functions or elsewhere.   It applies to all activity and forms of communication, including the use of telecommunications and computer devices and systems (such as voice-mail, e-mail, intranet, and internet).  This Policy covers all employees.  This Policy does not limit the Company's authority to correct workplace conduct which the Company decides is unacceptable, regardless of whether that conduct meets the legal definition of unlawful discrimination or discriminatory harassment.    Discriminatory harassment can either be sexual harassment or nonsexual harassment. Since discriminatory harassment is more complicated than other forms of discrimination, it is more fully defined in paragraphs 3 and 4 of this Policy.



**POLICY AND PROCEDURES MANUAL**

SECTION NO. 2.160  PAGE: 2 OF 6

SUBJECT: HARASSMENT

APPLICABLE TO: HOURLY AND SALARIED

ISSUED EFFECTIVE:  02/11/99

SUPERSEDES ISSUE DATED:  06/01/96

APPROVED BY: _____

2.   **Does the Policy cover discrimination and discriminatory harassment by, and against, non-employees, such as the employees of the Company's customers and vendors?**

Yes.  The Company will not tolerate discrimination or discriminatory harassment by a non-employee (such as employees of vendors or customers) to the extent that it affects the work environment or interferes with the performance of work functions.  Anyone who believes that he or she has been subjected to such treatment should report the problem using the procedures set forth in this Policy.   The Company will investigate a reported incident to the extent practicable and will take any action it deems appropriate after evaluating all circumstances. Likewise, the Company will not tolerate discrimination or discriminatory harassment by a Company employee of a non-employee to the extent the non-employee's work environment is affected or their performance of work functions is interfered with.

3.   **What is sexual harassment?**

A.   Definition:   For purposes of this Policy, sexual harassment is defined as unwelcome sexual advances, requests for sexual favors or other verbal or physical conduct of a sexual nature when:

- submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; or
- submission to or rejection of such conduct is used as the basis for employment decisions affecting the individual; or
- such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

B.   Examples:   Some examples of what may constitute sexual harassment are:

- threatening or taking adverse employment actions if sexual favors are not granted;
- demands for sexual favors in exchange for favorable or preferential treatment;
- unwelcome flirtations, propositions, or advances (including continued requests for dates);
- unwelcome physical contact (including kissing, hugging, putting one's arm around another);
- whistling, leering, improper gestures or offensive remarks, including unwelcome comments about appearance;
- sexual jokes or other inappropriate use of sexually explicit or offensive language (including discussions of one's sexual activities);
- the display in the workplace of sexually suggestive objects or pictures;
- conduct or behavior that is not sexual in nature but which conveys insulting, degrading or sexist attitudes because of a person's sex;



SECTION NO. 2.160  PAGE: 3 OF 6

SUBJECT: HARASSMENT

APPLICABLE TO: HOURLY AND SALARIED

ISSUED EFFECTIVE: 02/11/99

**POLICY AND PROCEDURES MANUAL**

SUPERSEDES ISSUE DATED: 06/01/96

APPROVED BY: _____

- using any telecommunications or computer system to send, receive, or exhibit unwelcome discriminatory and/or sexual displays, etc.

    The above list is not intended to be all-inclusive. Even one instance of such conduct, if severe enough, may constitute sexual harassment. Sexual harassment can occur between members of the same sex.

### 4.    What is nonsexual harassment?

   A.    Definition:  For purposes of this Policy, nonsexual harassment is defined as verbal, visual or physical conduct that belittles, mocks or shows hostility toward an individual because of a characteristic protected by law (such as race, color, religion, national origin, age, disability, or veteran status) or that of his or her relatives, friends, or associates, and that:

- has the purpose or effect of creating an intimidating, hostile, or offensive work environment, or unreasonably interfering with an individual's work performance; or
- otherwise adversely affects an individual's employment opportunities.

