UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-CV-12531MEL

| | |
|---|---|
| ALEXEI KOUVCHINOV,        ) | |
|     Plaintiff                                 ) | |
|                                                   ) | |
| v.                                               ) | |
|                                                   ) | |
| PARAMETRIC TECHNOLOGY     ) | |
| CORPORATION, CDI CORPORATION, ) | |
| LISA WALES, and CONNECTICUT ) | |
| GENERAL LIFE INSURANCE CO.,    ) | |
|     Defendants                           ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
AND TO FILE SUMMARY JUDGMENT MATERIALS**

All parties jointly move that the schedule in this matter be amended to extend the discovery deadline from January 30, 2006 to March 15, 2006 and all summary judgment deadlines by a corresponding period of 45 days. As grounds for this motion, the parties state as follows.

1. At the scheduling conference, the Court adopted the parties' proposed schedule, which called for a discovery deadline of January 30, 2006.

2. The parties have proceeded with discovery in a cooperative manner, including exchanging documents, propounding interrogatories, and conducting depositions. Additional discovery remains to be completed, including some depositions and further negotiations about the discoverability of certain information.

3. The parties have agreed to attempt private mediation on January 31, 2006 or as soon thereafter as possible. As part of their agreement, the parties have agreed to stay further discovery.

4. Mediation offers the possibility of eliminating the need for further discovery or of narrowing the scope of what further discovery is necessary.

WHEREFORE, the parties jointly move that the discovery deadline be extended from January 30, 2006 to March 15, 2006, and that the summary judgment deadlines be as follows: April 14, 2006 (summary judgment motions); May 15, 2006 (summary judgment oppositions); and June 5, 2006 (summary judgment replies).

| | |
|---|---|
| ALEXEI KOUVCHINOV<br>By his attorneys, | PARAMETRIC TECHNOLOGY<br>CORPORATION; LISA WALES<br>By their attorneys, |
| /s/ Stephen S. Churchill<br>Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA  02130<br>(617) 390-2578 | /s/ Guy P. Tully<br>Guy P. Tully (BBO#555625)<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA  02116<br>(617) 367-0025 |
| CONNECTICUT GENERAL LIFE<br>INSURANCE CO.<br>By its attorneys, | CDI CORPORATION<br>By its attorneys, |
| /s/ David B. Crevier<br>David B. Crevier (BBO# 5557242)<br>1500 Main Street, Suite 2020<br>Springfield, MA  01115-5532<br>(413) 787-2400 | /s/ Suzanne M. Suppa<br>Suzanne M. Suppa (BBO# 565075)<br>Amy L. Nash (BBO# 647304)<br>Littler Mendelson, P.C.<br>One International Place, Suite 2700<br>Boston, MA  02110 |

Dated: January 20, 2006