**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ALEXEI KOUVCHINOV ]<br>        Plaintiff, ]<br>]<br>v. ]<br>]<br>PARAMETRIC TECHNOLOGY ]<br>CORPORATION, CDI CORPORATION, ]<br>LISA WALES, and CONNECTICUT ]<br>GENERAL LIFE INSURANCE CO. ]<br>        Defendants. ]<br>] | Civil Action No. 04-12531 MEL |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO COUNT III OF THE COMPLAINT AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the Plaintiff's dismissal of Count III of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.  Insofar as Count III of the Complaint contains the only claim against Connecticut General Life Insurance Company ("CGLIC"), the parties further stipulate that as a result of the dismissal of Count III of the Complaint, CGLIC is dismissed from this action.   The Parties agree that by signing this Stipulation, Defendants Parametric Technology Corporation and Lisa Wales do not waive any rights they may have against any other party

| ALEXEI KOUVCHNIOV | CDI CORPORATION |
|---|---|
| By his Attorney, | By its Attorneys |
| By:  /s/Stephen S. Churchill<br>Stephen S. Churchill, (BBO# 564158)<br>Hale & Dorr Legal Services Center of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>(617) 390-2578 | By:  /s/Suzanne M. Suppa<br>Suzanne M. Suppa (BBO# 565075)<br>Amy L. Nash (BBO# 647304)<br>Littler Mendelson, P.C.<br>One International Place, Suite 2700<br>Boston, MA 02110<br>(617) 378-6000 |

2

| CONNECTICUT GENERAL LIFE INSURANCE COMPANY | PARAMETRIC TECHNOLOGY CORPORATION and LISA WALES |
|---|---|
| By its Attorney, | By their Attorney, |
| By: /s/David B. Crevier<br>David B. Crevier (BBO # 557242)<br>Crevier & Ryan, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA. 01115-5727<br>(413) 787-2400 | By: /s/Guy P. Tully<br>Guy P. Tully (BBO# 555625)<br>Jackson Lewis, LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March 2006, a copy of the foregoing was served on counsel of record, via first-class mail, postage prepaid.

/s/David B. Crevier