UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-CV-12531MEL

ALEXEI KOUVCHINOV,           )
    Plaintiff                              )
                                              )
v.                                           )
                                              )
PARAMETRIC TECHNOLOGY  )
CORPORATION, CDI CORPORATION,  )
LISA WALES, and CONNECTICUT  )
GENERAL LIFE INSURANCE CO.,  )
    Defendants                          )

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
AND TO FILE SUMMARY JUDGMENT MATERIALS**

Plaintiff Alexei Kouvchinov and defendants Parametric Technology Corporation and Lisa Wales jointly move that the schedule in this matter be amended to extend the current fact discovery deadline from March 15, 2006 to and including March 31, 2006 and to extend all current summary judgment deadlines from April 14, 2006 to and including April 30, 2006 (summary judgment motions), from May 15, 2006 to May 31, 2006 (summary judgment oppositions), and from June 5, 2006 to and including June 21, 2006 (summary judgment replies).  As grounds for this motion, the parties state as follows.

1.    At the scheduling conference, the Court adopted the parties' proposed schedule, which called for an initial discovery deadline of January 30, 2006.  By the Court's order, the deadline was extended to March 15, 2006, along with all corresponding summary judgment deadlines.

2. The parties have proceeded with discovery in a cooperative manner, including exchanging documents, propounding interrogatories, and conducting depositions.

3. The parties participated in a full-day private mediation on January 31, 2006, which resolved all claims involving two of the four defendants (CDI Corporation and Connecticut General Life Ins. Co.)[1]  As part of the agreement to mediate, the parties stayed further discovery.

4. Following the mediation, the moving parties have attempted in good faith to schedule and complete the remaining discovery. This has been complicated by the fact that a number of deponents are located out of state. It is anticipated that all remaining discovery can be completed by March 31, 2006.

WHEREFORE, the parties jointly move that the discovery deadline be extended from March 15, 2006 to March 31, 2006, and that the summary judgment deadlines be as follows: April 30, 2006 (summary judgment motions); May 31, 2006 (summary judgment oppositions); and June 21, 2006 (summary judgment replies).

| | |
|---|---|
| ALEXEI KOUVCHINOV<br>By his attorneys, | PARAMETRIC TECHNOLOGY CORPORATION; LISA WALES<br>By their attorneys, |
| /s/ Stephen S. Churchill<br>Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA  02130<br>(617) 390-2578 | /s/ Guy P. Tully<br>Guy P. Tully (BBO#555625)<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA  02116<br>(617) 367-0025 |

Dated: March 7, 2006

---

[1] Stipulations of dismissal are expected to be filed with respect to those claims within the next several days.