UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARAMETRIC TECHNOLOGY )<br>CORPORATION, CDI CORPORATION, )<br>LISA WALES, and CONNECTICUT )<br>GENERAL LIFE INSURANCE CO., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12531 (MEL) |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND CDI CORPORATION

Defendant CDI Corporation and Plaintiff Alexei Kouvchinov in the above-entitled action hereby stipulate that all claims asserted by Plaintiff against **CDI Corporation** be dismissed with prejudice and without costs. All rights of appeal are hereby waived. The Parties agree that by signing this Stipulation, Defendants Parametric Technology Corporation and Lisa Wales do not waive any rights they may have against any other party.

Respectfully Submitted,

| CDI CORPORATION, | ALEXEI KOUVCHINOV |
|---|---|
| By its attorneys, | By his attorney, |
| /s/ Suzanne M. Suppa | /s/ Stephen S. Churchill |
| Suzanne M. Suppa (BBO #565075)<br>Amy L. Nash (BBO #647304)<br>LITTLER MENDELSON, P.C.<br>One International Place, Suite 2700<br>Boston, MA 02110<br>(617) 378-6000 | Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>(617) 390-2578 |

Firmwide:80880890.1 043862.2003

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY | PARAMETRIC TECHNOLOGY CORPORATION and LISA WALES |
| By its attorneys, | By their attorney, |
| *David Crevier* -ss | *Guy Tully* -ss |
| David B. Crevier (BBO #557242)<br>Crevier & Ryan, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>(413) 787-2400 | Guy P. Tully (BBO #555625)<br>Jackson Lewis, LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

March 7, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on this 7 day of March 2006, a copy of the foregoing was served on counsel of record, via first-class mail, postage pre-paid.

*/s/*