UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-CV-12531MEL

ALEXEI KOUVCHINOV,  )
    Plaintiff  )
      )
v.  )
      )
PARAMETRIC TECHNOLOGY  )
CORPORATION, CDI CORPORATION,  )
LISA WALES, and CONNECTICUT  )
GENERAL LIFE INSURANCE CO.,  )
    Defendants  )

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
SUMMARY JUDGMENT MATERIALS**

Plaintiff Alexei Kouvchinov and Defendants Parametric Technology Corporation and Lisa Wales jointly move that the schedule in this matter be amended to extend the current summary judgment deadlines from April 30 to and including May 26, 2006 (summary judgment motions to be filed), from May 31, 2006 to and including June 26, 2006 (summary judgment oppositions), and from June 21, 2006 to and including July 17, 2006 (summary judgment replies). As grounds for this motion, the parties state as follows.

    1.    At the scheduling conference, the Court adopted the parties' proposed schedule, which called for an initial discovery deadline of January 30, 2006. By the Court's order, the deadline was extended to March 15, 2006, along with all corresponding summary judgment deadlines.

    2.    The parties have proceeded with discovery in a cooperative manner, including exchanging documents, propounding interrogatories, and conducting depositions.

3.      The parties participated in a full-day private mediation on January 31, 2006, which resolved all claims involving two of the four defendants (CDI Corporation and Connecticut General Life Ins. Co.)[1]  As part of the agreement to mediate, the parties stayed further discovery.

4.      Following the mediation, the moving parties scheduled and completed remaining discovery, including the depositions of representatives of Defendant Connecticut General Life Insurance Company in Dallas, Texas.  Those depositions were conducted on March 15, 2006.  However, the Parties have not yet received transcripts of those depositions from the stenographer in Dallas.  The Parties anticipate that testimony from those depositions likely may be used as part of the summary judgment submissions.  The Parties seek the requested extension of time to enable them to receive the transcripts and to permit the witnesses an opportunity to review the transcripts and note any corrections on the errata sheets.

---

[1] Stipulations of dismissal have been filed with the Court.

WHEREFORE, the parties jointly move that the summary judgment deadlines be as follows: May 26, 2006 (summary judgment motions); June 26, 2006 (summary judgment oppositions); and July 17, 2006 (summary judgment replies).

| | |
|---|---|
| ALEXEI KOUVCHINOV<br>By his attorneys, | PARAMETRIC TECHNOLOGY CORPORATION; LISA WALES<br>By their attorneys, |
| /s/ Stephen S. Churchill<br>Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA  02130<br>(617) 390-2578 | /s/ Guy P. Tully<br>Guy P. Tully (BBO#555625)<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA  02116<br>(617) 367-0025 |

Dated: April 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2006, a copy of the foregoing was served by electronic mail and through the ECF system on Plaintiff's counsel.

/s/ Guy P. Tully
Jackson Lewis LLP