UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-CV-12531MEL

ALEXEI KOUVCHINOV, )
    Plaintiff )
)
v. )
)
PARAMETRIC TECHNOLOGY )
CORPORATION, CDI CORPORATION, )
LISA WALES, and CONNECTICUT )
GENERAL LIFE INSURANCE CO., )
    Defendants )

**DEFENDANTS' ASSENTED-TO MOTION
TO EXTEND BY TEN (10) DAYS THE CURRENT DEADLINES
FOR FILING SUMMARY JUDGMENT MATERIALS**

Defendants Parametric Technology Corporation (PTC) and Lisa Wales move with Plaintiff's assent to extend by ten (10) days, the current schedule for submitting summary judgment materials. Specifically, Defendants seek to enlarge the current summary judgment deadlines from May 26, 2006 to and including June 5, 2006 (summary judgment motions to be filed), from June 26, 2006 to and including July 6, 2006 (summary judgment oppositions), and from July 17, 2006 to and including July 27, 2006 (summary judgment replies). As grounds for this motion, Defendants state that the additional time is needed to prepare the summary judgment submission and to ensure that the Parties receive errata sheets from deponents whose transcripts were only recently provided to the parties.

WHEREFORE, the parties jointly move that the summary judgment deadlines be as follows: June 5, 2006 (summary judgment motions); July 6, 2006 (summary judgment oppositions); and July 27, 2006 (summary judgment replies).

PARAMETRIC TECHNOLOGY
CORPORATION; LISA WALES
By their attorneys,

/s/ Guy P. Tully
Guy P. Tully (BBO#555625)
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

ASSENTED-TO:

ALEXEI KOUVCHINOV
By his attorneys,

/s/ Stephen S. Churchill
Stephen S. Churchill (BBO# 564158)
Hale & Dorr Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130
(617) 390-2578

Dated: May 19, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, a copy of the foregoing was served by electronic mail and through the ECF system on Plaintiff's counsel.

/s/ Guy P. Tully
Jackson Lewis LLP