UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEXEI KOUVCHINOV,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PARAMETRIC TECHNOLOGY  )<br>CORPORATION, CDI CORPORATION,  )<br>LISA WALES, and CONNECTICUT  )<br>GENERAL LIFE INSURANCE CO.,  )<br>  )<br>    Defendants.  ) | Civil Action No. 04-12531 (MEL) |

## STIPULATION OF DISMISSAL OF COUNTS VI AND VII

Plaintiff Alexei Kouvchinov and defendants Parametric Technology Corporation and Lisa Wales (being the sole remaining defendants) hereby stipulate that Counts VI (defamation) and VII (invasion of privacy) be dismissed with prejudice and without costs.

ALEXEI KOUVCHINOV

By his attorney,

/s/ Stephen S. Churchill
Stephen S. Churchill (BBO# 564158)
Hale & Dorr Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
(617) 390-2578

Dated : June 2, 2006

PARAMETRIC TECHNOLOGY
CORPORATION and LISA WALES

By their attorney,

/s/ Guy P. Tully
Guy P. Tully (BBO #555625)
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025