UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV,<br><br>    Plaintiff,<br>v.<br><br>PARAMETRIC TECHNOLOGY<br>CORPORATION, CDI CORPORATION,<br>LISA WALES, and CONNECTICUT<br>GENERAL LIFE INSURANCE CO.,<br><br>    Defendants. | Civil Action No. 04-12531 (MEL) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to U.S. District Court Local Rule 56.1, Defendants Parametric Technology Corporation ("PTC") and Lisa Wales hereby move for summary judgment on Plaintiff's complaint in its entirety. In support of its motion, the Company submits Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, the Declaration of Guy P. Tully, and the accompanying Memorandum of Law.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Defendants certify that their counsel has conferred in good faith with counsel for Plaintiff in an attempt to narrow the issues raised in this motion, but the parties have been unable to resolve the matter

## REQUEST FOR ORAL ARGUMENT

Defendants also request oral argument on this motion.

Respectfully submitted,

PARAMETRIC TECHNOLOGY CORPORATION
and LISA WALES,

By their attorneys,

__/s/ Guy P. Tully_____
Guy P. Tully, BBO #555625
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006, a copy of the foregoing was served by electronic mail and through the ECF system on Plaintiff's counsel.

/s/ Guy P. Tully_____