UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV,<br><br>    Plaintiff,<br>v.<br><br>PARAMETRIC TECHNOLOGY<br>CORPORATION, CDI CORPORATION,<br>LISA WALES, and CONNECTICUT<br>GENERAL LIFE INSURANCE CO.,<br><br>    Defendants. | Civil Action No. 04-12531 (MEL) |

## DECLARATION OF GUY P. TULLY

Guy P. Tully, on oath, deposes and says as follows:

1. I am a partner with the firm Jackson Lewis LLP, counsel for Defendants Parametric Technology Corporation ("PTC") and Lisa Wales in the above-captioned matter. I have been involved in the defense of this litigation on behalf of PTC and Ms. Wales in this matter, and in connection with a charge of previously discrimination filed against PTC and Ms. Wales in a matter captioned <u>Kouvchiov v. Parametric Technology Corp. and Lisa Wales</u>, Massachusetts Commission Against Discrimination Docket No. 02-BEM-02308 ("the MCAD matter").

2. I took Plaintiff's deposition in the MCAD matter on April 15, 2004. True and accurate photocopies of excerpts from that deposition transcript, as well as Deposition Exhibits 2, 3 and 8, are attached as <u>Exhibit A</u>.

3. Plaintiff's deposition in the above-referenced matter was taken over the course of four days, October 18, November 8, November 16 and December 19, 2005. I participated in all

four days of that deposition. True and accurate photocopies of excerpts from each of the four days of Plaintiff's deposition are attached as Exhibit B through Exhibit E, respectively.

4. Plaintiff's predecessor counsel took the deposition of Lisa Wales in connection with the MCAD matter on April 16, 2004. I participated in that deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as Exhibit F. The deposition of Ms. Wales was conducted in the above-referenced matter on November 18, 2005. I participated in that deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as Exhibit G.

5. On or about March 10, 2006, Plaintiff took the deposition of Lisa Perry. I participated in that deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as Exhibit H.

6. On or about March 15, 2006, Plaintiff took the depositions of Angela Wallace and Scott Anderson. I participated in that deposition. True and accurate photocopies of excerpts from those deposition transcripts are attached as Exhibit I and Exhibit J.

7. On or about December 2, 2005, Plaintiff took the deposition of Nancy Pugliese. I participated in that deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as Exhibit K.

8. On or about March 7, 2006, I took the deposition of Dr. Leonard Freedberg. True and accurate photocopies of excerpts from that deposition transcript are attached as Exhibit L

9. On or about March 3, 2006, Plaintiff took the deposition of Edward Raine. True and accurate photocopies of excerpts from that deposition transcript are attached as Exhibit M.

10. Throughout the course of the above-referenced matter, the Parties agreed to number all deposition exhibits sequentially. In total, the Parties marked 84 Exhibits. True and

accurate photocopies of Exhibits 1, 3, 5, 7, 8, 28, 30, 32, 33, 34, 35, 36, 48, 49 and 74 are attached as Exhibit N.

11.     On November 22, 2004, I received a copy of a Dismissal and Notification of Rights issued by the MCAD on or about November 15, 2004. A true and accurate photocopy of that Dismissal is attached as Exhibit O.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2006.

/s/Guy P. Tully
GUY P. TULLY

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006, a copy of the foregoing was served by electronic mail and through the ECF system on Plaintiff's counsel.

/s/ Guy P. Tully