# **EXHIBIT B**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CA NO. 04 12531 MEL

```
*******************************************
ALEXEI KOUVCHINOV,                          *
        Plaintiff,                          *
                                            *
v.                                          *
                                            *
PARAMETRIC TECHNOLOGY CORPORATION,          *
CDI CORPORATION, LISA WALES and             *
CONNECTICUT GENERAL LIFE INSURANCE          *
CO.,                                        *
        Defendants.                         *
*******************************************
```

    INTERPRETED DEPOSITION OF ALEXEI KOUVCHINOV, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Susan L. Prokopik, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Littler Mendelson, P.C., One International Place, suite 2700, Boston, Massachusetts, on Tuesday, October 18, 2005, at 10:31 a.m.

**KACZYNSKI REPORTING**
**72 CHANDLER STREET, SUITE 3**
**BOSTON, MASSACHUSETTS 02116**
**(617) 426-6060**

```
 1        that correct?
 2   A.   That's correct.
 3   Q.   Where did you come when you came to the United
 4        States?
 5   A.   I lived in Swampscott.
 6   Q.   Okay.  From 1992 to 1994, my understanding is you
 7        did not have employment in the United States; is
 8        that correct?
 9   A.   That's correct.
10   Q.   How did you support yourself from 1992 to 1994?
11   A.   I brought from Russia $40,000.
12   Q.   Okay.  And your first job in the United States
13        was with PTC.  If I use the term "PTC" or
14        "Parametric," you'll understand that they're the
15        same company, correct?
16   A.   Yes.  If I understood correctly, you're asking me
17        my first job, my first job in United States was
18        PTC.
19   Q.   Okay.
20   A.   Which stands for Parametric Technology
21        Corporation.  And you are going to refer PTC as
22        Parametric Technology Corporation.
23   Q.   Yes.  Who hired -- who interviewed you for the
24        position you were hired for at PTC?
```

```
1              (Recess.)
2   Q.  At some point PTC laid you off; is that correct?
3   A.  Yes.
4   Q.  When did this happen?
5   A.  I was informed about it on September 10, 2001.
6   Q.  Who informed you about the layoff?
7   A.  When I came back to PTC after my vacation, I met
8       several engineers.  Programmers.  Not the ones
9       with whom I worked in the same team but just
10      Russian engineers who worked at PTC.  And they
11      told me that it was very likely I would be fired
12      because they had some information that the whole
13      of PDM was disintegrated.
14  Q.  Did there come a time where someone from PTC
15      confirmed that you were laid off?
16  A.  I think that I went to human resources.  First I
17      waited for an hour.  Then I went to human
18      resources and asked what was happening.  I don't
19      remember the name of the person I was talking to.
20      She picked up the telephone and called somebody
21      and she told me to go back to my office and
22      somebody would be in touch with me.
23  Q.  At some point, did someone from human resources
24      get in contact with you?
```

```
 1       in September, 2001?
 2              (Question not translated.)
 3  A.   Yes.
 4  Q.   Did there come a point in time when you applied
 5       for short-term disability at PTC?
 6  A.   Yes.
 7  Q.   When was that?
 8  A.   As far as I can remember, it was September 17th.
 9  Q.   In 2001?
10  A.   Yes.
11  Q.   Why did you apply for short-term disability in
12       September, 2001?
13  A.   Because I was depressed.  I felt badly.
14  Q.   How did your depression manifest itself in
15       September, 2001?
16  A.   Sleep problems.  You cannot sleep.  You cannot
17       wake up.  I got tired easily.  Feeling of
18       helplessness.  That there was no way out.  I was
19       absolutely unprepared for the layoff.
20              MR. TULLY:  I'm sorry.  I didn't hear
21       that.
22              THE INTERPRETER:  "I was absolutely
23       unprepared for the layoff."
24              MR. TULLY:  Thank you.
```

```
 1  Q.  Did you consider filing for short-term disability
 2      before you found out about the layoff?
 3  A.  Yes, but it was very long ago.
 4  Q.  When was that?
 5  A.  It was in '97, '98 but I -- it never came to
 6      that.  I was just thinking about it.
 7  Q.  What made you not apply for short-term disability
 8      in 1997 or 1998?
 9  A.  I just decided that it would be easier for me.
10  Q.  How did your -- were you depressed in 1997, 1998?
11              (Question not translated.)
12              THE WITNESS:  Yes.
13              (Question translated.)
14  A.  Yes.
15  Q.  How did your depression in 1997 and 1998 differ
16      from your depression in 2001?
17  A.  It was worse in 2001.
18  Q.  Did you have different physical manifestations of
19      your depression in 2001 as opposed to 1997 or
20      1998?
21  A.  I can't answer this question --
22  Q.  Do you --
23  A.  -- exactly.
24  Q.  Do you not understand the question?
```

```
 1  A.  Not quite.
 2  Q.  Okay.  You mentioned tiredness, difficulty
 3      sleeping, difficulty waking up, having low energy
 4      with respect to your depression in 2001.  What
 5      were your symptoms in 1997 and 1998?
