**EXHIBIT C**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CA NO. 04 12531 MEL

VOLUME II

```
*******************************************
ALEXEI KOUVCHINOV,                         *
      Plaintiff,                           *
                                           *
                                           *
v.                                         *
                                           *
PARAMETRIC TECHNOLOGY CORPORATION,         *
CDI CORPORATION, LISA WALES and            *
CONNECTICUT GENERAL LIFE INSURANCE         *
CO.,                                       *
      Defendants.                          *
*******************************************
```

        CONTINUED INTERPRETED DEPOSITION OF
ALEXEI KOUVCHINOV, taken pursuant to the
applicable provisions of the Federal Rules of
Civil Procedure, before Susan L. Prokopik,
Registered Merit Reporter and Notary Public in
and for the Commonwealth of Massachusetts, at the
offices of Littler Mendelson, P.C., One
International Place, suite 2700, Boston,
Massachusetts, on Tuesday, November 8, 2005, at
10:09 a.m.

KACZYNSKI REPORTING
72 CHANDLER STREET, SUITE 3
BOSTON, MASSACHUSETTS 02116
(617) 426-6060

```
 1       your services for handling database corruption
 2       when you knew you could not work while receiving
 3       short-term disability benefits?
 4  A.   I wasn't going to take the job.  At this time I
 5       just sent this letter in order to attempt, you
 6       know, I needed to do something to restore myself.
 7       This letter was written by my friend, Chris
 8       Cherpilla.  If you read this letter, you could
 9       see that it's not my English.  He advised me and
10       I agreed with him completely that the sooner I
11       start looking for a job, go to the sports club,
12       restore all my routines, would be better for me,
13       you know, as far as my depression is concerned.
14            Dr. Freedberg also recommended to
15       restore all my usual routines and the loss of job
16       complicated my depression substantially.
17  Q.   Did you review this letter before you sent it to
18       John Busa?
19  A.   Yes.  Yes.  I definitely read it.
20  Q.   And you understood that you could not work and
21       receive short-term benefits but you sent this
22       letter anyway?
23  A.   Absolutely.  I understood that I couldn't work
24       and receive short-term benefits at the same time.
```

1  Q.  And your employment officially ended at PTC on
2      September 24, 2001?
3  A.  I find it difficult to answer this question
4      because on September 10th I was told that the
5      last day of my employment will be September 24th.
6      Because I was on short-term disability, I don't
7      know whether at this moment I -- was I an
8      employee of PTC or I have been already
9      terminated.
10 Q.  Okay.
11 A.  I would like to add one question.  I didn't know
12     my legal status at PTC.
13 Q.  Okay.  I'm going to put a document before you
14     that's marked K 4.
15          (Explanation of Benefits marked Exhibit
16     No. 4.)
17 Q.  Will you look at K 4 and let me know when you
18     have?  Can you review it, please?
19 A.  Yeah.  I'm done.
20 Q.  Looking at the first page of K 4, in the second
21     column of the chart on this page, it says
22     "Payment period."
23 A.  Yes.
24 Q.  And in the first line of the box under "Payment

