**EXHIBIT H**

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 1 of 14

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 2 of 14

Kouvchinov vs. Parametric Technology, et al        3-10-06   Certified Copy        Lisa Perry

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - -

ALEXEI KOUVCHINOV,                    :

       Plaintiff,                 :

vs.                                   :   Case No. 04-12531

PARAMETRIC TECHNOLOGY                 :
CORPORATION, et al.,                  :

       Defendants.                :

- - - - -

TELEPHONE DEPOSITION

Of LISA PERRY, a witness herein, called by the defendants under the applicable Rules of Civil Procedure, taken before me, Jackie Olexa White, RPR-CM, a Notary Public in and for the State of Ohio, at the offices of Professional Reporters, Inc., 398 South Washington Avenue, Columbus, Ohio, on Friday, March 10, 2006, at 9:00 a.m.

- - - - -

Kouvchinov vs. Parametric Technology, et al        3-10-06                         Lisa Perry

614.460.5000                    PROFESSIONAL REPORTERS, INC.                 800.229.0675
                                      COLUMBUS OHIO

Case 1:04-cv-12531-MEL    Document 48    Filed 06/05/2006    Page 3 of 14

Kouvchinov vs. Parametric Technology, et al    3-10-06    Lisa Perry

Page 19

1   Q   Is that the first time you had any
2   dealings with Mr. Kuvshinov?
3   A   He may have called me earlier to ask some
4   questions with regard to medical, but I don't know
5   specifically.
6   Q   All right. What did you do to prepare for
7   today's deposition?
8   A   Reviewed the rules with regard to the
9   deposition with Mr. Tully as far as making sure
10  that --
11      MR. TULLY: You don't have to disclose the
12  substance of our conversations. Just indicate
13  we met.
14      THE WITNESS: Okay. We met.
15  Q   Did you review any documents?
16  A   Yes.
17  Q   What documents did you review?
18  A   Lisa Wales' deposition, and just the E
19  mail's communication -- my E mail string from 2001
20  with Cigna.
21  Q   Any other documents that you reviewed in
22  preparation for today's deposition?
23  A   No.
24  Q   In September of 2001, how did you first

Case 1:04-cv-12531-MEL    Document 48    Filed 06/05/2006    Page 4 of 14

Kouvchinov vs. Parametric Technology, et al      3-10-06                    Lisa Perry

Page 20

1  become aware of a disability claim by Mr. Kuvshinov?
2      A    Lisa Wales brought me his disability claim
3  form.
4      Q    All right. What date was that?
5      A    It was probably mid to late September.
6      Q    Did she bring it to you personally?
7      A    Yes.
8      Q    When she brought it to you, did the two of
9  you have any conversation?
10     A    She just let me know that this individual
11 was still in active status; although, he was part of
12 the reduction in force that they had had earlier,
13 and that this is the claim form that needs to be
14 sent to Cigna.
15     Q    Was this conversation in your office?
16     A    I had a cubicle.
17     Q    Was it in your cubicle?
18     A    Yes.
19     Q    Do you recall anything else that
20 Miss Wales said to you?
21     A    No.
22     Q    What did you say to Miss Wales?
23     A    That I would fax the claim to Cigna.
24     Q    So Miss Wales indicated to you that --

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 5 of 14

Kouvchinov vs. Parametric Technology, et al        3-10-06                      Lisa Perry

Page 29

1  counsel.
2       Q    With respect to Page 2 of this exhibit,
3  you see there are two signatures that appear to be
4  Mr. Kuvshinov's signature, is that right?
5       A    I would guess so. I don't recall Alexei's
6  signature.
7       Q    I understand. But there are two things
8  that purport to be his signature, is that right?
9       A    That's correct.
10      Q    And was it your understanding that
11 everything above his signature was his handwriting?
12      A    That is what I believed.
13      Q    And that everything under his signatures
14 was the handwriting of his doctor?
15      A    That is correct.
16      Q    Did you ever have any discussions with any
17 of his doctors?
18      A    No.
19      Q    After you received this claim form, you
20 completed Page 1, is that correct?
21      A    That's correct.
22      Q    What did you do then?
23      A    I sent it to Cigna.
24      Q    How did you send it?

