# EXHIBIT I

```
 1                IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
 2
   ALEXEI KOUVCHINOV,                )
 3      Plaintiff,                   )
                                     )
 4  vs.                              )   DOCKET NO. 04-12531 MEL
                                     )
 5  PARAMETRIC TECHNOLOGY            )
    CORPORATION, CDI CORPORATION     )
 6  LISA WALES, and CONNECTICUT      )
    GENERAL LIFE INSURANCE CO.,      )
 7      Defendants.                  )

 8                    ---------------------------

 9                       ORAL DEPOSITION OF

10                         ANGELA WALLACE

11                         March 15, 2006

12                    ---------------------------

13

14

15

16

17

18         ORAL DEPOSITION OF ANGELA WALLACE, produced as a

19   witness at the instance of the Plaintiff, and duly sworn,

20   was taken in the above-styled and numbered cause on the 15th

21   day of March, 2006, at 10:00 a.m., before Catherine Vecchio

22   Williams, CSR/RPR, in and for the State of Texas, reported

23   by machine shorthand, at the offices of Arlington Court

24   Reporting, Inc., 901 Avenue K, Grand Prairie, Texas 75050

25   pursuant to the Federal Rules of Civil Procedure.
```

Deposition of ANGELA WALLACE
March 15, 2006                                                          67

1   Q.   In other words, he would be paid through November
2   30th, 2001, but nothing after that; is that right?
3   A.   Yes.
4   Q.   And the next page, which is 453, reflects
5   Mr. Anderson's approval of that decision; is that right?
6   A.   Yes.
7   Q.   Showing you what has been marked as Exhibit 4.  Do
8   you recognize any portion of this exhibit?
9   A.   It's an explanation of benefits.
10  Q.   What is that?
11  A.   It's explaining what benefits they're receiving.
12  Q.   And is this something that accompanied a benefit
13  check?
14  A.   I believe it does.
15  Q.   And towards the bottom right of the explanation of
16  benefits there's an entry that says, "Payments issued
17  10/4/2001." Do you see that?
18  A.   Okay.  Yes.
19  Q.   And is that the date that the check was issued to
20  the claimant.
21  A.   I don't know.
22  Q.   What does "payments issued" mean?
23  A.   I'm not really sure.
24  Q.   Showing you what was previously marked as Exhibit
25  48, do you recognize this document as a letter you received

Deposition of ANGELA WALLACE
March 15, 2006
68

1  from Jim Boudreaux dated February 25th, 2004?
2      A.  Yes.
3      Q.  Let me show you what previously was marked as
4  Exhibit 49.  Do you recognize this as a letter that you sent
5  to the legal services center dated March 8th, 2004?
6      A.  Yes.
7      Q.  And this letter is your response to Exhibit 48; is
8  that right?
9      A.  Not as it appears.
10     Q.  I agree with that.  All right.  In your letter of
11 March 8th, 2004, you indicate that you are responding to a
12 request for information; is that right?
13     A.  Yes.
14     Q.  And there are seven bullet points in your letter?
15     A.  Yes.
16     Q.  And Exhibit 48 makes seven requests for
17 information; is that right?
18     A.  Yes.
19     Q.  All right.  If you can just compare Exhibit 48
20 with Exhibit 49, I'm going to ask if you would agree that it
21 appears that your responses here in the bullet points were
22 responding to the questions 1 through 7 in Exhibit 48?
23     A.  As it appears, yes.
24         MR. CHURCHILL:  Can you mark this as the next
25 exhibit, please.

1    A.   I would agree.

2    Q.   That was not PTC's decision to make; isn't that

3 right?

4    A.   That's correct.

5         MR. TULLY:  That's all I have.

6         MR. CHURCHILL:  I just have a quick question.

7                        EXAMINATION

8 BY MR. CHURCHILL:

9    Q.   Directing your attention again to Exhibit 74, which

10 you have in front of you, turning to page 452.  You had said

11 in a response to a question from Mr. Tully that this note,

12 which is dated December 7th, reflects the first time that

13 you had made a decision to terminate Mr. Kouvchinov's

14 benefits; is that right?

15   A.   No.

16   Q.   That's not right?

17   A.   Not the way you're phrasing it, no.

18   Q.   When did you make the decision to terminate

19 Mr. Kouvchinov's benefits?

20   A.   I denied the claim on 12/7.

21   Q.   Okay.  Let me show you again Exhibit 36.  The

22 second email on this exhibit is one from you to Ms. Perry

23 dated December 6th, 2001; is that right?

24   A.   Yes.

25   Q.   And in that email you say to her, "Based on this