# **EXHIBIT K**

1

```
                    Volume I
                    Pages 1 to 65
                    Exhibits P38 to P45
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -x
                                  :
ALEXEI KOUVCHINOV,                :
         Plaintiff,               :
                                  :
     vs.                          :   Civil Action
                                  :   No. 04-12531 MEL
PARAMETRIC TECHNOLOGY             :
CORPORATION, CDI CORPORATION,     :
LISA WALES, and CONNECTICUT       :
GENERAL LIFE INSURANCE CO.,       :
         Defendants.              :
                                  :
- - - - - - - - - - - - - - - - -x

    DEPOSITION OF NANCY PUGLIESE, a witness called on behalf of the Plaintiff, taken pursuant to the Federal Rules of Civil Procedure, before Nancy M. Kingsbury, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Hale and Dorr Legal Services Center of Harvard Law School, 122 Boylston Street, Jamaica Plain, Massachusetts, on Friday, December 2, 2005, commencing at 10:04 a.m.

PRESENT:

    The Hale and Dorr Legal Services Center of
    Harvard Law School
        (By Stephen Churchill, Esq.,
        and Andrew Rice)
        122 Boylston Street
        Jamaica Plain, MA 02130, for the Plaintiff.

    Jackson Lewis LLP
        (by Guy P. Tully, Esq.)
        75 Park Plaza, Boston, MA 02116
        for Defendants Parametric Technology
        Corporation and Lisa Wales.

(Continued on the next page)

46

1  you call him at home?
2      A.   I don't remember if I made the phone call;
3  and If I had, I don't remember where he was.
4      Q.   What did you say to him when you spoke to
5  him on the phone?
6      A.   Not knowing exactly what I said to him, I
7  informed him that his services were no longer
8  required at PTC.
9      Q.   And what did he say to you in response?
10     A.   I don't exactly remember what he had said.
11 I do remember him being concerned.
12     Q.   What else did you say to him during the
13 course of that conversation?
14     A.   I don't recall.
15     Q.   Did you tell Mr. Kouvchinov why his
16 services were no longer needed at PTC?
17     A.   I don't think so, because that was not what
18 was communicated to me from the client.
19     Q.   So the client, PTC, didn't communicate to
20 you why Mr. Kouvchinov was no longer needed; they
21 just told you he was no longer needed?  Is that
22 correct?
23     A.   Right.
24     Q.   Do you remember anything else that you said

1  Q.  Did you tell Mr. Kouvchinov that CDI would
2  rehire him if he straightened out his problem with
3  PTC?
4  A.  I don't remember.
5  Q.  Is it possible that you said that to him?
6  A.  It's possible.
7  Q.  And is it true, or is it fair to say, that
8  as a result of that telephone conversation that you
9  had with Mr. Kouvchinov, his employment was
10  effectively terminated?
11  A.  I don't understand what you mean.
12  Q.  Mr. Kouvchinov was terminated from his
13  employment at CDI; is that correct?
14  A.  It's fair to say we no longer used his
15  services at that time.
16  Q.  Well, Mr. Kouvchinov was an employee of
17  CDI, correct?
18  A.  He was a field employee, yes.
19  Q.  And he was fired from his employment at
20  CDI; is that correct?
21  A.  No.
22  Q.  So what was the cause of his -- withdraw
23  it, please.
24      How would you describe Mr. Kouvchinov's

1    telephone later that day, was that the only
2    telephone conversation that you had with
3    Mr. Kouvchinov?
4        A.    In my entire --
5        Q.    Yes.
6        A.    -- life?
7        Q.    Yes.
8        A.    Yes.
9              MR. RICE:  Could you please mark this as
10   P43.
11                  (Document marked as
12                  Exhibit P43 for identification)
13       Q.    Do you recognize this document?
14       A.    No.  Again, it looks like a printout from
15   the database that CDI maintains.
16       Q.    Under the column "Job Order," what does
17   that series of letters and numerals signify?
18       A.    As I remember, that looks like the
19   convention used to number a job order.
20       Q.    What is a job order?
21       A.    Job orders are requests from a client for
22   fulfillment of an employee -- or a consultant, I
23   should say.
24       Q.    There is a column that says "Termination

```
                                                          54
```

1      Q.   Is it possible that that's Regina Evans's
2  signature?
3      A.   It is possible.
4      Q.   Would Regina Evans generally sign these
5  employee asset tracking forms?
6      A.   Yes.
7      Q.   You said earlier that PTC informed you that
8  Mr. Kouvchinov was on disability or allegedly on
9  disability; is that correct?
10     A.   They had mentioned it in the phone call.
11     Q.   Did you investigate as to whether this was
12 true?
13     A.   No. It's not my job to do that.
14     Q.   Did PTC say that this was, that
15 Mr. Kouvchinov's disability status -- withdraw.
16     Did PTC state that Mr. Kouvchinov's alleged
17 disability status was the reason that he would no
18 longer be needed?
19     MR. TULLY: Objection.
20     A.   Not to my recollection.
21     Q.   Once PTC informed you that Mr. Kouvchinov
22 would no longer be needed, did CDI make any effort
23 to find Mr. Kouvchinov another placement?
24     A.   That's not how CDI works. We don't -- we

```
 1             Early on in the deposition, you had said
 2   something along the lines that PTC had requested
 3   that Mr. Kouvchinov be terminated.  I believe you
 4   clarified that later on to say that what they had
 5   communicated to you is that his service are no
 6   longer needed at PTC; is that correct?
 7             MR. RICE:  Objection.
 8        A.   Yes.
 9        Q.   At that point in time, PTC would never have
10   had any way to know what his status at -- what
11   Mr. Kouvchinov's status at CDI would have been on a
12   going-forward basis, would they?
13        A.   No.
14        Q.   That's not something you discussed with
15   PTC?
16        A.   No.
17        Q.   Now, Mr. Kouvchinov was brought on board at
18   CDI essentially as a contract worker; is that right?
19        A.   Yes.
20        Q.   So he was not one of your, what I think you
21   referred to as, core employees, right?
22        A.   Right.
23        Q.   And in general, your contract workers were
24   hired for a specific project; is that right?
```