**EXHIBIT E**

4-1

                                    Volume IV
                                    Pages 4-1 to 4-63
                                    Exhibits 46 - 58

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -x
                                  :
ALEXEI KOUVCHINOV,                :
        Plaintiff,                :
                                  :
    vs.                           :   Civil Action
                                  :   No. 04 12531 MEL
PARAMETRIC TECHNOLOGY             :
CORPORATION, CDI CORPORATION,     :
LISA WALES and CONNECTICUT        :
GENERAL LIFE INSURANCE CO.,       :
        Defendants.               :
                                  :
- - - - - - - - - - - - - - - - -x

    CONTINUED DEPOSITION OF ALEXEI KOUVCHINOV, a witness called on behalf of the Defendant CDI Corporation, taken pursuant to the Federal Rules of Civil Procedure before Carol H. Kusinitz, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Jackson Lewis LLP, 75 Park Plaza, Boston, Massachusetts, on Monday, December 19, 2005, commencing at 10:20 a.m.

PRESENT:

    Hale and Dorr Legal Services Center
        (by Stephen Churchill, Esq.) Harvard Law
        School, 122 Boylston Street, Jamaica Plain,
        MA  02130, for the Plaintiff

    Jackson Lewis LLP (by Guy P. Tully, Esq.)
        75 Park Plaza, Boston, MA  02116,
        for the Defendants Parametric Technology
        Corporation and Lisa Wales.

(Continued on Page 4-2)

4-15

| | | |
|---|---|---|
| 10:49:14 | 1 | A. No. |
| 10:49:14 | 2 | Q. Has there been any time since September 1 |
| 10:49:18 | 3 | of 2001 where you have been unable to care for |
| 10:49:23 | 4 | yourself? |
| 10:49:31 | 5 | MR. CHURCHILL: Objection. |
| 10:49:51 | 6 | A. I don't think so. |
| 10:49:52 | 7 | Q. Has there been any period of time since |
| 10:49:55 | 8 | September 1st, 2001, where you have not been able to |
| 10:49:59 | 9 | engage in daily living activities by yourself? |
| 10:50:13 | 10 | MR. CHURCHILL: Objection. |
| 10:50:29 | 11 | A. I don't think so. |
| 10:50:31 | 12 | Q. Has there been any time since September |
| 10:50:34 | 13 | 1st, 2001, where you've been hospitalized? |
| 10:51:10 | 14 | A. Yes. |
| 10:51:11 | 15 | Q. When? |
| 10:51:23 | 16 | A. I don't remember exactly, but I can, if |
| 10:51:36 | 17 | it's necessary, obtain exact dates when I was |
| 10:51:51 | 18 | hospitalized. |
| 10:51:53 | 19 | Q. It is necessary. Can you tell me what the |
| 10:51:59 | 20 | condition was that you were hospitalized for? |
| 10:52:25 | 21 | A. I underwent certain procedures. After |
| 10:52:53 | 22 | these procedures, it's recommended to stay in a |
| 10:52:56 | 23 | hospital. So after the procedures, I stayed one |
| 10:53:00 | 24 | night in a hospital. So the major point is that I |

4-22

| | | |
|---|---|---|
| 11:10:12 | 1 | be able to find names of several doctors I was |
| 11:10:16 | 2 | referred to about my back, but I don't remember |
| 11:10:26 | 3 | their names.  The last doctor was at St. Elizabeth's |
| 11:10:39 | 4 | Hospital. |
| 11:10:44 | 5 |     Q.  Mr. Kouvchinov, has there been any period |
| 11:10:46 | 6 | of time since September 1st, 2001, where you have |
| 11:10:55 | 7 | been physically unable to work? |
| 11:11:07 | 8 |         MR. CHURCHILL:  Objection. |
| 11:11:19 | 9 |     A.  Physically? |
| 11:11:21 | 10 |     Q.  Physically or mentally unable to work. |
| 11:11:28 | 11 |         MR. CHURCHILL:  Objection. |
| 11:11:35 | 12 |     A.  Yes. |
| 11:11:36 | 13 |     Q.  During what periods of time? |
| 11:11:46 | 14 |         MR. CHURCHILL:  Objection. |
| 11:11:52 | 15 |     A.  At the end of September -- no, it was in |
| 11:11:57 | 16 | September 2001, and I think it was for a long time |
| 11:12:17 | 17 | when I couldn't work.  And after that, after 2001 |
| 11:12:41 | 18 | there were periods of time when I didn't feel well |
| 11:12:45 | 19 | and I couldn't work. |
| 11:12:49 | 20 |     Q.  In September of 2001, you just mentioned, |
| 11:12:54 | 21 | you said that you were unable to work, your words |
| 11:12:57 | 22 | were for a long time.  What do you mean by for a |
| 11:13:01 | 23 | long time? |
| 11:13:31 | 24 |     A.  Well, at least I didn't feel well in |

