**EXHIBIT E**, part 2

4-28

| | |
|---|---|
| 11:30:16 1 | that they were seeking to fill? |
| 11:30:32 2 |     A.   Ask him please to repeat the question. |
| 11:30:34 3 |     Q.   At the time that you were applying for the |
| 11:30:37 4 | job with CDI to do database repair work at PTC, did |
| 11:30:50 5 | you have any reason to believe you could not do that |
| 11:30:52 6 | job? |
| 11:30:57 7 |     MR. CHURCHILL:   Objection. |
| 11:30:58 8 |     A.   Yes, I did.  I had many doubts whether I |
| 11:31:08 9 | should take this work or not. |
| 11:33:16 10 |     Q.   Mr. Kouvchinov, do you know a gentleman by |
| 11:33:18 11 | the name of Leonid Yurovitsky? |
| 11:33:46 12 |     A.   I don't remember such a person.  Maybe Mr. |
| 11:34:07 13 | Tully did not pronounce his last name correctly. |
| 11:34:12 14 |     Q.   Let me spell it for you. |
| 11:34:24 15 | Y-u-r-o-v-i-t-s-k-y. |
| 11:34:38 16 |     A.   Yurovitsky.  I don't remember.  I can't |
| 11:34:42 17 | recall it.  It is possible that I know this person, |
| 11:34:52 18 | but I don't know his last name.  Probably I don't |
| 11:34:58 19 | know him.  I cannot give you a definite answer, |
| 11:35:24 20 | because I am not sure whether I'm acquainted with |
| 11:35:27 21 | this person or not.  At least the way the last name |
| 11:35:32 22 | sounds, I don't know. |
| 11:35:35 23 |     Q.   At any point in time prior to November |
| 11:35:38 24 | 29th, 2001, did you tell CIGNA you were negotiating |

---

11:30:16  1    that they were seeking to fill?
11:30:32  2        A.   Ask him please to repeat the question.
11:30:34  3        Q.   At the time that you were applying for the
11:30:37  4    job with CDI to do database repair work at PTC, did
11:30:50  5    you have any reason to believe you could not do that
11:30:52  6    job?
11:30:57  7        MR. CHURCHILL:  Objection.
11:30:58  8        A.   Yes, I did.  I had many doubts whether I
11:31:08  9    should take this work or not.
11:33:16 10        Q.   Mr. Kouvchinov, do you know a gentleman by
11:33:18 11    the name of Leonid Yurovitsky?
11:33:46 12        A.   I don't remember such a person.  Maybe Mr.
11:34:07 13    Tully did not pronounce his last name correctly.
11:34:12 14        Q.   Let me spell it for you.
11:34:24 15    Y-u-r-o-v-i-t-s-k-y.
11:34:38 16        A.   Yurovitsky.  I don't remember.  I can't
11:34:42 17    recall it.  It is possible that I know this person,
11:34:52 18    but I don't know his last name.  Probably I don't
11:34:58 19    know him.  I cannot give you a definite answer,
11:35:24 20    because I am not sure whether I'm acquainted with
11:35:27 21    this person or not.  At least the way the last name
11:35:32 22    sounds, I don't know.
11:35:35 23        Q.   At any point in time prior to November
11:35:38 24    29th, 2001, did you tell CIGNA you were negotiating

| | | |
|---|---|---|
| 11:35:43 | 1 | a contract for employment with CDI? |
| 11:36:05 | 2 | A. Before November 29th, I did not tell CIGNA |
| 11:36:15 | 3 | about my negotiations with CDI. |
| 11:36:17 | 4 | Q. Did you tell CIGNA about your negotiations |
| 11:36:20 | 5 | and job offer with ARC? |
| 11:36:34 | 6 | A. No. |
| 11:36:35 | 7 | Q. At any point in time before November 29th, |
| 11:36:40 | 8 | 2001, did you tell your doctor that you were |
| 11:36:42 | 9 | negotiating a contract with CDI? |
| 11:36:59 | 10 | A. I did tell my doctor at least that I was |
| 11:37:02 | 11 | looking for a job. |
| 11:37:03 | 12 | Q. That wasn't my question. Did you tell your |
| 11:37:07 | 13 | doctor you were negotiating a contract with CDI? |
| 11:37:16 | 14 | A. I don't remember. |
| 11:37:17 | 15 | Q. Did you tell your doctor at any point in |
| 11:37:21 | 16 | time prior to November 29th, 2001, that you had a |
| 11:37:25 | 17 | job offer from ARC? |
| 11:37:42 | 18 | A. I never received an official offer, and I |
| 11:37:48 | 19 | mean on paper. |
| 11:37:49 | 20 | Q. You were made one orally, weren't you? |
| 11:37:57 | 21 | A. We were discussing this possibility. |
| 11:37:59 | 22 | Q. Did you ever tell your doctor about that |
| 11:38:01 | 23 | possibility? |
| 11:38:08 | 24 | A. I don't remember, but most likely no, I did |

