# **EXHIBIT N** part 3

## Older Workers Benefit Protection Act Disclosure

| Job Title | Age | Selected (x=selected) |
|---|---|---|
| Engineer-Technical Support | 32 | |
| Engineer-Technical Support | 34 | |
| Engineer-Technical Support | 29 | |
| Engineer-Technical Support | 24 | |
| Group Leader | 32 | X |
| Group Leader | 28 | |
| Group Leader | 31 | |
| Group Leader | 30 | |
| Mgr Product Line | 28 | |
| Mgr. CAD/QA Process | 35 | X |
| Mgr-Technical Support | 43 | |
| Princ Tech Support Eng | 28 | |
| Princ Tech Support Eng | 29 | |
| Section Manager | 31 | |
| Section Manager | 38 | |
| Section Manager | 28 | |
| Sr Technical Support Eng | 39 | X |
| Sr Technical Support Eng | 40 | |
| Sr Technical Support Eng | 27 | |
| Sr Technical Support Eng | 28 | |
| Sr Technical Support Eng | 35 | |
| Sr Technical Support Eng | 38 | |
| Sr Technical Support Eng | 27 | |
| VP CSM Applications | 48 | X |
| VP Customer Service | 42 | |
| Analyst-Financial, Senior | 31 | |
| Assistant-Administrative | 28 | |
| Assistant-Administrative | 22 | |
| Dir R&D | 34 | |
| Executive Assistant | 51 | |
| Executive Assistant | 52 | |
| Executive VP | 37 | |
| Finance Director | 45 | |
| Mgr Global Services | 32 | |
| Mgr Office | 56 | |
| Sr VP Windchill | 54 | |
| VP Distributor Operations | 38 | |
| Administrator-GSO, Senior | 37 | |
| Consultant-Impl, Assoc | 25 | |
| Consultant-Impl, Assoc | 26 | |
| Consultant-Impl, Assoc | 25 | |
| Consultant-Impl, Assoc | 29 | |
| Consultant-Impl, Assoc | 30 | |

| Job Title | Age | Selected (x=selected) |
|---|---|---|
| Consultant-Impl, Assoc | 34 | |
| Consultant-Impl, Principal | 46 | |
| Consultant-Impl, Principal | 39 | |
| Consultant-Impl, Principal | 46 | |
| Consultant-Impl, Principal | 57 | |
| Consultant-Impl, Senior | 54 | X |
| Consultant-Impl, Senior | 51 | X |
| Consultant-Impl, Senior | 45 | X |
| Consultant-Impl, Senior | 38 | X |
| Consultant-Impl, Senior | 31 | |
| Consultant-Impl, Senior | 57 | |
| Consultant-Impl, Senior | 31 | |
| Consultant-Impl, Senior | 41 | |
| Consultant-Impl, Senior | 39 | |
| Consultant-Impl, Senior | 46 | |
| Consultant-Impl, Senior | 42 | |
| Consultant-Impl, Senior | 27 | |
| Consultant-Impl, Senior | 34 | |
| Consultant-Impl, Senior | 40 | |
| Consultant-Impl, Senior | 27 | |
| Consultant-Impl, Senior | 37 | |
| Consultant-Impl, Senior | 33 | |
| Consultant-Impl, Senior | 32 | |
| Consultant-Impl, Senior | 42 | |
| Consultant-Impl, Senior | 55 | |
| Consultant-Impl, Senior | 36 | |
| Consultant-Impl, Senior | 46 | |
| Consultant-Impl, Senior | 42 | |
| Consultant-Impl, Senior | 47 | |
| Consultant-Impl, Senior | 38 | |
| Consultant-Impl, Senior | 39 | |
| Consultant-Impl, Senior | 37 | |
| Consultant-Impl, Senior | 47 | |
| Consultant-Impl, Senior | 32 | |
| Consultant-Impl, Senior | 39 | |
| Consultant-Impl, Senior | 38 | |
| Consultant-Impl, Senior | 42 | |
| Consultant-Impl, Senior | 43 | |
| Consultant-Impl, Senior | 42 | |
| Consultant-Impl, Senior | 35 | |
| Consultant-Impl, Senior | 46 | |
| Consultant-Impl, Senior | 27 | |
| Consultant-Impl, Senior | 25 | |

