**<u>EXHIBIT N</u>** . part 4

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

 Add a New Incident Note 

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/04/2001 04:33:17 PM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CLAIM APPROVED BASED ON INFORMATION RECEIVED.WILL REQUEST RECORDS AND STAFF CLAIM.

 Add a New Incident Note 

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

  

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 0/04/2001 04:54:09 PM | Correspondence | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

AXED REQUEST FOR RECORD TO DR FREEDBERG.

  

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

     Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/11/2001 08:29:48 AM | Correspondence | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

**Request to AP.**
**Need updated medical certification and treatment plan. Faxed to AP today.**

    Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/12/2001 02:26:09 PM | Correspondence | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

E-mail extension.

We have extended his benefits to 10/26/01 as of today. We have not yet received a response from his physician regarding our request for records. However, we have extended his benefits so that there is no interruption.

We will be following up for records by the end of next week (10/19/01).

Have a great weekend!

Scott Anderson

-----Original Message-----
From: Lisa Perry [SMTP:lperry@ptc.com]
Sent: Friday, October 12, 2001 11:09 AM
To: Wallace, Angela L 212; Anderson, Scott K 212
Subject: Re: kouvchinov

REDACTED

Angela,

Has Alexei Kouvchinov's short term disability been extended past 10/12/01?

Thanks and have a nice day!

-Lisa

 

Add a New Incident Note

Page 1 of

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/18/2001 01:54:13 PM | Medical/Disability Management | Narrative | ANDERSON, SCOTT | ICARE |

## ICARE Note Text

Received medical records.
Cx being seen every 2 weeks in treatment. Last seen 10/10/01. Continues to have problems with depression. Claim is approved through 10/26/01 at this time. Diaried for request to AP on 10/24/01 to have MI form completed.

    Add a New Incident Note    

REDACTED

08/13/2004
439

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

     Add a New Incident Note     

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/25/2001 06:04:32 PM | Correspondence | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

faxed ap form to dr freedberg.

     Add a New Incident Note     

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

    

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/29/2001 12:40:51 PM | Current Case Plan | Narrative | ANDERSON, SCOTT | ICARE |

## ICARE Note Text

Benefits extended through 11/30/01.
Will follow up for RTW date, as Cx estimates potential RTW 11/17/01.

    

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/15/2001 10:01:45 AM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CALLED DR. FREEDBERG AND LEFT A MESSAGE FOR A RETURN CALL.

 

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/15/2001 03:45:38 PM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

## ICARE Note Text

RECEIVED VM MSG FROM DR. FREEDBERG. HE STATED THAT THE CX IS UNABLE TO RTW AT THIS TIME. HE STATED THAT THE CX IS STILL DEPRESSED AND IS TAKING WELBUTRIN. HE STATED THAT THE CX HAS NO ENERGY AND DOES NOTHING OTHER THAN HIS DAILY LIVING. HE STATED THAT THE CX IS DOING BETTER, HOWEVER HE DOESN'T FEEL THAT THE CX WILL RTW UNTIL DEC OR JAN.

 

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

     Add a New Incident Note     

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/15/2001 03:51:03 PM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

FILE WILL BE REFERRED TO MC FOR EVALUATION FOR CONTINUED DISABILITY.

     Add a New Incident Note     

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/27/2001 03:23:58 PM | Medical/Disability Management | Narrative | JACKSON, BRENDA | ICARE |

### ICARE Note Text

PROVIDER INTERVIEW 11/27/01
OCCUPATION: MCAD Software Engineer

Provider made aware of occupation, duties and job level.

S_x__, L___, M___, H_____

REDACTED

AP WHO CERTIFIED THE DISABILITY: Dr. Freedberg
SPECIALTY: Psychiatrist
CONTACT PERSON AND TITLE: Dr. Freedberg
DIAGNOSIS & ICD-9 CODE: 296.33 MDD/severe/with Psychotic Features

ACTUAL DISABLING DIAGNOSIS/CONDITION: Low energy, poor concentration, depressed
DATE OF DISABILITY FOR THIS CONDITION: 9/11/01

LOV: 11/21/01
NOV: 12/17/01

OBJECTIVE FINDINGS AND DIAGNOSTICS TO SUPPORT THE DISABLING DIAGNOSIS:
According to AP the claimant is doing a little better but he is still depressed, his depression is worse in the AM, he continue to have difficult sleeping, low energy poor concentration. AP has notice that his English is getting worse; the claimant is from Russia. His psychosis has resolved, appetite improved and he is not suicidal. According to AP the claimant is divorced and has a 7-year-old son. The claimant has very little support and he isolates himself. AP reports the claimant has no particular stressors he has had family problems in the past and his is a recurrent depression and this one is the most severe. His GAF at this time is 45. His medication is Wellbutrin 150mg BID, Sonata 10mg qHs, Remeron 15-30mg qd. Dr. Freedberg reported the claimant next office visit is 12/17/01 and he will be discussing RTW by the first of the year. I reported to him I would discuss gradual RTW with his ER and discuss my finding when I call him back for an update on 12/18/01.
***see next note**********

