UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV,          ) <br>      Plaintiff,           ) <br> v.                     ) <br>                          ) <br> PARAMETRIC TECHNOLOGY    ) <br> CORPORATION, CDI CORPORATION,  ) <br> LISA WALES, and CONNECTICUT    ) <br> GENERAL LIFE INSURANCE CO.,     ) <br>      Defendants.         ) | Civil Action No. 04-12531 (MEL) |

## DECLARATION OF ANGELA WALLACE

Angela Wallace, on oath, deposes and says as follows:

1.    I am employed by Defendant Connecticut General Life Insurance Company ("GCLIC"), which administered and funded the short term disability plan sponsored by Defendant Parametric Technology Corporation ("PTC"). I was the CGLIC claims handler responsible for the claim for short term disability ("STD") benefits filed by Plaintiff Alexei Kouvchinov. I therefore have personal knowledge of the processing of his claim. Copies of notes generated by CGLIC in connection with Mr. Kouvchinov's claim are attached as Exhibit 1.

2.    On October 5, 2001, CGLIC notified Kouvchinov that his STD claim had been approved. A copy of that approval letter is attached as Exhibit 2. At that time, CGLIC informed Kouvchinov that he would receive 100% of his salary for a maximum benefit period of 12 weeks. Ex. 1. Insofar as Kouvchinov's 12 week benefit period began on September 24, 2001, his 100% STD benefit would have ended on December 16, 2001 in the event he continued to remain disabled for the entire period.

3.      On October 4, 11, and 25 2001, via fax, CGLIC requested that Kouvchinov's treating physician, Dr. Freedberg, provide further information as to Kouvchinov's status. See Ex. 1 at pp. 436, 437, 440. On October 26, 2001, Dr. Freedberg provided CGLIC with an additional physician's statement in which he diagnosed Kouvchinov with "Major Depression."   Dr. Freedberg further stated that as of Kouvchinov's last appointment on October 25, 2001, his subjective symptoms were: "depressed, cannot concentrate, low energy and feels hopeless."

4.      Upon CGLIC's receipt of Dr. Freedberg's statement, CGLIC extended its approval of Kouvchinov's STD benefits through November 30, 2001. Ex. 1 at p. 441. On November 15, 2001, CGLIC called Dr. Freedberg's office for an update on Kouvchinov's status.   That same day, Dr. Freedberg left me a voice mail – which was recorded in CGLIC's system -- in which he stated that Kouvchinov was still depressed, had no energy and did nothing other than his daily living.  Dr. Freedberg related that he did not feel that Kouvchinov would return to work until December or January.

5.      On November 15, 2001, I referred Plaintiff's file to CGLIC's medical department for further evaluation.  On November 27, 2001, CGLIC's nurse case manager Brenda Jackson spoke with Dr. Freedberg who reported that Mr. Kouvchinov's last office visit was November 21, 2001 and that "[Kouvchinov is doing a little bit better but is still depressed, his depression is worse in the AM, he continue [sic] to have difficult sleeping, low energy poor concentration."  Ex. 1 at pp. 445-446.  Dr. Freedberg also noticed that Kouvchinov's English was getting worse, and reported that his next office visit was scheduled for December 17, 2001 and he would be discussing RTW [return to work] by the first of the year. Id.  Ms. Jackson reported to him she would discuss a

gradual RTW with PTC and discuss those findings when she called him back for an update on December 18, 2001. Id.  On November 27, 2001, Ms. Jackson concluded that Dr. Freedberg's assessment supported functional impairments and reported the same to me. Id. at 446.

6.     I did not review Ms. Jackson's assessment until December 4. On that day, at 3:59 p.m., I approved Kouvchinov's STD claim through the end of the STD benefits period, (i.e. December 16, 2001), at which time the claim was to be referred for long-term disability evaluation.  At 4:12 p.m. I reported the same to Lisa Perry of PTC by electronic mail.  A copy of my electronic mail message is attached as Exhibit 3.

7.     Until I approved the extension of Kouvchinov's benefits on December 4, 2001, CGLIC's system would not have processed benefit payments beyond the prior approved-through date of November 30, 2001.   This explains why Kouvchinov was not paid benefits beyond November 30th.

