UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXEI KOUVCHINOV, <br><br> Plaintiff, <br><br> v. <br><br> PARAMETRIC TECHNOLOGY CORPORATION, CDI CORPORATION, LISA WALES, and CONNECTICUT GENERAL LIFE INSURANCE CO., <br><br> Defendants. | Civil Action No. 04-12531 (MEL) |

## NOTICE OF APPEAL

Plaintiff Alexei Kouvchinov appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on August 6, 2007.

ALEXEI KOUVCHINOV
By his attorneys,

Stephen S. Churchill (BBO# 564158)
WilmerHale Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130
(617) 390-2578
schurchi@law.harvard.edu

Dated: August 24, 2007

---

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing document on all parties by hand/mail on  8/24/07

---