   B.    Examples:  Some examples of what may constitute nonsexual harassment are:

- using epithets, slurs or negative stereotypes;
- threatening, intimidating, or engaging in hostile acts that relate to a protected characteristic;
- purported jokes or pranks;
- placing on walls, bulletin boards or elsewhere on the Company's premises, or circulating in the workplace by any medium, oral, written, electronic, or graphic material that belittles, mocks or shows hostility toward a person or group because of protected characteristics.

    The above list is not intended to be all-inclusive. Even one instance of such conduct, if severe enough, may constitute nonsexual harassment.

### 5.    Do Company employees have any reporting responsibilities under the Policy even if the employee is not personally being discriminated against or being discriminatorily harassed?

Yes. All employees at all levels of the Company are responsible for helping to assure that discrimination and discriminatory harassment do not occur by conducting themselves appropriately in accordance with this Policy and by reporting harassment they observe. Indeed, any Company manager or supervisor who knows or suspects that an employee is being subjected to harassment must report the matter immediately to any supervisor or manager of the Company's Human Resources Department.

CDI 0024



SECTION NO. 2.160  PAGE: 4 OF 6

SUBJECT: HARASSMENT

APPLICABLE TO: HOURLY AND SALARIED

ISSUED EFFECTIVE:  02/11/99

**POLICY AND PROCEDURES MANUAL**

SUPERSEDES ISSUE DATED:  06/01/96

APPROVED BY: _____

**6.    How do I report a complaint if I work in a Company office?**

The Company strongly encourages prompt reporting of all incidents of alleged discrimination or discriminatory harassment.    If you believe you have been the victim of discrimination or discriminatory harassment, report the problem immediately to any of the following: your supervisor, your supervisor's supervisor, any Company officer (Vice President and above), or any supervisor or manager in the Company's Human Resources Department.

**7.    How do I report a complaint if I work at a customer location?**

Report the complaint promptly.  Contact the manager of the Company office from which you were hired. If you leave a message with anyone else in the office, be sure to tell them it involves discrimination or discriminatory harassment so the manager will return your call as soon as possible.   You may also report your complaint to the customer, if you wish, in addition to reporting it to the Company.  If the complaint involves a Company employee who works in the Company office from which you were hired, then report the complaint to the Company's Human Resources Department whose address is listed in paragraph 14 of this Policy.

**8.    If I am being discriminatorily harassed, should I tell the offender to stop before I file my complaint?**

Sometimes the harasser may not realize that the advances or behaviors are offensive.  If you feel this is the case and if you are comfortable doing so, you may tell the offender that the behavior is unwelcome and ask that it be stopped.  If you use this informal procedure and the unwelcome behavior does not stop, or you are not satisfied with the offender's response, or if you choose not to use this informal procedure, or if you want to report the problem in any event, then you must report your complaint promptly according to the instructions set forth above.

**9.    How will the Company investigate my complaint?**

When a report is made as outlined above, the Company will undertake a prompt investigation as may be appropriate under all of the circumstances.   During an investigation, involved individuals are expected to cooperate and provide truthful information.  The steps to be taken during the investigation cannot be fixed in advance, but will vary depending upon the nature of the allegations.  Confidentiality will be maintained throughout the investigatory process to the extent practical and consistent with the Company's legal obligation to undertake a full investigation.    There may be instances in which an individual reporting discriminatory harassment seeks only to discuss the matter informally, and does not wish the Company to undertake an investigation or to take further steps.  While the Company will attempt to honor the person's wishes, the law generally requires that   the Company conduct an official investigation.



**POLICY AND PROCEDURES MANUAL**

SECTION NO. 2.160  PAGE: 5 OF 6

SUBJECT: HARASSMENT

APPLICABLE TO: HOURLY AND SALARIED

ISSUED EFFECTIVE: 02/11/99

SUPERSEDES ISSUE DATED: 06/01/96

APPROVED BY: _____

## 10.    What can I do if I feel my complaint is not being handled quickly enough?

If any applicant or employee feels that an investigation of a discrimination or discriminatory harassment complaint is not proceeding fast enough or that an appeal filed under paragraph 14 of this Policy has not been decided within the required time period, he or she is encouraged to contact the Company's Legal Department and speak to one of the Company's attorneys (phone number 215-636-1116) who will take whatever action is necessary to insure that the investigation is conducted or the appeal is decided promptly.