 6              MR. CHURCHILL:  Objection.
 7              Go ahead.
 8  A.  Generally the same symptoms in 1997 and '98.
 9  Q.  Were you also depressed in 2000?
10  A.  No.  I saw a doctor in 2000 but I had my ups and
11      downs.  It was by far less serious.
12  Q.  In 2000 it was by far less serious?
13              (Question not translated.)
14  A.  I saw the same doctor.  Dr. Freedberg.
15  Q.  And was your depression in 2000 more or less
16      severe than your depression in 1997 or 1998?
17  A.  It was much easier in 2000.
18  Q.  When you applied for short-term disability from
19      PTC, you said that you applied to your knowledge
20      on September 17, 2001?
21  A.  As far as I can remember, yes.  You should
22      probably have this form.  I think I see it.
23  Q.  This application for short-term disability in
24      September, 2001 was during the two-week period
```

```
 1        after which -- the two-week period -- strike
 2        that.  This application -- strike that again.
 3                 You applied for short-term disability
 4        in September, 2001 in the two-week period after
 5        your layoff but before your employment ended at
 6        PTC; is that correct?
 7   A.   Yes.  Yeah.  It was on the 17th between 10th and
 8        24th.
 9   Q.   And you knew at that time that on the 24th of
10        September you would no longer be an employee of
11        PTC; is that correct?
12   A.   Yes.
13   Q.   I'm going to state my question a little more
14        precisely.  At the time you applied for
15        short-term disability, you knew that within a
16        week you would no longer be an employee of PTC;
17        is that correct?
18                 MR. CHURCHILL:  Objection.
19   A.   I knew that the 24th was my last day there.
20   Q.   Did you know you would no longer -- strike that.
21        Who did you speak to to apply for short-term
22        disability at PTC?
23   A.   When?
24   Q.   In 2001.  September, 2001.
```

```
 1  A.  I don't understand the question.  Could you
 2      repeat it, please?
 3  Q.  Okay.  Who did you speak to at PTC when you
 4      applied for short-term disability in September of
 5      2001?
 6  A.  I didn't talk to anybody about it.  I don't
 7      remember all the circumstances.  The application
 8      that my doctor and I filled together and I either
 9      sent it by regular mail or I asked somebody to
10      put this form in -- Lisa Wales' box.
11              MS. NASH:  Okay.  Mark our first
12      exhibit today.  This will be Exhibit 1.
13              (Off the record.)
14              (Claim form marked Exhibit No. 1.)
15  Q.  I put before you what's been marked as Exhibit 1.
16      Or I haven't but here it is.  Please review this
17      document and let me know when you're done.
18              Have you had a chance to review Exhibit
19      1?
20              (Question not translated.)
21              THE WITNESS:  Yes.
22  A.  Yes.
23  Q.  On the second page of Exhibit 1, about a third of
24      the way down the page, is that your signature on
```

```
 1        the document?
 2   A.   Yes.
 3   Q.   And the date there is 9/17/01; is that correct?
 4   A.   Yes.
 5   Q.   Did you fill out the top half of the second page
 6        of Exhibit 1?
 7   A.   Yes.
 8   Q.   And did your doctor, your psychologist or
 9        psychiatrist -- strike that.  And did your doctor
10        fill out the bottom half of page two of Exhibit
11        1?
12   A.   Yes.
13   Q.   And this doctor is Leonard Freedberg?
14   A.   Yes.
15   Q.   And the first page of Exhibit 1, is it your
16        understanding that someone from PTC filled out
17        the first page of Exhibit 1?
18   A.   Yes.
19   Q.   And is it your understanding that this Exhibit 1
20        is your application for short-term disability
21        benefits from September, 2001?
22   A.   Yes.
23   Q.   On the second page of Exhibit 1, in the second
24        line towards the left half of the page, it says,
```

```
 1         "Describe in your own words what is wrong with
 2    you."  What did you write in this field on this
 3    form?
 4  A. Should I read it in English or in Russian?
 5  Q. In Russian, please.  Well, I don't know.  Read it
 6    in English, please.
 7              THE WITNESS:  "Depressed, cannot
 8    concentrate.  Low energy and feel hopeless."
 9  Q. Did you have any other symptoms on September 17,
10    2001 other than those you listed in this, on this
11    form?
12  A. Yes.
13  Q. What were those other symptoms?
14  A. Sleep problems.  At least those.
15  Q. Are there any others that you can think of?
16  A. I found it difficult to speak, even in English.
17              I found it extremely difficult to speak
18    in English at that period.
19  Q. And prior to applying for short-term disability,
20    did you see your doctor, Leonard Freedberg?
21              MR. CHURCHILL:  Objection.
22  A. I want to know -- could you elaborate on the
23    question?  I saw this doctor several times but
24    what specifically date do you have in mind?
```