1      period," it says "September 24, 2001 through
2      September 30, 2001."
3   A. Yes.
4   Q. Do you see that you received benefits of
5      $1,098.35 for that time period?
6   A. For the period from 24th to the 30th, I received
7      $1,098.35.
8   Q. Okay.
9   A. Could I grab some water?
10  Q. Sure.
11              You can --
12  A. No question at the moment?
13  Q. No.
14  A. Just a minute with my attorney.
15  Q. Sure.  We're off the record.
16              (Off the record.)
17              (Short recess.)
18  Q. We're back on the record.  At some point you
19     applied for work at CDI, correct?
20  A. Yes.
21  Q. About what time did you apply for work at CDI?
22  A. It was either in the end of -- I believe that the
23     first time I heard about CDI, it was very end of
24     October.  Or the beginning of November.

```
 1  Q.  How did you come into contact with CDI?
 2  A.  My former coworker, Fyodor Finke, told me that
 3      CDI's hiring, looking for people who can repair
 4      database corruptions for PTC, for PDM product.
 5      They were also interested in people who can
 6      convert -- the base from PDM to the next version.
 7      The new product.  Yeah.  Interlink.  Intralink.
 8      Yeah.
 9              After I received this information, I
10      mailed -- E-mailed.  I E-mailed -- I E-mailed CDI
11      and the E-mail address -- Fyodor Finke provided
12      me with this E-mail address.  And also possibly
13      gave me the telephone number.  I could be
14      mistaken about dates but everything else is
15      correct.
16  Q.  Okay.  Do you remember who you spoke to at CDI,
17      either via E-mail or by telephone?
18  A.  Yes.
19  Q.  Who?
20  A.  I recently looked at the papers.  It was Ellen
21      Shea.
22  Q.  Ellen Shea?  S H E A?  S H E A?
23              THE INTERPRETER:  S H A E?
24              MS. NASH:  E A.
```

```
 1  A.  I'm not sure about the spelling.
 2  Q.  Okay.
 3  A.  No, but -- but the paper I gave, copies of all
 4      the E-mails that I kept.  So you could find from
 5      them.
 6  Q.  Okay.  I just wanted to make sure we're talking
 7      about the same person.
 8          Did you send a resume to anyone at CDI?
 9  A.  Yes.
10  Q.  Was that to Ellen Shea?
11  A.  Yes.
12  Q.  When you first contacted Ellen Shea, what did you
13      discuss?
14  A.  I don't know.  I cannot remember.  It was more
15      than four years ago.
16          (11/26/01 E-mail string marked Exhibit
17      No. 5.)
18  Q.  All right.  This is K 5 that I'm going to put in
19      front of you.  Will you review this and let me
20      know when you have?
21          THE WITNESS:  I cannot mark this?
22  Q.  No.  You cannot write.
23  A.  Yes.
24  Q.  What is this document or do you recognize this
```

```
 1          document?
 2    A.    Yes.
 3    Q.    What is it?
 4    A.    This is the letter, E-mail, that I received on
 5          November 26, 2001 from Ellen Shea.
 6    Q.    Is this also, does this document also contain an
 7          E-mail that you sent to Ellen Shea?
 8    A.    Yes.  That's correct.
 9    Q.    Did you write this E-mail?
10    A.    I wrote this letter with the help of my friend.
11          I would like to clarify.  When I have to write a
12          letter in English, I don't trust -- I don't trust
13          my English.  That's why after I wrote a draft, as
14          a rule, I ask someone who knows English better
15          than I do or being a native, a native English
16          speaker, to correct my letter so it looked good
17          in English and authentic.
18                Have I answered your question?
19    Q.    Yes.  Did you correspond with Ellen Shea before
20          you sent this E-mail on November 26th?
21    A.    I just want to make sure that I understand
22          correctly.  Are you saying that it's not the
23          first letter?
24    Q.    I'm asking if there are more letters that
```

```
 1       preceded this one.
 2  A.   Yes.  Absolutely.  But unfortunately I haven't
 3       kept all of them.
 4  Q.   Do you remember, do you recall about how many
 5       E-mails there were?
 6  A.   No.
 7  Q.   Okay.  Do you recall when you sent your resume to
 8       Ellen Shea?
 9  A.   I cannot name the exact date.  It was -- it was
10       -- at the end of October or beginning of
11       November.
12  Q.   Okay.
13  A.   Maybe in the middle.
14  Q.   The middle of?
15  A.   Maybe in the middle of November.
16  Q.   Okay.  At the time you made contact with Ellen
17       Shea, could you work?
18              MR. CHURCHILL:  Objection.
19  A.   I wasn't sure.
20  Q.   At the time you made contact with Ellen Shea for
21       the first time, were you receiving short-term
22       disability benefits?
23  A.   Yes.
24  Q.   Did you tell Ellen Shea that you were receiving
```

```
 1        short-term disability benefits?
 2   A.   No.  I'm not an idiot.
 3   Q.   Did you ever tell anyone at CDI, did you
 4        personally ever tell anyone at CDI that you were
 5        receiving short-term disability benefits?
 6   A.   No.
 7   Q.   Why did you apply for employment at CDI when you
 8        were receiving short-term disability benefits?
 9   A.   At some point I had to start working.  And I
10        didn't contact just CDI.  Are you satisfied with
11        the answer?
12   Q.   Who else did you contact?
13   A.   I don't remember.  But one company I remember, it
14        was a company to my knowledge is connected to Uri
15        Varvak, who is still working at PTC.  I don't
16        think that he is exactly the owner of the company
17        but I think -- I believe it might be his wife.
18        It's one of the contacts I still remember.
19             There were several others.  But I don't
20        remember.
21   Q.   And were these contacts all in the October,
22        November, 2001 time period?
23   A.   Yes.
24   Q.   If you received an offer of employment during the
```

```
 1        I worked corp to corp.
 2   Q.   Did you think that if you worked for CDI in a
 3        corporation to corporation agreement that you
 4        could still receive short-term disability
 5        benefits?
 6   A.   I never had any intention to receive short-term
 7        disability and work at the same time.
 8   Q.   Did you wish to receive short-term disability
 9        until the time that you could get a job?
10             THE INTERPRETER:  Would you repeat it?
11   Q.   Did you wish to receive short-term disability
12        benefits until which time you could get a job?
13   A.   I wasn't even sure that I will get a job.  I had
14        a depression, you know, severe depression.  And
15        on the whole, yes.
16   Q.   Okay.  Why did you propose on the second page of
17        this E-mail that the beginning date of your
18        employment needs to be changed to December 18,
19        2001?
20             THE INTERPRETER:  December 6?
21             MS. NASH:  18th.
22   A.   Because -- because on 17th I had an appointment
23        with my doctor.
24   Q.   What was the relevance of your appointment with
```

```
 1       your doctor to your application for employment to
 2       CDI?
 3   A.  I wanted to consult my doctor and to find his
 4       opinion to help me to end short-term disability.
 5   Q.  When you spoke to Ms. Shea about working at CDI,
 6       did you discuss for your position -- strike that.
 7       When you spoke to Miss Shea about working at CDI,
 8       were you discussing working as an individual to
 9       repair the PDM database only?
10   A.  I don't understand the question.
11   Q.  Sorry.
12   A.  Do you understand the question?  Do you
13       understand yourself what you're talking about?
14   Q.  What job did you discuss with Ellen Shea that you
15       would be doing at CDI?
16   A.  CDI was interested in people who could -- who
17       could repair database and convert -- and convert
18       -- and convert PDM database to a new product of
19       Intralink.  I fit in for any of those jobs but I
20       was 99 percent sure that I will be working only
21       on database corruption because no one had worked
22       on database corruption as long as I did.  In the
23       world.
24   Q.  Did you and Miss Shea discuss for you any
```

```
 1      position other than database corruption at PTC?
 2  A.  In my opinion, no, but I could be mistaken.  It
 3      was over four years ago.  I remember the main
 4      parts, moments.  Main points.  I cannot remember
 5      details.
 6  Q.  Did you tell Miss Shea that you were then working
 7      for another employer at the time you were
 8      applying for work at CDI?
 9  A.  Yes.
10  Q.  And this was not the truth, correct?
11  A.  Yes.  I worked for another -- you know, to hide
12      -- in order to hide -- in order to hide my
13      disability, I didn't know for CDI --
14              THE WITNESS:  No, no, no.  You are
15      mistaken.
16  A.  I didn't want for CDI or anyone else to know
17      about my short-term disability.
18  Q.  Did you ever tell anyone at CDI at any time that
19      you were disabled?
20  A.  Could you give a time frame?  Give me a time
21      frame.
22  Q.  Well, you worked -- you were in contact with CDI
23      for a period of at most two and a half months.
24              Just answer that question.  Is that
```