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 6 of 14

Kouvchinov vs. Parametric Technology, et al          3-10-06                    Lisa Perry

Page 30

1    A    I believe I faxed it to them.
2    Q    And after you faxed it to them, did you
3    discuss the claim with anybody else at PTC?
4    A    Discussed in what way? I let Lisa know
5    that I sent it to Cigna. Is that what you're
6    referring to?
7    Q    Yes. Did you communicate with anybody
8    else at PTC about the claim after you faxed it to
9    Cigna?
10   A    I don't believe so.
11   Q    When did you tell Miss Wales that you had
12   faxed it to Cigna?
13   A    Most likely the day I did it or a couple
14   days after. I don't recall.
15   Q    Why were you letting her know that?
16   A    Because she had brought it to me, and I
17   wanted to let her know that I got it over to Cigna
18   in case she received any other calls.
19   Q    After you sent the claim form in and after
20   you had that communication with Ms. Wales, when is
21   the next time that you had any involvement with
22   respect to Mr. Kuvshinov?
23   A    I would have most likely asked whether or
24   not the claim had been approved, and, if so, what

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 7 of 14

Kouvchinov vs. Parametric Technology, et al        3-10-06                    Lisa Perry

Page 42

1    A    Yes.
2    Q    And this is an E mail from Angela Wallace
3 to you dated December 4, 2001, is that right?
4    A    That's correct.
5    Q    And the time of the E mail is 4:12 p.m.?
6    A    That's correct.
7    Q    And this is a printout of the E mail that
8 you made, is that right?  In other words, the E mail
9 was obviously on your computer, but this paper was
10 printed out by you, is that right?
11   A    That's correct.
12   Q    And you know that because your name
13 appears on the upper left-hand corner?
14   A    That's correct.
15   Q    At the time you received this E mail had
16 Miss Wales already come to you to tell you she had
17 seen Mr. Kuvshinov?
18   A    Yes.
19   Q    And did you receive this E mail before or
20 after you contacted Cigna about asking about
21 Mr. Kuvshinov's status?
22   A    I received this E mail was after.  I
23 believe this E mail is in response to my question
24 asking for his status.

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 8 of 14

Kouvchinov vs. Parametric Technology, et al        3-10-06                    Lisa Perry

Page 43

1    Q    Okay. So Miss Wales came to you, you then
2  made an inquiry to Cigna about his status, and this
3  was Cigna's response, Exhibit 32?
4    A    I believe so.
5    Q    When you made your inquiry to Cigna, that
6  was via E mail; is that right?
7    A    I think so.
8    Q    Does this document refresh your memory
9  about when Miss Wales came to you and told you that
10 she saw Mr. Kuvshinov at PTC?
11   A    I don't understand that question.
12   Q    Okay. Do you remember the date that
13 Miss Wales came to you and told you that she saw
14 Mr. Kuvshinov at PTC?
15   A    I believe it was December 4. Because when
16 she came to me or let me know that, then I
17 immediately contacted Cigna.
18   Q    So your memory is Cigna got back to you
19 that same day?
20   A    Yes. That is what I was planning on
21 saying is that Cigna had had a very good response
22 time.
23   Q    All right. And this E mail indicates that
24 Mr. Kuvshinov's claim had been extended to

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 9 of 14

Kouvchinov vs. Parametric Technology, et al     3-10-06                    Lisa Perry

Page 44

```
 1   December 16, 2001, is that right?
 2        A    That's correct.
 3        Q    And did you ever learn from Cigna on what
 4   basis that decision had been made?
 5        A    They would not share that decision with
 6   me.  They wouldn't share any information about why
 7   that determination was made.
 8        Q    Did you ask them?
 9        A    No.
10        Q    Did you have any understanding or belief
11   about the basis that they had relied on when
12   extending his benefits to December 16, 2001?
13        A    No, that wouldn't have been any concern to
14   me.  Because PTC hired Cigna to be the
15   administrator.  It was a fully insured product, so
16   the fiduciary liability relied on Cigna to make
17   those determinations.
18        Q    Did you know at this time whether
19   Mr. Kuvshinov knew about the extension of his
20   benefits?
21        A    I'm not sure.
22        Q    Okay.  So you do not know?
23        A    I don't remember.  He most likely would
24   have received a letter.
```

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 10 of 14

Kouvchinov vs. Parametric Technology, et al          3-10-06                          Lisa Perry

Page 45

1    Q    So you do not know?
2    A    I don't know.
3    Q    But at this time you do not know whether
4    he would have received a letter?
5    A    That's correct.
6    Q    All right.  Let me show you know what has
7    been marked as Exhibit 33.  Let me know when you
8    have that.
9    A    I have it in my hands.
10   Q    Okay.  This is an E mail chain.  The top E
11   mail is one from Miss Wales to you dated December 6,
12   2001, is that correct?
13   A    That's correct.
14   Q    And below that is an E mail from you to
15   Ms. Wales, is that right?
16   A    That's correct.
17   Q    And your E mail, at least in this copy of
18   the document, is not dated?
19   A    That's correct.
20        MR. TULLY:  Steve, did you hear her
21   response?
22        MR. CHURCHILL:  I did not.
23        MR. TULLY:  I'm sorry.  She said that is
24   correct.