4-23

| | | |
|---|---|---|
| 11:13:35 | 1 | September, October, November.  I finished. |
| 11:13:55 | 2 |     Q.    What point after -- you said after 2001 |
| 11:14:00 | 3 | there were periods of time when you were either |
| 11:14:02 | 4 | physically or mentally unable to work.  Can you be |
| 11:14:05 | 5 | more specific, please. |
| 11:14:18 | 6 |     A.    After December 7th. |
| 11:14:22 | 7 |     Q.    For how long? |
| 11:14:23 | 8 |     A.    Well, at least as far as I remember, two or |
| 11:14:41 | 9 | three months after December 7th. |
| 11:14:48 | 10 |     Q.    So is it your recollection that after that |
| 11:14:50 | 11 | two or three months after December 7th that you were |
| 11:14:54 | 12 | again able to work? |
| 11:15:03 | 13 |     A.    Yes. |
| 11:15:04 | 14 |     Q.    So that puts us roughly around March of |
| 11:15:07 | 15 | 2002, correct? |
| 11:15:18 | 16 |     A.    Yes.  Approximately. |
| 11:15:22 | 17 |     Q.    And have you actively looked for work on a |
| 11:15:27 | 18 | consistent basis starting from March 2002 to today? |
| 11:15:33 | 19 |     MR. CHURCHILL:  Objection. |
| 11:15:46 | 20 |     A.    I was looking for a job even when I didn't |
| 11:15:49 | 21 | feel well. |
| 11:15:51 | 22 |     Q.    Did you understand my question? |
| 11:16:10 | 23 |     A.    As far as understanding the question, it |
| 11:16:12 | 24 | was if I was looking for a job since March 2002. |

4-24

| | | |
|---|---|---|
| 11:16:15 | 1 | Q. That's right. |
| 11:16:16 | 2 | A. Yes. I was looking for a job. Yes, I was |
| 11:16:23 | 3 | looking for a job. |
| 11:16:24 | 4 | Q. At any point in time, Mr. Kouvchinov, since |
| 11:16:27 | 5 | March of 2002, have you provided any volunteer |
| 11:16:34 | 6 | services anywhere? |
| 11:16:42 | 7 | MR. CHURCHILL: Objection. |
| 11:17:05 | 8 | A. Several times I helped at Russian Orthodox |
| 11:17:10 | 9 | church in Roslindale, but I don't know how to look |
| 11:17:14 | 10 | at it. |
| 11:17:18 | 11 | Q. Look at what? |
| 11:17:28 | 12 | A. How is it considered when I was asked to do |
| 11:17:32 | 13 | something to help them with something in the church. |
| 11:18:10 | 14 | (Document marked as K. |
| 11:18:11 | 15 | Exhibit 48 for identification) |
| 11:18:55 | 16 | Q. Mr. Kouvchinov, I'm going to show you |
| 11:18:57 | 17 | what's been marked as Exhibit No. 48. I know you've |
| 11:19:06 | 18 | seen this document previously, because I marked it |
| 11:19:09 | 19 | as Exhibit 9 during your MCAD deposition. Do you |
| 11:19:22 | 20 | recall this document? |
| 11:19:37 | 21 | A. Frankly speaking, I don't recall this |
| 11:19:40 | 22 | document. |
| 11:19:43 | 23 | Q. You don't recall asking for an explanation |
| 11:19:46 | 24 | from CIGNA why and at what point in time your |