| | | |
|---|---|---|
| 11:41:55 1 | A. | No. |
| 11:41:55 2 | Q. | And you didn't tell anybody at CDI either, |
| 11:42:00 3 | did you? | |
| 11:42:04 4 | A. | No, I didn't say anything at CDI. No, I |
| 11:42:11 5 | didn't say anything at CDI about my disability | |
| 11:42:24 6 | before December 7th. | |
| 11:42:26 7 | Q. | At any time before December 7th, did you |
| 11:42:29 8 | tell your doctor that you had called CIGNA to say | |
| 11:42:32 9 | that you were coming back to work? | |
| 11:42:44 10 | A. | To return to CIGNA to work? |
| 11:42:46 11 | Q. | No. At any time before December 7th, did |
| 11:42:52 12 | you tell your doctor that you had called CIGNA to | |
| 11:42:55 13 | tell CIGNA that you were returning to work? | |
| 11:43:06 14 | A. | No. |
| 11:43:06 15 | Q. | At any point in time, Mr. Kouvchinov, any |
| 11:43:12 16 | point in time did you ask CIGNA to call PTC or write | |
| 11:43:18 17 | to PTC to tell them about the call you said you made | |
| 11:43:21 18 | to CIGNA on November 29th, 2001? | |
| 11:43:43 19 | A. | No. |
| 11:43:43 20 | Q. | Mr. Kouvchinov, I'm going to show you |
| 11:44:30 21 | what's been previously marked as Exhibit No. 27 in | |
| 11:44:33 22 | this deposition. Can you read to me in English, | |
| 11:44:39 23 | please, the third paragraph. | |
| 11:44:53 24 | | THE WITNESS: "As long as you remain |

| | | |
|---|---|---|
| 12:17:02 | 1 | that you just mentioned are related to the documents |
| 12:17:09 | 2 | filed in the court. |
| 12:17:10 | 3 | Q.   I'm sure you don't.  Looking at Paragraph |
| 12:17:20 | 4 | 40 of the Complaint, this is now Count V, |
| 12:17:36 | 5 | negligence.  What is the factual basis of your claim |
| 12:17:38 | 6 | in Paragraph 40 that PTC and Wales conducted a |
| 12:17:46 | 7 | negligent investigation? |
| 12:17:57 | 8 | MR. CHURCHILL:  Objection. |
| 12:18:10 | 9 | A.   I never received benefits for long-term |
| 12:18:19 | 10 | disability, and the last day I was paid for was |
| 12:18:26 | 11 | November 30th, and I started working on December |
| 12:18:38 | 12 | 4th. |
| 12:18:41 | 13 | Q.   So why do you say that PTC and Wales were |
| 12:18:45 | 14 | negligent?  What is it that they didn't do? |
| 12:18:54 | 15 | MR. CHURCHILL:  Objection. |
| 12:19:04 | 16 | A.   Nobody asked me whether I was receiving |
| 12:19:07 | 17 | benefits from CIGNA. |
| 12:19:11 | 18 | Q.   And you didn't tell anybody that you had |
| 12:19:13 | 19 | called CIGNA, did you? |
| 12:19:15 | 20 | MR. CHURCHILL:  Objection. |
| 12:19:16 | 21 | A.   Nobody asked me. |
| 12:19:19 | 22 | Q.   Do you think you were more at fault than |
| 12:19:22 | 23 | PTC? |
| 12:19:27 | 24 | MR. CHURCHILL:  Objection. |

| | | |
|---|---|---|
| 12:19:31 1 | A. | No, I don't think so. |
| 12:19:33 2 | Q. | Why not? |
| 12:19:35 3 | | MR. CHURCHILL: Objection. |
| 12:19:36 4 | A. | Because I don't think so. Because I don't |

think so. Because Lisa Wales could have asked me. At least on December 4th she could have asked me.

Q. And you could have told her, right, couldn't you? You do admit that, don't you, that you could have told her on December 4th if you had wanted to?