22

Older Workers Benefit Protection Act Disclosure

| Job Title | Age | Selected (x=selected) |
|---|---|---|
| Consultant-Impl, Senior | 36 | |
| Consultant-Impl, Senior | 51 | |
| Consultant-Impl, Senior | 34 | |
| Consultant-Impl, Senior | 35 | |
| Consultant-Impl, Senior | 48 | |
| Consultant-Impl, Senior | 41 | |
| Consultant-Impl, Senior | 32 | |
| Consultant-Impl, Senior | 31 | |
| Consultant-Impl, Senior | 33 | |
| Consultant-Impl, Senior | 44 | |
| Consultant-Impl, Senior | 34 | |
| Consultant-Impl, Senior | 39 | |
| Consultant-Impl, Senior | 39 | |
| Consultant-Impl, Senior | 29 | |
| Consultant-Impl, Senior | 44 | |
| Consultant-Implementation | 56 | X |
| Consultant-Implementation | 41 | X |
| Consultant-Implementation | 32 | X |
| Consultant-Implementation | 36 | X |
| Consultant-Implementation | 41 | X |
| Consultant-Implementation | 47 | X |
| Consultant-Implementation | 36 | X |
| Consultant-Implementation | 29 | X |
| Consultant-Implementation | 29 | X |
| Consultant-Implementation | 31 | |
| Consultant-Implementation | 32 | |
| Consultant-Implementation | 30 | |
| Consultant-Implementation | 40 | |
| Consultant-Implementation | 31 | |
| Consultant-Implementation | 34 | |
| Consultant-Implementation | 52 | |
| Consultant-Implementation | 37 | |
| Consultant-Implementation | 37 | |
| Consultant-Implementation | 39 | |
| Consultant-Implementation | 29 | |
| Consultant-Implementation | 26 | |
| Consultant-Implementation | 33 | |
| Consultant-Implementation | 27 | |
| Consultant-Implementation | 30 | |
| Consultant-Implementation | 27 | |
| Consultant-Implementation | 34 | |
| Consultant-Implementation | 25 | |
| Consultant-Implementation | 32 | |

| Job Title | Age | Selected (x=selected) |
|---|---|---|
| Consultant-Implementation | 29 | |
| Consultant-Implementation | 34 | |
| Consultant-Implementation | 39 | |
| Consultant-Implementation | 39 | |
| Consultant-Implementation | 41 | |
| Consultant-Implementation | 29 | |
| Consultant-Implementation | 27 | |
| Consultant-Implementation | 32 | |
| Consultant-Implementation | 38 | |
| Consultant-Implementation | 30 | |
| Consultant-Implementation | 27 | |
| Consultant-Implementation | 27 | |
| Consultant-Implementation | 29 | |
| Consultant-Implementation | 33 | |
| Consultant-Implementation | 43 | |
| Consultant-Implementation | 26 | |
| Consultant-Implementation | 25 | |
| Consultant-Implementation | 24 | |
| Consultant-Implementation | 32 | |
| Consultant-Implementation | 32 | |
| Consultant-Implementation | 29 | |
| Consultant-Implementation | 25 | |
| Consultant-Implementation | 27 | |
| Consultant-Implementation | 25 | |
| Consultant-Implementation | 39 | |
| Consultant-Implementation | 45 | |
| Consultant-Implementation | 44 | |
| Consultant-Implementation | 31 | |
| Consultant-Implementation | 32 | |
| Consultant-Implementation | 27 | |
| Consultant-Implementation | 32 | |
| Consultant-Implementation | 38 | |
| Consultant-Implementation | 29 | |
| Consultant-Implementation | 25 | |
| Consultant-Implementation | 34 | |
| Consultant-Implementation | 25 | |
| Consultant-Implementation | 42 | |
| Consultant-Implementation | 30 | |
| Consultant-Implementation | 53 | |
| Consultant-Implementation | 27 | |
| Consultant-Implementation | 30 | |
| Consultant-Implementation | 32 | |
| Consultant-Implementation | 27 | |

RESP00110

10/12/2001

Older Workers Benefit Protection Act Disclosure

| Job Title | Age | Selected (x=selected) |
|---|---|---|
| Consultant-Implementatic | 31 | |
| Consultant-Implementatic | 27 | |
| Consultant-Implementatic | 31 | |
| Consultant-Implementati: | 43 | |
| Consultant-Implementati: | 32 | |
| Consultant-Implementat: | 27 | |
| Consultant-Implementat' | 37 | |
| Consultant-Implementa: | 40 | |
| Consultant-Implementa | 29 | |
| Consultant-Implementa | 32 | |
| Consultant-Implementa | 44 | |
| Consultant-Implementa | 49 | |
| Consultant-Implementa | 35 | |
| Consultant-Implementa | 30 | |
| Consultant-Implementa | 30 | |
| Consultant-Implementa | 35 | |
| Developer-Education | 56 | X |
| Developer-Education | 42 | |
| Developer-Education | 27 | |
| Developer-Education | 35 | |
| Developer-Senior Education | 33 | |
| Developer-Senior Education | 28 | |
| Dir GSO | 36 | |
| Dir GSO | 33 | |
| Dir GSO | 33 | |
| Dir GSO | 31 | |
| Dir GSO | 54 | |
| Dir GSO | 30 | |
| Dir GSO | 37 | |
| Dir Senior GSO | 34 | |
| Dir Staff | 42 | |
| Dir Staff | 55 | |
| Dir Staff | 39 | |
| Education Dev Specialist | 35 | |
| Mgr Education Services | 39 | X |
| Mgr Global Services | 55 | X |
| Mgr Global Services | 44 | X |
| Mgr Global Services | 46 | X |
| Mgr Global Services | 35 | |
| Mgr Global Services | 31 | |
| Mgr Global Services | 45 | |
| Mgr Global Services | 35 | |
| Mgr Global Services | 44 | |