 

Add a New Incident Note

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/27/2001 03:25:31 PM | Medical/Disability Management | Narrative | JACKSON, BRENDA | ICARE |

### ICARE Note Text

NCM Assessment
Medical supports functional impairments as evidenced by medical received.
Review of job description reveals sedentary work.
CCOG Duration guidelines for Major depression with psychotic features, 21 days for part-time RTW and 28 days for full-time RTW. Red flag indicators/ Prior episodes of disability Family dysfunction; limited coping resources (social)

ACTION PLAN:
Report the above to the CM
NCM will update with AP on 12/18/01
NCM will call ER to ask about part-time work.

    Add a New Incident Note    

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

     Add a New Incident Note     

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/27/2001 03:25:53 PM | Current Case Plan | Narrative | JACKSON, BRENDA | ICARE |

### ICARE Note Text

NCM Assessment
Medical supports functional impairments as evidenced by medical received.
Review of job description reveals sedentary work.
CCOG Duration guidelines for Major depression with psychotic features, 21 days for part-time RTW and 28 days for full-time RTW. Red flag indicators/ Prior episodes of disability Family dysfunction; limited coping resources (social)

ACTION PLAN:
Report the above to the CM
NCM will update with AP on 12/18/01
NCM will call ER to ask about part-time work.

     Add a New Incident Note     

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

     Add a New Incident Note     

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/04/2001 03:59:59 PM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CLAIM WILL BE REFERRED TO SCM FOR REVIEW OF LTD. NO FURTHER IMPACT CAN BE MADE AT THIS POINT. THE CX'S NEXT OV IS 12-18-01 AND THE STD TERM DATE IS 12-16-01. WILL PAY TO THE END OF STD AND REFER TO LTD FOR EVAL.

     Add a New Incident Note     

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/04/2001 05:10:49 PM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

RECEIVED CALL FROM LISA PERRY. SHE STATED THAT THE CX IS BACK AT WORK. SHE STATED THAT THE CX WAS AT WORK TODAY, SHE STATED THAT THE CX IS WORKING A CONTRACT POSITION. SHE STATED THAT SHE WILL CHECK WITH THE MANAGER TO VERIFY THE DATE HE RTW AND RETURN THE CALL.

    Add a New Incident Note    

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/07/2001 09:29:32 AM | Correspondence | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

RECEIVED EMAIL 12-601 FROM LISA PERRY AT PTC. THE CX RTW ON 12-4-01 AND IS WORKING HIS JOB AS CONTRACT LABOR.

 

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 Add a New Incident Note 

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/07/2001 09:37:40 AM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

RECEIVED CALL FROM LISA PERRY AT PTC. SHE STATED THAT THE CX IS BACK AT WORK AND IS PERFORMING HIS SAME JOB DUTIES. SHE STATED THAT SHE WAS ADVISED BY THE VICE PRESIDENT OF THE COMPANY THAT THE CX SENT AN EMAIL ON 9-25-01 STATED THAT HE WAS AVAILABLE FOR WORK. I ADVISED HER THAT THE CX WAS CERTIFIED FOR DISABILITY AROUND THAT TIME AND THAT HIS CLAIM WOULD DENIED FURTHER BENEFITS.

 Add a New Incident Note 

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
| --- | --- | --- | --- | --- |
| 12/07/2001 09:39:08 AM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

**CLAIM DENIED FURTHER BENEFITS BEYOND 11-30-01. CX HAS RETURNED TO WORK THROUGH A TEMP AGENCY/CONSULTING FIRM.**

 

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/11/2001 10:52:21 AM | Current Case Plan | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

Agree with denial. Cx doing H/O through temp agency. No additional benefits. OK to send letter to Cx.

 

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

          Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 02/27/2004 04:36:43 PM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

**RECEIVED ATTORNEY'S REQUEST. SEE FILE.**

          Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 02/27/2004 04:36:56 PM | Correspondence | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

FILE REQUESTED FROM COLD STORAGE.

    Add a New Incident Note    

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

   Add a New Incident Note       (last record)

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 02/27/2004 04:37:36 PM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CALLED KATHERINE WIIK AND LEFT A MSG FOR RTC. ALSO LEFT MSG THAT AUTH MUST CONTAIN SPECIFIC REQUESTS AND ALSO ADDRESSED TO CONN GEN LIF INSURANCE COMPANY OF NORTH AMERICA.

   Add a New Incident Note       (last record)

REDACTED