8.     On December 6, 2001, Lisa Perry of PTC told me that Kouvchinov had returned to work at PTC on December 4, 2001 through a temporary help agency.  A copy of Mr. Perry's electronic mail message to me is attached as Exhibit 4.

9.     I responded to Ms. Perry by electronic message later that same day.  In my message, which is also reflected in Exhibit 4, I responded by asking whether Kouvchinov was performing the same job duties.   Ms. Perry responded to my question by electronic mail.  In her response, also reflected in Exhibit 4, Ms. Perry advised me that Mr. Kouvchinov was performing the same job duties.

10.    On December 7, 2001, having been informed that Kouvchinov had returned to work in the same capacity, on December 7, 2001, I denied his STD claim. I

entered that decision in CGLIC's Unilynx system. I also voided the benefits check that had been set in motion by my December 4, 2001 approval of the claim.

11.    By letter dated December 10, 2001, a copy of which is attached as Exhibit 5, I informed Kouvchinov that his claim was terminated as of December 4th based on the information that I had received on December 6-7 . Kouvchinov never appealed CGLIC's decision to terminate his benefits.

12.    At no time had Mr. Kouvchinov ever contacted CGLIC to inform CGLIC that he was returning to work. Furthermore, CGLIC was never contacted by Kouvchinov or anyone else in December, 2001 seeking verification of whether Kouvchinov had contacted CGLIC to inform it that he had returned to work.

Signed under the pains and penalties of perjury this 2-6 day of July, 2006.

_Angela Wallace_
Angela Wallace

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2006, a copy of the foregoing was served by electronic mail and through the ECF system on Plaintiff's counsel.

/s/ Guy P. Tully

**EXHIBIT 1**

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

(first record)     Add a New Incident Note     

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/03/2001 10:55:24 AM | Other | Narrative | WELCH, MELODEE | ICARE |

### ICARE Note Text

LEVEL: D2
ICD9: 311
OPT: 31.8
MAX: 365
DOD: 9/11/01
ESC: 11/7/01

(first record)     Add a New Incident Note     

# REDACTED



EXHIBIT
74
3|10|06

08/13/2004

431

| EE: KOUVCHINOV, LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/04/2001 10:18:20 AM | Telephone Call | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

Spoke with Lisa at ER.
Asked for status of claim. Advised that we are evaluating right now. With termination of EE, it raises several questions. She agreed. Cx new of potential termination in July. On 9/10/01 (LDW) Cx was advised that he was terminated. Actual EE status remained until 9/24/01 however. COD is provided beginning 9/17/01. Advised that we are clarifying medical with AP, and hope to reach decision by end of day 10/5/01. Will keep Lisa advised of status.
Cx does not speak clear English per Lisa.

    Add a New Incident Note

## REDACTED

| EE: KOUVCHINOV, .EXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

     Add a New Incident Note     

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/04/2001 02:36:49 PM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CALLED CX AT HOME AND LEFT A MESSAG FOR A RETURN CALL.

     Add a New Incident Note     

REDACTED

08/13/2004

:433

| EE: KOUVCHINOV, LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/04/2001 02:40:00 PM | Medical/Disability Management | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

RECEIVED COMPLETED CLAIM FORM. MEDICAL ON CLAIM FORM INDICATED THAT THE CX WAS TREATED BY DR. LEONARD FREEDBERG FOR MAJOR DEPRESSION ON 9-17-01. THE CX IS TO F/U ON 10-10-01. THE CX HAS BEEN TREATED FOR DEPRESSION PREVIOUSLY IN NOVEMBER 2000. THE DR EXPECTS THE CX TO HE OUT OF WORK UNTILL NOV 2001.

    Add a New Incident Note.    

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

      Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/04/2001 04:33:17 PM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CLAIM APPROVED BASED ON INFORMATION RECEIVED.WILL REQUEST RECORDS AND STAFF CLAIM.