## 11.    Will I be told what action has been taken on my complaint?

Yes.  Upon completion of the investigation, the outcome will be communicated to the reporting person, the person about whom allegations were made, and other individuals with a need to know.

## 12.    What action will the Company take if it finds a violation of this Policy?

Individuals found by the Company to have violated this Policy will be disciplined, up to and including discharge.  Managers or supervisors who fail to advise the Human Resources Department of an actual or suspected violation of this Policy may also be subject to discipline. Discipline may include, but is not limited to: verbal or written reprimand; referral to counseling; withholding of a promotion, reassignment, or pay increase or supplement; suspension; or discharge.  Discrimination or discriminatory harassment by a non-employee of a Company employee will result in action reasonably calculated to stop the discrimination or discriminatory harassment, and if not stopped, the Company will terminate its relationship with the non-employee's employer, if appropriate.

## 13.    Do I have any protection against retaliation for complaining about alleged discrimination or discriminatory harassment?

Yes.   The Company will not retaliate against anyone who complains about alleged discrimination or discriminatory harassment according to the procedure set forth in this Policy and it is a violation of this Policy for any person to so retaliate.  Retaliation is considered a very serious violation of this Policy which should be reported immediately.   The reporting and investigation of allegations of retaliation will follow the procedures detailed in this Policy.  Any person found to have retaliated against an individual for complaining about alleged discrimination or discriminatory harassment will be subject to appropriate disciplinary procedures as described in paragraph 12 of this Policy.



**POLICY AND PROCEDURES MANUAL**

SECTION NO. 2.160 PAGE: 6 OF 6

SUBJECT: HARASSMENT

APPLICABLE TO: HOURLY AND SALARIED

ISSUED EFFECTIVE: 02/11/99

SUPERSEDES ISSUE DATED: 06/01/96

APPROVED BY: _____

### 14.    Is there a way to appeal the initial action taken if either party is dissatisfied?

Yes.    If either party directly involved in a discrimination or discriminatory harassment investigation is dissatisfied with the outcome, that individual has the right to appeal the decision. The dissatisfied party should submit an appeal with written comments in a timely manner to: Senior Human Resources Official, CDI Corporation, 1717 Arch St., 35th Floor, Philadelphia, PA 19103-2768.  If the Senior Human Resources Official was involved in the initial determination, then the appeal will be referred to another appropriate Company officer.  If the complaint involves the Human Resources Department then the appeal should be made to the Company President who will issue the findings.  The objecting party's position will be reviewed along with the complete record of the matter and findings will be issued within ten (10) business days of the receipt of the written objection, unless it is determined that additional investigation is appropriate.

### 15.    Are there any state or federal agencies that handle such claims?

Yes. Discrimination or discriminatory harassment may violate federal and state law.  The U.S. Equal Employment Opportunity Commission (EEOC) enforces federal law while state agencies (usually Human Relations Commissions) enforce state laws.  To contact either the EEOC or your state agency consult your local telephone directory under State Government Offices or Federal Government Offices or ask directory assistance.  The EEOC's headquarters office is located at 1801 L Street, N.W., Washington, D.C., 20507.  The EEOC's phone number is (202) 663-4900 (TDD: (202) 663-4494).  The state agency's headquarters are usually located in the State's capital but generally has branch offices in other parts of the state.  The EEOC can also be contacted on the World Wide Web at "*www.eeoc.gov*".  Although web sites change, the current website for a listing of state agencies that enforce state discrimination and discriminatory harassment laws is "*www.resources.org/state.html*".  Both the EEOC and each state agency have short time periods in which you may file a claim (generally 180 or 300 days from the alleged incident).  While you have the right to file a claim with either a state or federal agency, it is very important that you also file a complaint with the Company so the Company is able to take appropriate corrective action.  Also, your failure to file a complaint with the Company may affect your right to pursue legal action.