1  Q.  You mentioned some interviews. When did you
2      interview with anyone at PTC in the October,
3      November, 2001 time frame?
4             THE INTERPRETER: When?
5             MS. NASH: When?
6  A.  It was a person. It was a name. Lesburg.
7  Q.  Did you interview with anyone other than Mr.
8      Lesburg?
9  A.  No.
10 Q.  Okay. Do you have a recollection as to when you
11     interviewed with Mr. Lesburg?
12 A.  I think it was from 18th of October. In time
13     frame of 18th of October through -- between the
14     18th of October and 20th of November.
15 Q.  Okay.
16 A.  Maybe even going further to 25 of November. But
17     I cannot recall precisely exact date.
18 Q.  What did you discuss with Mr. -- well, strike
19     that. How many times did you meet with Mr.
20     Lesburg in this time period?
21 A.  We didn't know each other, me and Lesburg. When
22     I saw him on December 4th, I've seen him. I've
23     seen him many times before in PTC. When I have
24     been an employee of PTC, I've seen him many times

| | |
|---|---|
| 1 | but I never talked to him. But I definitely have |
| 2 | seen him many times. |
| 3 | But we were introduced on December 4th |
| 4 | only. Before that, he called me once. As far as |
| 5 | I can recall. He called my home. Because it |
| 6 | seems to me, if I remember correctly, Ellen Shea |
| 7 | who was looking into my offer and all the |
| 8 | negotiations with PDA -- CDI, she informed me |
| 9 | about the precise date and precise -- precise |
| 10 | time when he would call me because that's why I |
| 11 | was expecting his call. |
| 12 Q. | What did you talk about when you talked to him on |
| 13 | the phone? |
| 14 A. | We were talking exclusively about technical |
| 15 | problems and software. |
| 16 Q. | Were you talking about the job you were going to |
| 17 | do at PTC if you were employed by CDI? |
| 18 A. | As soon as he found out that I worked in PDM |
| 19 | corruption from the very beginning, you know, he |
| 20 | didn't have any more questions on this topic as |
| 21 | far as my work was concerned. |
| 22 Q. | But was the purpose of your call with Mr. Lesburg |
| 23 | to discuss a job you were applying for at CDI? |
| 24 A. | I apologize. You interpreted incorrectly. |

```
 1    Something like that?
 2              MR. CHURCHILL:  Up to you.  We can do a
 3    half hour, 45 minutes.  Whatever.
 4              MS. NASH:  We're off the record now.
 5              (Off the record.)
 6              (Lunch recess.)
 7
 8
 9
10
11              Afternoon Session
12              MS. NASH:  Mark this document as K 8.
13              (CDI Employment Agreement marked
14    Exhibit No. 8.)
15 Q. Will you read K 8 and let me know when you have,
16    please?
17              MR. CHURCHILL:  Do you want him to read
18    the whole thing?  I just want to make sure.  Or
19    are you asking him if he knows what it is?
20              MS. NASH:  I mean, I want him to do the
21    best -- what he needs to do to familiarize
22    himself with the document.
23 A. Done.
24 Q. Are you familiar with this document?
```