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 11 of 14

Kouvchinov vs. Parametric Technology, et al        3-10-06                Lisa Perry

Page 46

1    Q    Do you recall what date you sent the E
2    mail, the bottom part of this document?
3    A    I'm assuming that it's December 6.
4    Q    Okay. But you don't recall one way or the
5    other?
6    A    I believe it's December 6.
7    Q    If I can show you what has been marked as
8    Exhibit 36.
9    A    I have it in my hands.
10   Q    All right. And this is a one-page E mail
11   chain, is that right?
12   A    That's correct.
13   Q    The first E mail, which appears at the
14   bottom -- by first I mean first in time?
15   A    Um-hum.
16   Q    -- is an E mail from you to Angela Wallace
17   and Scott Anderson dated Thursday December 6, 2001,
18   is that right?
19   A    That's correct.
20   Q    And it was sent at 8:24 a.m.?
21   A    That's correct.
22   Q    And in this E mail you're advising Cigna
23   that Alexei was working at PTC as a contractor
24   through a temp agency?

Case 1:04-cv-12531-MEL    Document 48    Filed 06/05/2006    Page 12 of 14

Kouvchinov vs. Parametric Technology, et al        3-10-06                    Lisa Perry

Page 47

1      A    That's correct.
2      Q    And the effective date of his return to
3    work was December 4, 2001?
4      A    That's correct.
5      Q    Why did you send this E mail?
6      A    Because they needed to understand that he
7    was actively at work.
8      Q    Had you advised them before this time that
9    he was back at work?
10     A    I'm sorry, repeat the question.
11     Q    Had you advised Cigna prior to this E mail
12   that Mr. Kuvshinov was back at work?
13     A    No.
14     Q    And the next E mail is one from
15   Angela Wallace to you dated Thursday, December 6,
16   2001, is that right?
17     A    That's correct.
18     Q    And the time of the E mail is 11:08 a.m.?
19     A    That's correct.
20     Q    And Miss Wallace was asking you if
21   Mr. Kuvshinov was performing his previous job
22   duties, is that correct?
23     A    Correct.
24     Q    And the next E mail is one from you to

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 13 of 14

Kouvchinov vs. Parametric Technology, et al          3-10-06                    Lisa Perry

Page 48

1    Miss Wallace, again, dated Thursday, December 6,
2    2001, is that right?
3        A    That's correct.
4        Q    And the time is 1:24 p.m.?
5        A    That is right.
6        Q    And in this E mail, you're advising
7    Miss Wallace that you had been advised that
8    Mr. Kuvshinov was working on data base repair for
9    Pro/DBM, is that right?
10       A    That's correct.
11       Q    Okay. And in going back to Exhibit 33,
12   Miss Wales advised you what Mr. Kuvshinov was doing
13   in between the two E mails that we were just
14   discussing on Exhibit 36, is that right?
15       A    That's correct.
16       Q    Okay. And then the next E mail on
17   Exhibit 36 is one from Angela Wallace to you, again,
18   dated Thursday, December 6, 2001, is that right?
19       A    That's correct.
20       Q    And that is 4:40 p.m.?
21       A    That's correct.
22       Q    And Miss Wallace advised you that based on
23   the information you provided his claim was denied
24   further benefits and will be closed?

Case 1:04-cv-12531-MEL   Document 48   Filed 06/05/2006   Page 14 of 14

Kouvchinov vs. Parametric Technology, et al          3-10-06                          Lisa Perry

Page 49

1    A    That is right.

2    Q    All right. Once you received that E mail
3    from Miss Wallace, what action did you take?

4    A    Once I received -- based on this
5    information, his claim is denied further benefits
6    and will be closed?

7    Q    Yes.

8    A    I believe that I let Lisa know, and I
9    started taking steps to prepare his COBRA paperwork.

10   Q    All right. The next E mail on Exhibit 36
11   is one from you to Miss Wallace?

12   A    Yes.

13   Q    Again, dated December 6, 2001; do you see
14   that?

15   A    Yes, I do.

16   Q    Now, the time of it is 4:00 o'clock p.m.
17   Do you see that?

18   A    Yes, I do.

19   Q    Do you have any explanation for how that
20   one could be at a time earlier than the previous
21   one?

22   A    No. I was the benefits specialist, and I
23   am not technical. So I am not quite sure why the E
24   mail system would have said that.