4-25

```
11:19:50  1   disability benefits were terminated?
11:20:03  2        A.   I need to read it.
11:20:06  3        Q.   Go ahead.
11:20:09  4        A.   (Reviewing document)
11:21:16  5        Q.   Have you had a chance to read it?
11:21:20  6        A.   I'm reading.  (Reviewing document) I did
11:21:50  7   read this document, and I just recalled one thing.
11:21:55  8        Q.   What did you recall?
11:22:43  9        A.   I recall that I sent it to CIGNA or PTC in
11:22:54 10   one year, probably it was at the end of 2003, and I
11:23:00 11   hoped that I would be able to -- at the end of 2002,
11:23:09 12   and I thought that I would be able to receive
11:23:13 13   short-term disability because of the depression.
11:23:31 14   And from time to time since 2002 I have had
11:23:36 15   depressions.  Well, there is -- one moment.  It's
11:23:45 16   not exactly how it sounds.
11:23:54 17             From time to time I feel depressed, and we
11:24:05 18   can find, it is reflected in my medical records, Dr.
11:24:14 19   Ginsburg -- no, Freedberg, sorry.
11:24:20 20        Q.   I believe part of your answer that you just
11:24:23 21   gave was that you recalled giving it to PTC.  What
11:24:26 22   is it that you gave to PTC?
11:24:43 23        A.   I think I sent a disability form or a
11:24:48 24   letter.  I don't remember exactly now which
```

4-26

11:24:57  1   documents I have sent.  But I do remember that I
11:25:10  2   believe that I was eligible for short-term
11:25:13  3   disability.  And I think I sent it either to PTC or
11:25:24  4   CIGNA.
11:25:25  5       Q.   Looking at Question No. 3 in Exhibit No.
11:25:36  6   48, your attorneys asked, "When, on what grounds,
11:25:41  7   and at whose request Mr. Kouvchinov's disability
11:25:47  8   benefits with CIGNA were terminated."  Do you see
11:25:50  9   that?
11:26:06 10       A.   Yes.
         11              (Document marked as K.
11:26:06 12              Exhibit 49 for identification)
11:26:06 13       Q.   I'm going to show you now what's been
11:26:13 14   marked as Exhibit No. 49.  This is a response from
11:26:19 15   CIGNA to your attorneys dated March 8, 2004.  In the
11:26:34 16   middle of the page, the third bullet point, CIGNA
11:26:42 17   has answered the third question by stating, "In
11:26:50 18   response to your third request:  E-mail from Lisa
11:27:02 19   Perry at Parametric Technology Corp. on December 6,
11:27:05 20   2001, reporting that Mr. Kouvchinov returned to work
11:27:19 21   on December 4, 2001."  Do you see that?
11:27:27 22       A.   Yes.
11:27:28 23       Q.   Mr. Kouvchinov, at any time after March 8,
11:27:31 24   2004, did you contact CIGNA to say that you

4-27

| | | |
|---|---|---|
| 11:27:37 | 1 | disagreed with their answer in No. 3? |
| 11:27:51 | 2 | MR. CHURCHILL: Objection. |
| 11:28:09 | 3 | A. I didn't contact CIGNA regarding this |
| 11:28:12 | 4 | letter. I mean the letter that is dated February |
| 11:28:22 | 5 | 25th, 2004, that was written by attorney Jim |
| 11:28:35 | 6 | Budreau. |
| 11:28:35 | 7 | Q. He was your former lawyer; is that right? |
| 11:28:37 | 8 | A. Yes. |
| 11:28:38 | 9 | Q. Do you recall, Mr. Kouvchinov, that at an |
| 11:28:48 | 10 | earlier point in your deposition you were shown the |
| 11:28:52 | 11 | contract with CDI that you were negotiating with |
| 11:28:55 | 12 | Ellen Shea? |
| 11:29:14 | 13 | A. Yes. |
| 11:29:15 | 14 | Q. Do you recall when in time you received the |
| 11:29:18 | 15 | first draft of that contract? |
| 11:29:33 | 16 | A. I don't remember when I received the first |
| 11:29:36 | 17 | draft. |
| 11:29:37 | 18 | Q. Do you recall how many drafts you did see? |
| 11:29:40 | 19 | A. At least one. For sure it was one, to my |
| 11:29:52 | 20 | knowledge. Some modifications were made, but very |
| 11:30:03 | 21 | insignificant. |
| 11:30:04 | 22 | Q. At any point in time during the interview |
| 11:30:07 | 23 | process for the job at CDI, did anything happen that |
| 11:30:14 | 24 | led you to believe that you could not do the job |