A. I could have told her.

Q. And you are aware, aren't you, that PTC asked CIGNA what your status was on December 4th?

MR. CHURCHILL: Objection.

A. I cannot answer what PTC did.

Q. You haven't seen the e-mails between PTC and CIGNA?

A. Yes, but it was much later. On December 4th I definitely did not know what they were doing.

Q. Are there any other facts that you're basing the allegations in Paragraph 40 on?

MR. CHURCHILL: Objection.

A. No.

THE INTERPRETER: Eventually can we have a

```
12:36:04  1   collecting long-term disability; is that what you're
12:36:06  2   saying?
12:36:16  3        A.   No.  I believe that PTC said that I was on
12:36:36  4   long-term disability.
12:36:38  5        Q.   What means did PTC use to interfere with
12:36:47  6   your relationship with CDI?
12:36:57  7        A.   A telephone call.
12:36:59  8        Q.   And what was the improper motive that you
12:37:02  9   allege in Paragraph 34?
12:37:12 10        MR. CHURCHILL:  Objection.
12:37:19 11        A.   I already mentioned, long-term disability.
12:37:23 12        Q.   Are there any other facts that you're
12:37:26 13   basing your claim that PTC used either an improper
12:37:28 14   means or it had an improper motive, Paragraph 34?
12:37:43 15        MR. CHURCHILL:  Objection.
12:37:50 16        A.   I need some kind of clarification.  You
12:37:56 17   mean besides long-term disability?
12:37:58 18        Q.   Besides what you've testified to.  I said
12:38:00 19   is there anything else, any other facts that you
12:38:04 20   complain in Paragraph 34 of?
12:38:15 21        MR. CHURCHILL:  Objection.
12:38:16 22        A.   No.
12:38:16 23        Q.   And what is your proof, Mr. Kouvchinov, of
12:38:31 24   actual malice that's referred to in Paragraph 34?
```

| | |
|---|---|
| 12:38:45 | 1         MR. CHURCHILL:  Objection. |
| 12:39:09 | 2    A.   PTC could have said that they just didn't |
| 12:39:12 | 3  need me.  Why would they provide the information |
| 12:39:16 | 4  about the disability? |
| 12:39:19 | 5    Q.   So that would have been okay, if they |
| 12:39:21 | 6  simply had said they didn't need you, in your mind? |
| 12:39:29 | 7         MR. CHURCHILL:  Objection. |
| 12:39:40 | 8    A.   At least it wouldn't harm my relationship |
| 12:39:43 | 9  with CDI. |
| 12:39:46 | 10   Q.   And do you have any reason to believe, sir, |
| 12:39:48 | 11 that PTC knew or should have known that CDI had |
| 12:39:52 | 12 nowhere else to place you? |
| 12:40:04 | 13        MR. CHURCHILL:  Objection. |
| 12:40:09 | 14   A.   How would I know?  I don't know. |
| 12:40:11 | 15   Q.   Now, Paragraph 35 of your Complaint is the |
| 12:40:19 | 16 same as Paragraph 34, except that it's directed to |
| 12:40:22 | 17 Lisa Wales.  Do you see that? |
| 12:40:34 | 18   A.   Yes. |
| 12:40:35 | 19   Q.   What proof do you have that Lisa Wales |
| 12:40:40 | 20 interfered with your relationship with CDI? |
| 12:40:51 | 21        MR. CHURCHILL:  Objection. |
| 12:40:56 | 22   A.   I'm not saying that she directly contacted |
| 12:41:00 | 23 CDI, but according to her deposition, she was the |
| 12:41:29 | 24 head of the investigation. |

---

Case 1:04-cv-12531-MEL   Document 55   Filed 06/05/2006   Page 8 of 13

4-46

12:38:45  1         MR. CHURCHILL:  Objection.
12:39:09  2    A.   PTC could have said that they just didn't
12:39:12  3  need me.  Why would they provide the information
12:39:16  4  about the disability?
12:39:19  5    Q.   So that would have been okay, if they
12:39:21  6  simply had said they didn't need you, in your mind?
12:39:29  7         MR. CHURCHILL:  Objection.
12:39:40  8    A.   At least it wouldn't harm my relationship
12:39:43  9  with CDI.
12:39:46 10    Q.   And do you have any reason to believe, sir,
12:39:48 11 that PTC knew or should have known that CDI had
12:39:52 12 nowhere else to place you?
12:40:04 13        MR. CHURCHILL:  Objection.
12:40:09 14    A.   How would I know?  I don't know.
12:40:11 15    Q.   Now, Paragraph 35 of your Complaint is the
12:40:19 16 same as Paragraph 34, except that it's directed to
12:40:22 17 Lisa Wales.  Do you see that?
12:40:34 18    A.   Yes.
12:40:35 19    Q.   What proof do you have that Lisa Wales
12:40:40 20 interfered with your relationship with CDI?
12:40:51 21        MR. CHURCHILL:  Objection.
12:40:56 22    A.   I'm not saying that she directly contacted
12:41:00 23 CDI, but according to her deposition, she was the
12:41:29 24 head of the investigation.