| Job Title | Age | Selected (x=selected) |
|---|---|---|
| Mgr Global Services | 41 | |
| Mgr Global Services | 49 | |
| Mgr Global Services | 35 | |
| Mgr Global Services | 48 | |
| Mgr Global Services | 28 | |
| Mgr Global Services | 37 | |
| Mgr Global Services | 47 | |
| Mgr Global Services | 56 | |
| Mgr Global Services | 30 | |
| Mgr Global Services | 35 | |
| Mgr Global Services | 39 | |
| Mgr Global Services | 36 | |
| Mgr Global Services | 34 | |
| Mgr Global Services | 53 | |
| Mgr Global Services | 32 | |
| Mgr Global Services | 36 | |
| Mgr Global Services | 29 | |
| Mgr Global Services | 47 | |
| Mgr Global Services | 36 | |
| Mgr Global Services | 31 | |
| Mgr Global Services | 36 | |
| Mgr Staff | 30 | |
| Mgr Staff | 33 | |
| Mgr Staff | 36 | |
| Program Manager | 57 | |
| Program Manager | 40 | |
| Program Manager | 33 | |
| Program Manager | 42 | |
| Program Manager | 46 | |
| Program Manager | 56 | |
| Program Manager | 48 | |
| Program Manager | 42 | |
| Program Manager | 49 | |
| Program Manager | 40 | |
| Program Mgr-Consulting | 41 | |
| Specialist-Education | 34 | X |
| Specialist-Education | 44 | X |
| Specialist-Education | 32 | |
| Specialist-Education | 35 | |
| Specialist-Education | 31 | |
| Specialist-Education,Principal | 56 | |
| Sr Professional Dev Spec | 35 | |
| Sr Technical Consultant | 31 | |

RESP00111

10/12/2001

## Older Workers Benefit Protection Act Disclosure

| Job Title | Age | Selected (x=selected) | Job Title | Age | Selected (x=selected) |
|---|---|---|---|---|---|
| Sr VP Global Services | 36 | | Engineer-QA | 30 | |
| VP Professional Svcs | 37 | | Engineer-QA | 28 | |
| VP Professional Svcs | 38 | | Engineer-QA | 36 | |
| VP Professional Svcs | 30 | | Engineer-QA | 25 | |
| VP Professional Svcs | 34 | | Engineer-QA | 34 | |
| Dir Marketing | 41 | | Engineer-QA | 24 | |
| Dir Strategic Marketing | 39 | | Engineer-QA, Princ | 41 | |
| Dir Strategic Marketing | 37 | | Engineer-QA, Princ | 39 | |
| Dir Strategic Marketing | 37 | | Engineer-QA, Senior | 29 | |
| Mgr Marketing | 33 | | Engineer-QA, Senior | 24 | |
| Product Specialist | 32 | | Engineer-QA, Senior | 56 | |
| VP Development | 41 | | Engineer-QA, Senior | 30 | |
| Assistant-Administrative | 24 | | Engineer-QA, Senior | 31 | |
| Dir Data Mgmt Applications | 39 | | Engineer-QA, Senior | 37 | |
| Dir GSO | 38 | | Engineer-Software | 27 | |
| Dir Integration/Applications | 39 | | Engineer-Software | 43 | X |
| Dir Marketing | 45 | | Engineer-Software | 33 | X |
| Dir Marketing | 37 | | Engineer-Software | 26 | X |
| Dir Marketing | 34 | | Engineer-Software | 28 | X |
| Dir Marketing | 42 | | Engineer-Software | 38 | X |
| Dir Prod Line Mgt | 44 | | Engineer-Software | 38 | X |
| Dir Quality Assurance | 47 | | Engineer-Software | 26 | |
| Dir R&D | 42 | | Engineer-Software | 26 | |
| Dir R&D | 45 | | Engineer-Software | 45 | |
| Dir R&D | 42 | | Engineer-Software | 32 | |
| Dir R&D | 41 | | Engineer-Software | 38 | |
| Dir R&D | 46 | | Engineer-Software | 26 | |
| Dir Server Apps | 39 | | Engineer-Software | 40 | |
| Dir Software Development | 52 | | Engineer-Software | 23 | |
| Dir Strategic Marketing | 33 | X | Engineer-Software | 26 | |
| Director Product Management | 30 | | Engineer-Software | 25 | |
| Director Product Management | 52 | | Engineer-Software | 35 | |
| Director-Tech Mktg | 34 | | Engineer-Software | 30 | |
| Director-Tech Mktg | 35 | | Engineer-Software | 54 | |
| Engineer-QA | 25 | | Engineer-Software | 26 | |
| Engineer-QA | 35 | | Engineer-Software | 34 | |
| Engineer-QA | 31 | | Engineer-Software | 38 | |
| Engineer-QA | 26 | | Engineer-Software | 26 | |
| Engineer-QA | 36 | | Engineer-Software | 30 | |
| Engineer-QA | 25 | | Engineer-Software | 32 | |
| Engineer-QA | 25 | | Engineer-Software | 34 | |
| Engineer-QA | 34 | | Engineer-Software | 30 | |
| Engineer-QA | 26 | | Engineer-Software | 47 | |