      Add a New Incident Note

REDACTED

08/13/2004
435

| EE: KOUVCHINOV, ^LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

   Add a New Incident Note 

| Date/Time Created | Subject | Detail | Author | Source |
| --- | --- | --- | --- | --- |
| 0/04/2001 04:54:09 PM | Correspondence | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

| AXED REQUEST FOR RECORD TO DR FREEDBERG. |
| --- |

 Add a New Incident Note 

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

   Add a New Incident Note   

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/11/2001 08:29:48 AM | Correspondence | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

Request to AP.
Need updated medical certification and treatment plan. Faxed to AP today.

   Add a New Incident Note   

REDACTED

08/13/2004

437

| EE: KOUVCHINOV, LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS). | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

 Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/12/2001 02:26:09 PM | Correspondence | Narrative | ANDERSON, SCOTT | ICARE |

**ICARE Note Text**

E-mail extension.

We have extended his benefits to 10/26/01 as of today. We have not yet received a response from his physician regarding our request for records. However, we have extended his benefits so that there is no interruption.

We will be following up for records by the end of next week (10/19/01).

Have a great weekend!

Scott Anderson

-----Original Message-----
From: Lisa Perry [SMTP:lperry@ptc.com]
Sent: Friday, October 12, 2001 11:09 AM
To: Wallace, Angela L 212; Anderson, Scott K 212
Subject: Re: kouvchinov

**REDACTED**

Angela,

Has Alexei Kouvchinov's short term disability been extended past 10/12/01?

Thanks and have a nice day!

-Lisa

Add a New Incident Note

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

     Add a New Incident Note     

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/18/2001 01:54:13 PM | Medical/Disability Management | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

Received medical records.
Cx being seen every 2 weeks in treatment. Last seen 10/10/01. Continues to have problems with depression. Claim is approved through 10/26/01 at this time. Diaried for request to AP on 10/24/01 to have MI form completed.

     Add a New Incident Note     

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 10/25/2001 06:04:32 PM | Correspondence | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

| faxed ap form to dr freedberg. |
|---|

    Add a New Incident Note    

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

 Add a New Incident Note 

| Date/Time Created | Subject | Detail | Author | Source |
| --- | --- | --- | --- | --- |
| 10/29/2001 12:40:51 PM | Current Case Plan | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

Benefits extended through 11/30/01.
Will follow up for RTW date, as Cx estimates potential RTW 11/17/01.

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/15/2001 10:01:45 AM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CALLED DR. FREEDBERG AND LEFT A MESSAGE FOR A RETURN CALL.

    Add a New Incident Note    

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/15/2001 03:45:38 PM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

RECEIVED VM MSG FROM DR. FREEDBERG. HE STATED THAT THE CX IS UNABLE TO RTW AT THIS TIME. HE STATED THAT THE CX IS STILL DEPRESSED AND IS TAKING WELBUTRIN. HE STATED THAT THE CX HAS NO ENERGY AND DOES NOTHING OTHER THAN HIS DAILY LIVING. HE STATED THAT THE CX IS DOING BETTER, HOWEVER HE DOESN'T FEEL THAT THE CX WILL RTW UNTIL DEC OR JAN.

 

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

     Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/15/2001 03:51:03 PM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

FILE WILL BE REFERRED TO MC FOR EVALUATION FOR CONTINUED DISABILITY.

     Add a New Incident Note

REDACTED

08/13/2004

444

| EE: KOUVCHINOV, LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/27/2001 03:23:58 PM | Medical/Disability Management | Narrative | JACKSON, BRENDA | ICARE |

### ICARE Note Text

PROVIDER INTERVIEW 11/27/01
OCCUPATION: MCAD Software Engineer

Provider made aware of occupation, duties and job level.