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-7813

```
12:41:34  1       Q.   So what was her improper means that she
12:41:38  2  used to interfere with your relationship with CDI as
12:41:41  3  alleged in Paragraph 35?
12:41:53  4            MR. CHURCHILL:  Objection.
12:41:53  5       A.   She was negligent in her investigation.
12:41:59  6       Q.   How so?
12:42:03  7            MR. CHURCHILL:  Objection.
12:42:18  8       A.   She never asked me whether I had received
12:42:23  9  any money while working at PTC.
12:42:27 10       Q.   So you're saying --
12:42:29 11       A.   From CIGNA.
12:42:30 12       Q.   So you're saying that, in Paragraph 35,
12:42:34 13  Lisa Wales was negligent, correct?
12:42:41 14            MR. CHURCHILL:  Objection.
12:42:49 15       A.   Yes.
12:42:49 16       Q.   Are there any other facts that you're
12:42:53 17  basing the allegations of Paragraph 35 on, other
12:42:56 18  than what you've just testified to?
12:43:07 19            MR. CHURCHILL:  Objection.
12:43:10 20       A.   Are you asking about 35?
12:43:18 21       Q.   35.
12:43:21 22            MR. CHURCHILL:  Objection.
12:43:24 23       A.   Please repeat the translation.
12:43:32 24       Q.   You're asking him to do it.
```

4-48

| | |
|---|---|
| 12:43:39 1 | (Interpreter repeats the question) |
| 12:43:44 2 | A.   No. |
| 12:43:45 3 | Q.   What proof do you have, sir, that Lisa |
| 12:43:54 4 | Wales acted with actual malice, as alleged in |
| 12:43:58 5 | Paragraph 35? |
| 12:44:08 6 | MR. CHURCHILL:  Objection. |
| 12:44:30 7 | A.   Because that kind of an investigation, when |
| 12:44:32 8 | the other party, the other side is not even asked |
| 12:44:37 9 | any questions, this is a very strange investigation. |
| 12:44:51 10 | Q.   All right.  Looking at Paragraph 28 of the |
| 12:44:54 11 | Complaint, in the last day of your deposition I |
| 12:45:01 12 | asked you for the factual basis for Paragraph 28, at |
| 12:45:05 13 | least as it relates to Lisa Wales.  What evidence do |
| 12:45:18 14 | you have, Mr. Kouvchinov, that PTC either expelled, |
| 12:45:23 15 | disciplined or discriminated against you for |
| 12:45:26 16 | exercising your right to seek benefits under the |
| 12:45:29 17 | disability plan, as set forth in Paragraph 28? |
| 12:45:55 18 | MR. CHURCHILL:  Objection. |
| 12:46:22 19 | A.   I think that I was fired from CDI because |
| 12:46:26 20 | PTC had told them that I was on long-term |
| 12:46:31 21 | disability. |
| 12:46:32 22 | Q.   I understand that.  That's not what you say |
| 12:46:34 23 | in Paragraph 28.  You say you were disciplined or |
| 12:46:40 24 | discriminated against or expelled for exercising |