RESP00112

10/12/2001

Older Workers Benefit Protection Act Disclosure

| Job Title | Age | Selected (x=selected) | Job Title | Age | Selected (x=selected) |
|---|---|---|---|---|---|
| Engineer-Software | 24 | | Engineer-Software, Senior | 43 | |
| Engineer-Software | 38 | | Engineer-Software, Senior | 26 | |
| Engineer-Software | 29 | | Engineer-Software, Senior | 49 | |
| Engineer-Software | 41 | | Engineer-Software, Senior | 39 | |
| Engineer-Software | 32 | | Engineer-Software, Senior | 30 | |
| Engineer-Software | 46 | | Engineer-Software, Senior | 50 | |
| Engineer-Software | 27 | | Engineer-Software, Senior | 42 | |
| Engineer-Software | 27 | | Engineer-Software, Senior | 30 | |
| Engineer-Software | 25 | | Engineer-Software, Senior | 41 | |
| Engineer-Software | 33 | | Engineer-Software, Senior | 36 | |
| Engineer-Software | 43 | | Engineer-Software, Senior | 38 | |
| Engineer-Software | 45 | | Engineer-Software, Senior | 27 | |
| Engineer-Software | 33 | | Engineer-Software, Senior | 23 | |
| Engineer-Software | 24 | | Engineer-Software, Senior | 51 | |
| Engineer-Software | 35 | | Engineer-Software, Senior | 32 | |
| Engineer-Software | 27 | | Engineer-Software, Senior | 30 | |
| Engineer-Software | 26 | | Engineer-Software, Senior | 27 | |
| Engineer-Software | 30 | | Engineer-Software, Senior | 30 | |
| Engineer-Software | 27 | | Engineer-Software, Senior | 35 | |
| Engineer-Software | 38 | | Engineer-Software, Senior | 53 | |
| Engineer-Software | 25 | | Engineer-Software, Senior | 46 | |
| Engineer-Software | 23 | | Engineer-Software, Senior | 40 | |
| Engineer-Software | 31 | | Engineer-Software, Senior | 39 | |
| Engineer-Software | 31 | | Engineer-Software, Senior | 29 | |
| Engineer-Software | 29 | | Fellow - Technology | 35 | |
| Engineer-Software | 27 | | Fellow - Technology | 38 | |
| Engineer-Software | 34 | | Fellow - Technology | 53 | |
| Engineer-Software | 29 | | Fellow - Technology | 39 | |
| Engineer-Software | 27 | | Fellow - Technology | 41 | |
| Engineer-Software | 36 | | Fellow - Technology | 47 | |
| Engineer-Software | 25 | | Fellow - Technology | 31 | |
| Engineer-Software | 26 | | Group Leader | 42 | X |
| Engineer-Software | 25 | | Group Leader | 40 | X |
| Engineer-Software, Senior | 33 | X | Group Leader | 27 | X |
| Engineer-Software, Senior | 32 | | Group Leader | 33 | X |
| Engineer-Software, Senior | 53 | | Group Leader | 42 | |
| Engineer-Software, Senior | 39 | | Group Leader | 29 | |
| Engineer-Software, Senior | 44 | | Group Leader | 28 | |
| Engineer-Software, Senior | 33 | | Group Leader | 33 | |
| Engineer-Software, Senior | 25 | | Group Leader | 30 | |
| Engineer-Software, Senior | 40 | | Group Leader | 31 | |
| Engineer-Software, Senior | 44 | | Group Leader | 51 | |
| Engineer-Software, Senior | 43 | | Group Leader | 38 | |

26

RESP00113

10/12/2001

# Older Workers Benefit Protection Act Disclosure

| Job Title | Age | Selected (x=selected) |
|---|---|---|
| Group Leader | 35 | |
| Group Leader | 27 | |
| Group Leader | 28 | |
| Group Leader | 33 | |
| Group Leader | 41 | |
| Group Leader | 58 | |
| Group Leader | 27 | |
| Group Leader | 48 | |
| Group Leader | 36 | |
| Group Leader | 39 | |
| Group Leader | 27 | |
| Group Leader | 40 | |
| Group Leader | 45 | |
| Group Leader | 38 | |
| Group Leader | 40 | |
| Group Leader | 27 | |
| Group Leader | 52 | |
| Group Leader | 29 | |
| Group Leader | 47 | |
| Group Leader | 29 | |
| Group Leader | 30 | |
| Group Leader | 35 | |
| Group Leader | 34 | |
| Group Leader | 34 | |
| Group Leader | 32 | |
| Group Leader | 44 | |
| Localization Specialist | 33 | |
| Localization Specialist | 42 | |
| Mgr Global Services | 38 | |
| Mgr Localization | 33 | |
| Mgr Marketing | 30 | |
| Mgr Marketing | 25 | |
| Mgr Marketing | 26 | X |
| Mgr Office | 31 | |
| Mgr Office | 39 | X |
| Mgr Product | 41 | X |
| Mgr Product | 31 | |
| Mgr Product | 39 | |
| Mgr Product | 33 | |
| Mgr Product | 31 | |
| Mgr Product | 33 | |
| Mgr Product | 37 | |
| Mgr Product | 34 | |