S_x_, L___, M____, H_____

**REDACTED**

AP WHO CERTIFIED THE DISABILITY: Dr. Freedberg
SPECIALTY: Psychiatrist
CONTACT PERSON AND TITLE: Dr. Freedberg
DIAGNOSIS & ICD-9 CODE: 296.33 MDD/severe/with Psychotic Features

ACTUAL DISABLING DIAGNOSIS/CONDITION: Low energy, poor concentration, depressed
DATE OF DISABILITY FOR THIS CONDITION: 9/11/01

LOV: 11/21/01
NOV: 12/17/01

OBJECTIVE FINDINGS AND DIAGNOSTICS TO SUPPORT THE DISABLING DIAGNOSIS:
According to AP the claimant is doing a little better but he is still depressed, his depression is worse in the AM,
he continue to have difficult sleeping, low energy poor concentration. AP has notice that his English is getting
worse; the claimant is from Russia. His psychosis has resolved, appetite improved and he is not suicidal.
According to AP the claimant is divorced and has a 7-year-old son. The claimant has very little support and he
isolates himself. AP reports the claimant has no particular stressors he has had family problems in the past and
his is a recurrent depression and this one is the most severe. His GAF at this time is 45. His medication is
Wellbutrin 150mg BID, Sonata 10mg qHs, Remeron 15-30mg qd. Dr. Freedberg reported the claimant next
office visit is 12/17/01 and he will be discussing RTW by the first of the year. I reported to him I would discuss
gradual RTW with his ER and discuss my finding when I call him back for an update on 12/18/01.
***see next note**********

    Add a New Incident Note    

Case 1:04-cv-12531-MEL     Document 60     Filed 06/05/2006     Page 13 of 23     Page 1 of

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

   Add a New Incident Note   

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/27/2001 03:25:31 PM | Medical/Disability Management | Narrative | JACKSON, BRENDA | ICARE |

### ICARE Note Text

NCM Assessment
Medical supports functional impairments as evidenced by medical received.
Review of job description reveals sedentary work.
CCOG Duration guidelines for Major depression with psychotic features, 21 days for part-time RTW and 28 days for full-time RTW. Red flag indicators/ Prior episodes of disability Family dysfunction; limited coping resources (social)

ACTION PLAN:
Report the above to the CM
  CM will update with AP on 12/18/01
  CM will call ER to ask about part-time work.

   Add a New Incident Note   

REDACTED

| EE: KOUVCHINOV, .EXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 11/27/2001 03:25:53 PM | Current Case Plan | Narrative | JACKSON, BRENDA | ICARE |

### ICARE Note Text

NCM Assessment
Medical supports functional impairments as evidenced by medical received.
Review of job description reveals sedentary work.
CCOG Duration guidelines for Major depression with psychotic features, 21 days for part-time RTW and 28 days for full-time RTW. Red flag indicators/ Prior episodes of disability Family dysfunction; limited coping resources (social)

ACTION PLAN:
Report the above to the CM
* CM will update with AP on 12/18/01
  CM will call ER to ask about part-time work.

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/04/2001 03:59:59 PM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CLAIM WILL BE REFERRED TO SCM FOR REVIEW OF LTD. NO FURTHER IMPACT CAN BE MADE AT THIS POINT. THE CX'S NEXT OV IS 12-18-01 AND THE STD TERM DATE IS 12-16-01. WILL PAY TO THE END OF STD AND REFER TO LTD FOR EVAL.

 

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/04/2001 05:10:49 PM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

RECEIVED CALL FROM LISA PERRY. SHE STATED THAT THE CX IS BACK AT WORK. SHE STATED THAT THE CX WAS AT WORK TODAY, SHE STATED THAT THE CX IS WORKING A CONTRACT POSITION. SHE STATED THAT SHE WILL CHECK WITH THE MANAGER TO VERIFY THE DATE HE RTW AND RETURN THE CALL.

 

Add a New Incident Note

REDACTED

08/13/2004

449

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/07/2001 09:29:32 AM | Correspondence | Narrative | WALLACE, ANGELA | ICARE |

**ICARE Note Text**

RECEIVED EMAIL 12-601 FROM LISA PERRY AT PTC. THE CX RTW ON 12-4-01 AND IS WORKING HIS JOB AS CONTRACT LABOR.