| | | |
|---|---|---|
| 12:46:43 | 1 | your right to seek benefits under the short-term |
| 12:46:46 | 2 | disability plan.  What's the factual basis for that |
| 12:46:48 | 3 | statement? |
| 12:47:04 | 4 |       MR. CHURCHILL:  Objection. |
| 12:47:29 | 5 |   A.   I think that Lisa Wales didn't even believe |
| 12:47:32 | 6 | that I had depression, but this is just my view. |
| 12:47:40 | 7 |   Q.   What's the basis of your claim in Paragraph |
| 12:47:42 | 8 | 28 against PTC? |
| 12:47:52 | 9 |       MR. CHURCHILL:  Objection. |
| 12:48:18 | 10 |   A.   As I said, I was fired from CDI, and PTC |
| 12:48:24 | 11 | and CDI are mentioned in the same sentence because |
| 12:48:28 | 12 | PTC provided false information.  But because -- but |
| 12:48:40 | 13 | why they -- |
| 12:48:47 | 14 |   Q.   Are you finished? |
| 12:48:49 | 15 |       THE INTERPRETER:  The Interpreter couldn't |
| 12:48:51 | 16 | hear. |
| 12:49:08 | 17 |   A.   I have nothing to add. |
| 12:49:09 | 18 |   Q.   Paragraph 24 of your Complaint reads, |
| 12:49:25 | 19 | "Kouvchinov was terminated because of his disability |
| 12:49:28 | 20 | or handicap, because of his record of disability or |
| 12:49:33 | 21 | handicap, or because CDI and PTC regarded him as |
| 12:49:37 | 22 | disabled or handicapped."  Do you see that?  Do you |
| 12:50:06 | 23 | see that, sir? |
| 12:50:09 | 24 |   A.   Yes, I see it. |

4-50

| | | |
|---|---|---|
| 12:50:10 | 1 | Q. Which one of those three choices do you |
| 12:50:13 | 2 | believe is actually the case here? |
| 12:50:22 | 3 | MR. CHURCHILL: Objection. |
| 12:50:39 | 4 | A. As I already told you, I was fired from CDI |
| 12:50:55 | 5 | because PTC provided false information about my |
| 12:51:04 | 6 | disability. |
| 12:51:07 | 7 | Q. Well, Paragraph 24 says that you were |
| 12:51:10 | 8 | terminated because of your disability or handicap, |
| 12:51:15 | 9 | because of your record of disability or handicap, or |
| 12:51:18 | 10 | because you were regarded as disabled or |
| 12:51:20 | 11 | handicapped. My question to you is which of those |
| 12:51:23 | 12 | three do you believe to be the case? |
| 12:51:41 | 13 | MR. CHURCHILL: Objection. |
| 12:51:45 | 14 | A. I don't know. |
| 12:51:46 | 15 | Q. Do you have any evidence, Mr. Kouvchinov, |
| 12:51:52 | 16 | that PTC took any action because of an alleged |
| 12:51:56 | 17 | disability or handicap? |
| 12:52:08 | 18 | MR. CHURCHILL: Objection. |
| 12:52:13 | 19 | A. Ask him to repeat the question, please. |
| 12:52:15 | 20 | Q. Do you have any proof or evidence that PTC |
| 12:52:17 | 21 | took any action toward you because of an alleged |
| 12:52:20 | 22 | handicap or disability? |
| 12:52:33 | 23 | MR. CHURCHILL: Objection. |
| 12:52:35 | 24 | A. I don't have any proof. |

4-51

| | | |
|---|---|---|
| 12:52:36 1 | Q. | Wouldn't you agree that the actions they |
| 12:52:38 2 | took, rightly or wrongly, were because they thought | |
| 12:52:42 3 | you were double dipping? | |
| 12:52:57 4 | MR. CHURCHILL: Objection. | |
| 12:52:57 5 | Q. | And by that I mean actually working while |
| 12:53:00 6 | you were representing yourself to be disabled? | |
| 12:53:10 7 | MR. CHURCHILL: Objection. | |
| 12:53:12 8 | A. | I don't know what PTC thought about that. |
| 12:53:19 9 | I have no way to know. | |
| 12:53:21 10 | Q. | Have you told me now everything that forms |
| 12:53:24 11 | the basis of Paragraph 24? | |
| 12:53:31 12 | MR. CHURCHILL: Objection. | |
| 12:53:32 13 | A. | Yes. |
| 12:53:33 14 | Q. | Now, in each of your causes of action, |
| 12:53:36 15 | Counts I through VI, Mr. Kouvchinov, you -- I'm | |
| 12:53:42 16 | sorry, it's Counts I through VII. You've got seven | |
| 12:53:49 17 | different causes of action. | |
| 12:54:01 18 | A. | Page 3? |
| 12:54:02 19 | Q. | If you look at Page 5, the last count is |
| 12:54:05 20 | Count VII. Do you see that? | |
| 21 | A. | Count VII. |
| 12:54:20 22 | Q. | In each one of these seven counts you claim |
| 12:54:24 23 | to have suffered damages. Do you understand that? | |
| 12:55:10 24 | A. | (Reviewing document) I've read it. |