| Job Title | Age | Selected (x=selected) |
|---|---|---|
| Mgr Product Line | 36 | |
| Mgr Product Line | 30 | |
| Mgr Product Mktg | 25 | |
| Mgr Quality Assurance | 51 | |
| Mgr Quality Assurance | 42 | |
| Mgr Quality Assurance | 33 | |
| Mgr Quality Assurance | 42 | X |
| Mgr R&D | 38 | |
| Mgr R&D | 31 | |
| Mgr R&D | 39 | |
| Mgr R&D | 41 | |
| Mgr R&D | 46 | |
| Mgr R&D | 36 | |
| Mgr R&D Prog & Planning | 38 | |
| Mgr-Product, Sr | 47 | |
| Mgr-Product, Sr | 40 | |
| Mgr-Product, Sr | 47 | |
| Mgr-Product, Sr | 33 | |
| Mgr-Product, Sr | 50 | |
| Mgr-Product, Sr | 24 | |
| Princ Application Engineer | 37 | |
| Princ Software Engineer | 29 | |
| Princ Software Engineer | 38 | |
| Princ Software Engineer | 38 | |
| Princ Software Engineer | 32 | |
| Princ Software Engineer | 36 | |
| Princ Software Engineer | 30 | |
| Princ Software Engineer | 39 | |
| Princ Software Engineer | 47 | |
| Princ Software Engineer | 60 | |
| Princ Software Engineer | 63 | |
| Princ Software Engineer | 37 | |
| Princ Software Engineer | 33 | |
| Princ Software Engineer | 37 | |
| Princ Software Engineer | 40 | |
| Princ Software Engineer | 45 | |
| Princ. Engineer | 39 | |
| Princ. Engineer | 35 | |
| Princ. Engineer | 36 | |
| Princ. Engineer | 43 | |
| Princ. Engineer | 36 | |
| Princ. Engineer | 48 | X |
| Product Specialist, Senior | 32 | |
| Product Specialist, Senior | | |

RESP00114                 10/12/2001

**Lisa Perry**

| | |
|---|---|
| From: | Wallace, Angela L    212 [Angela.Wallace@cigna.com] |
| Sent: | Tuesday, December 04, 2001 4:12 PM |
| To: | 'LISA PERRY' |
| Subject: | KOUVCHINOV |

Alexei Kouvchinov was extended to 12-16-01 and referred to LTD.

Angela Wallace
Case Manager
CIGNA Disability Management Solutions
1-800-352-0611 ext. 8734
Angela.Wallace@Cigna.com



-----------------------------------------------------------------------

CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately
notify the sender by e-mail at the address shown.  This e-mail transmission may contain
confidential information.  This information is intended only for the use of the individual
(s) or entity to whom it is intended even if addressed incorrectly.  Please delete it from
your files if you are not the intended recipient.  Thank you for your compliance. )
Copyright 2001 CIGNA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

1

**Lisa Perry**

| | |
|---|---|
| **From:** | Lisa Peraner Wales [lwales@ptc.com] |
| **Sent:** | Thursday, December 06, 2001 11:46 AM |
| **To:** | lperry@ptc.com |
| **Subject:** | Re: Alexei Kouvchinov current job duties |

Lisa,

Alexei's current manager, while he is contracting, has confirmed that Alexei is working on database repair for Pro/PDM. This is very similar to his job duties when he was a full time employee at PTC.

Regards,

Lisa

Lisa Perry wrote:

> Lisa,
> I sent an email to the Cigna short term disability department advising that Alexei was working for PTC as a contractor through a temp agency effective 12/04/01.I received a response from Cigna asking whether he is performing his previous job duties.Can you please advise whether he is currently performing his previous job duties?Once I have this information, I will advise Cigna.Thanks for your help!
> -Lisa

--
Lisa Wales
Human Resources Representative
Ph. (781) 370-5863
Fax (781) 370-6010



**Lisa Perry**

| | |
|---|---|
| **From:** | Lisa Peraner Wales [lwales@ptc.com] |
| **Sent:** | Thursday, December 06, 2001 12:00 PM |
| **To:** | Richard Bellingham; Edward Raine; Nicole B Pitchon |
| **Cc:** | Christopher J Cimitile; Don U Aviv; Aaron C. von Staats; Lisa Perry; Evelyn Flaherty; Lisa Peraner Wales |
| **Subject:** | Alexei Kouvchinov |



lwales.vcf

A
Ex.34
11-18-05    LEA

Hi All,

as a follow up to my voicemail:

Alexei Kouvchinov was part of the August RIF. He was on vacation the week of the notifications. I handled his separation meeting on 09/10/01 when he returned. His separation date from PTC is 09/24/01.