    Add a New Incident Note    

REDACTED

Page 1 of

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

 

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/07/2001 09:37:40 AM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

RECEIVED CALL FROM LISA PERRY AT PTC. SHE STATED THAT THE CX IS BACK AT WORK AND IS PERFORMING HIS SAME JOB DUTIES. SHE STATED THAT SHE WAS ADVISED BY THE VICE PRESIDENT OF THE COMPANY THAT THE CX SENT AN EMAIL ON 9-25-01 STATED THAT HE WAS AVAILABLE FOR WORK. I ADVISED HER THAT THE CX WAS CERTIFIED FOR DISABILITY AROUND THAT TIME AND THAT HIS CLAIM WOULD DENIED FURTHER BENEFITS.

 

Add a New Incident Note

REDACTED

08/13/2004
451

| EE: KOUVCHINOV, .EXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note    

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 12/07/2001 09:39:08 AM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CLAIM DENIED FURTHER BENEFITS BEYOND 11-30-01. CX HAS RETURNED TO WORK THROUGH A TEMP AGENCY/CONSULTING FIRM.

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, ALEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

  Add a New Incident Note  

| Date/Time Created | Subject | Detail | Author | Source |
| --- | --- | --- | --- | --- |
| 12/11/2001 10:52:21 AM | Current Case Plan | Narrative | ANDERSON, SCOTT | ICARE |

### ICARE Note Text

Agree with denial. Cx doing H/O through temp agency. No additional benefits. OK to send letter to Cx.

  Add a New Incident Note  

REDACTED

08/13/2004

453

| FE: KOUVCHINOV, LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

## View the Details for an Incident Note

Add a New Incident Note

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 02/27/2004 04:36:43 PM | Current Case Plan | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

RECEIVED ATTORNEY'S REQUEST. SEE FILE.

Add a New Incident Note

REDACTED

| EE: KOUVCHINOV, LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
|---|---|---|---|---|
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

  Add a New Incident Note  

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 02/27/2004 04:36:56 PM | Correspondence | Narrative | WALLACE, ANGELA | ICARE |

#### ICARE Note Text

FILE REQUESTED FROM COLD STORAGE.

  Add a New Incident Note  

REDACTED

08/13/2004

455

Page 1 of 1

| EE: KOUVCHINOV, LEXEI | SSN: | DOI: 09/11/2001 | ER: PARAMETRIC TECHNOLOGY CORPORATION(DIS) | ID: |
| WCC: | LTD: | STD: 203416007300 | ICMS: | Other: |

### View the Details for an Incident Note

    Add a New Incident Note    (last record)

| Date/Time Created | Subject | Detail | Author | Source |
|---|---|---|---|---|
| 02/27/2004 04:37:36 PM | Telephone Call | Narrative | WALLACE, ANGELA | ICARE |

### ICARE Note Text

CALLED KATHERINE WIIK AND LEFT A MSG FOR RTC. ALSO LEFT MSG THAT AUTH MUST CONTAIN SPECIFIC REQUESTS AND ALSO ADDRESSED TO CONN GEN LIF INSURANCE COMPANY OF NORTH AMERICA.

    Add a New Incident Note    (last record)

REDACTED

**EXHIBIT 2**



Angela Wallace
Case Manager
CIGNA Disability Management Solutions

## REDACTED

October 5, 2001

Routing 212E
12225 Greenville Ave.
Dallas, TX 75243-9382
Telephone 1.800.352.0611 x 8734
Facsimile 860.731.3533

ALEXEI KOUVCHINOV
4881 WASHINGTON ST. #1
WEST RONBURY, MA 02132

RE:  Claimant          : ALEXEI KOUVCHINOV
     SSN
     Policyholder      : PARAMETRIC TECHNOLOGY CORP.
     Policy Key        : 2034160
     Administered by   : Connecticut General Life Insurance Company

Dear Mr. Kouvchinov:

We are pleased to advise you that your claim for Short-Term Disability benefits have been approved. Your first check is being sent under separate cover in the amount of **$1014.33** representing benefits due for the period of **09/24/01** through **09/30/01**.

The captioned disability account provides benefits at **100% of your Basic Weekly Earnings**. Benefits commence following a waiting period of **7 days** due to sickness.

As long as you remain totally disabled from performing the duties of your occupation, benefits will be payable for a maximum of **12 weeks**. Checks will be sent at weekly intervals at the end of each benefit period.