On 09/14/01 he submitted a STD claim. I met with the Evelyn Flaherty and Lisa Perry from benefits and Aaron von Staats from legal to discuss. His put claim was submitted to Cigna for their determination since he was eligible for the STD benefit through 09/24/01. Alexie's lawyer contacted us and spoke with Aaron.

Alexei sent John Busa, SVP in SSG, an email on 09/25/01 indicating he was available to do PDM Database repair. John let him know he was not interested in his services.

Alexei signed his separation agreement and was paid his full severance on 11/09/01.

Alexei's STD claim was approved. Lisa Perry from benefits will follow up with a summary of his STD claim history.

On Tuesday of this week, 12/04/01, I ran into Alexei in the kitchenette near my office on the 2nd floor of building C. I asked him who he was working for, what kind of assignment, and for how long. He indicated that he was working on a contract assignment for Lee Lesburg. Lee Lesburg is a GSO Program Manager. Alexei was unsure of the length of his assignment.

I contacted Lee Lesburg directly. He indicated that Alexei and Sergey Denisenko, another RIFed employee, were working for him 40 hours a week, for a 3-6 month assignment, doing database repair for Pro/PDM. They were contractors through CDI.

CDI is a agency that GSO uses for consultants, not developers. For Alexei and Sergey 2 PO's were approved for 2 month assignments.

Don Aviv and I spoke today. Alexei is taking Windchill classes in our collaboration center. He has signed in as a Windchill student/visitor, but he has not registered as a contractor and followed normal procedures: received a badge, registered his vehicle, etc.

Lisa Perry confirmed today that Cigna extended Alexiei's claim through 12/16/01. Alexei started contracting here at PTC on December 4th to attend a 4 day Windchill training class. Cigna also indicated that they would be turning his case over to LTD because the 12 week STD period was complete on 12/16/01.

1

RESP00006

This situation is gaining high visibility in many areas. I am available
to answer any questions.

Thanks,

Lisa

--
Lisa Wales
Human Resources Representative
Ph. (781) 370-5863
Fax (781) 370-6010

RESP00007

l: Alexei Kouv·hi.ov

**Subject: RE: Alexei Kouvchinov**
**Date:** Thu, 6 Dec 2001 16:25:00 -0500
**From:** "Edward Raine" <eraine@ptc.com>    **Internal**
**To:** "Lisa Peraner Wales" <lwales@ptc.com> , "Richard Bellingham" <rbellingham@ptc.com> ,
   "Nicole B Pitchon" <npitchon@ptc.com>
**CC:** "Christopher J Cimitile" <ccimitile@ptc.com> , "Don U Aviv" <daviv@ptc.com> ,
   "Aaron C. von Staats" <avonstaats@ptc.com> , "Lisa Perry" <lperry@ptc.com> ,
   "Evelyn Flaherty" <eflaherty@ptc.com>



My thoughts:

PTC has contracted with agencies and brought in other ex-PTC employees
immediately following their notification. I assume that the reqs were
signed per the appropriate procedure.

The agency is contracted to perform the work. They have provided Alexei as
the contractor.

Alexei should have signed in as required as a contractor. If he stays this
needs to happen immediately.

>From the facts written below it seems clear that Alexei has breached
business ethics by claiming for STD while at the same time being able to
perform work as a contractor at PTC.

PTC has the right to say to the agency that we no longer wish to retain the
services of a given contractor - in this case on the basis of ethical
concerns. The agency can find a replacement or we use another agency.

Unless others have differing opinions my recommendation is for Chris
Cimitile to discuss this situation with Lee Lesburg, explain our position on
the business ethics, seek agreement, and have Lee notify the agency of PTC's
decision.

Ed

-----Original Message-----
From: Lisa Peraner Wales [mailto:lwales@ptc.com]
Sent: Thursday, December 06, 2001 12:00 PM
To: Richard Bellingham; Edward Raine; Nicole B Pitchon
Cc: Christopher J Cimitile; Don U Aviv; Aaron C. von Staats; Lisa Perry;
Evelyn Flaherty; Lisa Peraner Wales
Subject: Alexei Kouvchinov

Hi All,

as a follow up to my voicemail:

Alexei Kouvchinov was part of the August RIF. He was on vacation the
week of the notifications. I handled his separation meeting on 09/10/01
when he returned. His separation date from PTC is 09/24/01.

On 09/14/01 he submitted a STD claim. I met with the Evelyn Flaherty and
Lisa Perry from benefits and Aaron von Staats from legal to discuss. His
put claim was submitted to Cigna for their determination since he was
eligible for the STD benefit through 09/24/01. Alexie's lawyer contacted
us and spoke with Aaron.

Alexei sent John Busa, SVP in SSG, an email on 09/25/01 indicating he
was available to do PDM Database repair. John let him know he was not

E. Alexei Kouvchinov

interested in his services.

Alexei signed his separation agreement and was paid his full severance on 11/09/01.

Alexei's STD claim was approved. Lisa Perry from benefits will follow up with a summary of his STD claim history.

On Tuesday of this week, 12/04/01, I ran into Alexei in the kitchenette near my office on the 2nd floor of building C. I asked him who he was working for, what kind of assignment, and for how long. He indicated that he was working on a contract assignment for Lee Lesburg. Lee Lesburg is a GSO Program Manager.
Alexei was unsure of the length of his assignment.