Your disability benefits are currently considered taxable income for Social Security (FICA) Tax, Federal Income (FIT) Tax, and in some cases, State Tax purposes. FICA taxes are mandatory and are automatically deducted from disability income benefits issued during the six calendar months immediately following the month in which you last worked.

Federal Income Taxes may be deducted from your Disability income benefits on an entirely voluntary basis. Should you wish to have all or a portion of your FIT taxes due on your Disability Income benefits withheld from your Disability Income check, you will need to complete a Federal Tax Withholding Form (W-4S), which you may obtain through our office or your local IRS office, and submit it to our office in order for withholding to commence on future checks. The law requires that you designate on the Form W-4S the amount you want withheld and that the amount be no less than $20.00 per week and expressed in whole dollars.

RESP00004

October 5, 2001
Page 2

You may cancel or change your deduction amount at any time by completing another Form W-4S.

Based on the last information provided by your doctor, your benefits were approved through October 12, 2001. I am unable to provide benefits beyond that date without additional medical documentation. **Please have your attending physician complete the enclosed form and return it back to our office if you wish to claim benefits beyond this date.** You may return this form via fax to 860.731.3533, or by mail with the enclosed envelope. If you should return to work before this date, notify us immediately to avoid an overpayment of benefits. **Please note that a doctor's slip or note that you cannot return to work is not sufficient.**

Please review your insurance information available from your employer to determine if you are eligible for additional benefits.

Should you have any additional questions, please do not hesitate to contact this office. My office hours are 8:00 am to 4:30 pm central standard time. It has been our pleasure to be of service to you.

Sincerely,


Angela Wallace
Case Manager


Cc: Parmetric Technology
    140 Kendrick St.
    Needham, MA  02494
    Attn: Lisa Perry

RESP00005

**EXHIBIT 3**

**Lisa Perry**

| | |
|---|---|
| From: | Wallace, Angela L    212 [Angela.Wallace@cigna.com] |
| Sent: | Tuesday, December 04, 2001 4:12 PM |
| To: | 'LISA PERRY' |
| Subject: | KOUVCHINOV |

Alexei Kouvchinov was extended to 12-16-01 and referred to LTD.



Angela Wallace
Case Manager
CIGNA Disability Management Solutions
1-800-352-0611 ext. 8734
Angela.Wallace@Cigna.com.

------------------------------------------------------------------------

CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately
notify the sender by e-mail at the address shown.  This e-mail transmission may contain
confidential information.  This information is intended only for the use of the individual
(s) or entity to whom it is intended even if addressed incorrectly.  Please delete it from
your files if you are not the intended recipient.  Thank you for your compliance. )
Copyright 2001 CIGNA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

1

RESP00009

**EXHIBIT 4**

Lisa Perry

| | |
|---|---|
| **From:** | Wallace, Angela L    212 [Angela.Wallace@cigna.com] |
| **Sent:** | Thursday, December 06, 2001 5:39 PM |
| **To:** | 'lperry@ptc.com' |
| **Subject:** | RE: Alexel Kouvchinov short term disability |

He was paid through 11-30-01.