I contacted Lee Lesburg directly. He indicated that Alexei and Sergey Denisenko, another RIFed employee, were working for him 40 hours a week, for a 3-6 month assignment, doing database repair for Pro/PDM. They were contractors through CDI.

CDI is a agency that GSO uses for consultants, not developers. For Alexei and Sergey 2 PO's were approved for 2 month assignments.

Don Aviv and I spoke today. Alexei is taking Windchill classes in our collaboration center. He has signed in as a Windchill student/visitor, but he has not registered as a contractor and followed normal procedures: received a badge, registered his vehicle, etc.

Lisa Perry confirmed today that Cigna extended Alexiei's claim through 12/16/01. Alexei started contracting here at PTC on December 4th to attend a 4 day Windchill training class. Cigna also indicated that they would be turning his case over to LTD because the 12 week STD period was complete on 12/16/01.

This situation is gaining high visibility in many areas. I am available to answer any questions.

Thanks,

Lisa

--
Lisa Wales
Human Resources Representative
Ph. (781) 370-5863
Fax (781) 370-6010

RESP00117

12/7/01 8:19 AN

**Lisa Perry**

| | |
|---|---|
| **From:** | Wallace, Angela L    212 [Angela.Wallace@cigna.com] |
| **Sent:** | Thursday, December 06, 2001 5:39 PM |
| **To:** | 'lperry@ptc.com' |
| **Subject:** | RE: Alexei Kouvchinov short term disability |

He was paid through 11-30-01.

> -----Original Message-----
> From:    Lisa Perry [SMTP:lperry@ptc.com]
> Sent:    Thursday, December 06, 2001 4:00 PM
> To: Wallace, Angela L      212
> Subject:  RE: Alexei Kouvchinov short term disability
>
> What was the date in which Alexei was paid through?  Thanks!
>
> -----Original Message-----
> From: Wallace, Angela L 212 [mailto:Angela.Wallace@cigna.com]
> Sent: Thursday, December 06, 2001 4:40 PM
> To: 'lperry@ptc.com'
> Subject: RE: Alexei Kouvchinov short term disability
>
> Based on this information his claim is denied further benefits and will be
> closed.
>
> Thanks.
>
> > -----Original Message-----
> > From: Lisa Perry [SMTP:lperry@ptc.com]
> > Sent: Thursday, December 06, 2001 1:24 PM
> > To:   Wallace, Angela L     212
> > Subject:     RE: Alexei Kouvchinov short term disability
> >
> > Angela,
> >
> > I have been advised that Alexei is working on database repair for
> Pro/dbm
> > which is very similar to what he did previously.  Thanks!
> >
> > -Lisa
> >
> > -----Original Message-----
> > From: Wallace, Angela L 212 [mailto:Angela.Wallace@cigna.com]
> > Sent: Thursday, December 06, 2001 11:08 AM
> > To: 'lperry@ptc.com'
> > Subject: RE: Alexei Kouvchinov short term disability
> >
> > Is he performing his previous job duties?
> >
> > > -----Original Message-----
> > > From: Lisa Perry [SMTP:lperry@ptc.com]
> > > Sent: Thursday, December 06, 2001 8:24 AM
> > > To:   Wallace, Angela L 212; Anderson, Scott K 212
> > > Subject:     Alexei Kouvchinov short term disability
> > > Importance:  High
> > >
> > > Good morning,
> > >
> > > I wanted to let you know that Alexei is working at PTC as a contractor
> > > through a temp agency.  The effective date of returning to work was
> > > 12/04/01.  Please let me know what will happen at this point.  Thanks
> > and
> > > have a nice day!

1





LEGAL SERVICES CENTER
CENTRO DE SERVICIOS LEGALES

The Hale and Dorr Legal Services Center of Harvard Law School

122 Boylston Street • Jamaica Plain, MA 02130
Telephone: 617-522-3003  •  Facsimile: 617-522-0715

February 25, 2004

Angela Wallace
Case Manager
CIGNA Disability Management Solutions
Routing 212E
12225 Greenville Ave.             **REDACTED**
Dallas, TX 75243-9382
Fax: 860-731-3533



Re:    Claimant/Insured: Alexei Kouvchinov,
       Policy Holder: Parametric Technology Corporation
       Policy Key:
       Administered by: Connecticut General Life Insurance Company

Dear Ms. Wallace:

Enclosed please find a signed release for Mr. Alexei Kouvchinov's CIGNA file. We are
requesting his records for the purposes of a dispute between Mr. Kouvchinov and his
former employer, Parametric Technology Corporation (PTC). I am Mr. Kouvchinov's
lawyer of record in the dispute. The Massachusetts Commission Against Discrimination
(MCAD) is currently handling the dispute.

We are interested in any and all documents related to Mr. Kouvchinov's receipt and
termination of disability benefits from CIGNA. We are specifically interested in any and
all documents reflecting:

   1) Any communication at any time between Mr. Kouvchinov and CIGNA about his
      disability benefits.