> -----Original Message-----
> From:    Lisa Perry [SMTP:lperry@ptc.com]
> Sent:    Thursday, December 06, 2001 4:00 PM
> To: Wallace, Angela L    212
> Subject:  RE: Alexei Kouvchinov short term disability
>
> What was the date in which Alexei was paid through?  Thanks!
>
>
> -----Original Message-----
> From: Wallace, Angela L 212 [mailto:Angela.Wallace@cigna.com]
> Sent: Thursday, December 06, 2001 4:40 PM
> To: 'lperry@ptc.com'
> Subject: RE: Alexei Kouvchinov short term disability
>
> Based on this information his claim is denied further benefits and will be
> closed.
>
> Thanks.
>
> > -----Original Message-----
> > From: Lisa Perry [SMTP:lperry@ptc.com]
> > Sent: Thursday, December 06, 2001 1:24 PM
> > To:    Wallace, Angela L    212
> > Subject:    RE: Alexei Kouvchinov short term disability
> >
> > Angela,
> >
> > I have been advised that Alexei is working on database repair for
> Pro/dbm
> > which is very similar to what he did previously.  Thanks!
> >
> > -Lisa
> >
> > -----Original Message-----
> > From: Wallace, Angela L 212 [mailto:Angela.Wallace@cigna.com]
> > Sent: Thursday, December 06, 2001 11:08 AM
> > To: lperry@ptc.com
> > Subject: RE: Alexei Kouvchinov short term disability
> >
> > Is he performing his previous job duties?
> >
> > > -----Original Message-----
> > > From: Lisa Perry [SMTP:lperry@ptc.com]
> > > Sent: Thursday, December 06, 2001 8:24 AM
> > > To:  Wallace, Angela L 212; Anderson, Scott K 212
> > > Subject:    Alexei Kouvchinov short term disability
> > > Importance:  High
> > >
> > > Good morning,
> > >
> > > I wanted to let you know that Alexei is working at PTC as a contractor
> > > through a temp agency.  The effective date of returning to work was
> > > 12/04/01.  Please let me know what will happen at this point.  Thanks
> > and
> > > have a nice day!

1

RESP00010

**EXHIBIT 5**

Angela Wallace
Case Manager
Disability Management Solutions

EXHIBIT
K      28
SW   11/14/05



**CIGNA** Group Insurance
Life · Accident · Disability

December 10, 2001

ALEXEI KOUVCHINOV
4881 WASHINGTON ST. #1
WEST ROXBURY, MA 02132

Routing
12225 Greenville Ave
Dallas TX 75243-9384
Telephone (800)352-0611 x5609
Facsimile (860)731-3413

Re: Claimant  : ALEXEI KOUVCHINOV
    SS#       REDACTED
    Employer  : PARMETRIC TECHNOLOGY CORP.
    Policy#   : 2034160
    Company   : CONNECTICUT GENRAL LIFE INSURANCE COMPANY

Dear Mr. Kouvchinov:

We have carefully reviewed your claim for Long Term Disability benefits under the
Parametric Technology Corp's group insurance plan and advise you that we cannot consider
you totally disabled and as such, eligible to receive benefits beyond November 30, 2001.

Under the Parametric Technology Corp. Short Term disability policy, the definition of
disability is as follows:

    An Employee is Disabled if, because of Injury or Sickness,

    1.    He or she is unable to perform all the material duties of his or her regular
          occupation.

We were contacted on December 6, 2001 and was advised that you returned to work at
Parametric Technology Corp. as a temporary employee on December 4, 2001. As such, under
the above definition of disability, we can not consider you totally disabled under this policy.

At this time, Short Term Disability benefits are denied. We are not able to consider you
disabled under the terms and meanings of this policy. Your claim has been closed at this
time.

We realize there may be factors of which we are unaware, and if you feel this determination
is incorrect, we shall be pleased to review any objective medical evidence either you or your
attending physician may wish to submit and, if the information warrants, alter our decision.
If you will be submitting additional medical information, we respectfully request that you
have the attending physician most familiar with your condition provide you with a medical
narrative which objectively discusses the basis of the physician's opinion.

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York
A  011

ALEXEI KOUVCHIN
Page 2

You may request a review of this denial by writing to the Life Insurance Company of North America Representative signing this letter. The written request for a review must be sent within 60 days of receipt of this letter and state the reason why you feel your claim should not have been denied. Include any documentation (e.g. medical data) that you feel supports your claim. Under normal circumstances, you will be notified of the final decision within 60 days of the date your request for review is received. If there are special circumstances requiring delay, you will be notified of the final decision no later than 120 days after your request is received.

Nothing contained in this letter should be construed as a waiver of any rights or defenses under the policy. This determination has been made in good faith and without prejudice under the terms and conditions of the contract, whether or not specifically mentioned herein. Should you have any information which would prove contrary to our findings, please submit it to us. We will be pleased to review any objective information you may wish to submit.

If you have any questions or concerns regarding the outcome or handling of your claim, please contact our office to discuss.

Sincerely,

Angela Wallace
Case Manager
1-800-352-0611 ext 8734

A 012