   2) Any record of his contacting CIGNA to request termination of disability benefits
      in November or December of 2001.

   3) When, on what grounds, and at whose request Mr. Kouvchinov's disability
      benefits with CIGNA were terminated.

   4) Any communications between CIGNA and PTC, including but not limited to
      communications between yourself, Angela Wallace, and Lisa Perry or Lisa Wales
      of PTC, about Mr. Kouvchinov's case.

A 004

5)  The grounds upon which CIGNA granted Mr. Kouvchinov's request for short term disability benefits in or around September 2001.

6)  Whether or not CIGNA at one point decided to extend Mr. Kouvchinov's benefits to Dec. 16, 2001, and upon what grounds and at whose request these benefits were extended.

7)  The last benefit period for Mr. Kouvchinov for his STD claim in the autumn of 2001.

Please respond as completely as possible to the above requests.  Thank you for your assistance in this matter, and do not hesitate to contact me or Katherine Wiik, the student advocate on this case, with any questions or concerns.

Sincerely,


Jim Budreau
Attorney-At-Law
Clinical Instructor
617-522-2592

A 005

**Angela Wallace**
Case Manager
Disability Management Solutions





**CIGNA** Group Insurance
Life · Accident · Disability

March 8, 2004

REDACTED

Routing  D212
12225 Greenville Ave
Suite 1000
Dallas, TX 75243
Telephone  800-352-0611 ext 8734
Facsimile  860-731-3533

LEGAL SERVICES CENTER
C/O KATHERINE WIIK
122 BOYSTON STREET
JAMAICA PLAIN, MA 02130

Re:        Claimant           : ALEXEI KOUVCHINOV
           Policy Name        : PARAMETRIC TECHNOLOGY CORP
           Policy Keys        : .
           Company            : Connecticut General Life Insurance Company

Dear Ms. Wiik:

We are in receipt of your most recent request dated March 4, 2004 requesting disability records for Alexei Kouvchinov.

- In response to your first request: see enclosed letters

- In response to your second request: N/A

- In response to your third request: Email from Lisa Perry at Parametric Technology Corp on December 6, 2001 reporting that Mr. Kouvchinov returned to work on December 4, 2001.

- Response to your fourth request: phone call to Lisa Perry on October 4, 2001 to verify the employee's employment status as of his last day worked.
  Email to Lisa Perry on 10-12-01 to report that the benefits were extended.
  Email from Lisa Perry, reported return to work.
  Phone call from Lisa Perry on 12-07-01, discussed the employee's return to work and an email that Mr. Kouvchinov emailed The president of PTC to report his availability for work as of September 25, 2001.

- In response to your fifth request: see enclosed medical documentation



CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

Page 2

- In response to your sixth request: The decision to extend to December 16, 2001 was based on medical obtained from Mr. Kouvchinov's physician and was modified as the employee returned to work prior to that date.

- In response to your seventh request: Mr. Kouvchinov was paid disability benefits for the time period of September 24, 2001 to November 30, 2001.

If you have any questions, please do not hesitate to call me.

Sincerely

Angela Wallace

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

(first record)    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/03/2001 10:55:24 AM | Other | Narrative | WELCH, MELODEE | ICARE |

### ICARE Note Text

LEVEL: D2
ICD9: 311
OPT: 31.8
MAX: 365
DOD: 9/11/01
ESC: 11/7/01

(first record)    Add a New Incident Note

REDACTED

EXHIBIT
74
3|10|06

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/04/2001 10:18:20 AM | Telephone Call | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

Spoke with Lisa at ER.
Asked for status of claim. Advised that we are evaluating right now. With termination of EE, it raises several questions. She agreed. Cx new of potential termination in July. On 9/10/01 (LDW) Cx was advised that he was terminated. Actual EE status remained until 9/24/01 however. COD is provided beginning 9/17/01.
Advised that we are clarifying medical with AP, and hope to reach decision by end of day 10/5/01. Will keep Lisa advised of status.
Cx does not speak clear English per Lisa.

 

Add a New Incident Note

REDACTED

Case 1:04-cv-12531-MEL     Document 59     Filed 06/05/2006     Page 21 of 22

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

  

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/04/2001 02:36:49 PM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CALLED CX AT HOME AND LEFT A MESSAG FOR A RETURN CALL.

  

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 Add a New Incident Note 

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/04/2001 02:40:00 PM | Medical/Disability Management | Narrative | WALLACE, ANGELA | ICARE |

## ICARE Note Text

RECEIVED COMPLETED CLAIM FORM. MEDICAL ON CLAIM FORM INDICATED THAT THE CX WAS TREATED BY DR. LEONARD FREEDBERG FOR MAJOR DEPRESSION ON 9-17-01. THE CX IS TO F/U ON 10-10-01. THE CX HAS BEEN TREATED FOR DEPRESSION PREVIOUSLY IN NOVEMBER 2000. THE DR EXPECTS THE CX TO HE OUT OF WORK UNTILL NOV 2001.

 Add a New Incident Note 

REDACTED