## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12531

Alexei Kouvchinov

v.

Parametric Technology Corp.

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-67

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/27/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 10, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: ___9\11\07___

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12531-MEL

| | |
|---|---|
| Kouvchinov v. Parametric Technology Corp. et al | Date Filed: 12/02/2004 |
| Assigned to: Senior Judge Morris E. Lasker | Date Terminated: 07/31/2007 |
| Cause: 29:1001 E.R.I.S.A.: Employee Retirement | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Alexei Kouvchinov**          represented by **Stephen S. Churchill**
Hale and Dorr Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
617-390-2578
Fax: 617-522-0715
Email: schurchi@law.harvard.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Parametric Technology Corp.**          represented by **Guy P. Tully**
Jackson Lewis LLP
75 Park Plaza
4th Floor
Boston, MA 02327
617-367-0025
Fax: 617-367-2155
Email: tullyg@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CDI Corp.**          represented by **Amy L. Nash**
*TERMINATED: 03/17/2006*          WilmerHale LLP
60 State Street
Boston, MA 02109
617-526-6106
Fax: 617-526-5000
Email: amy.nash@wilmerhale.com
*TERMINATED: 03/17/2006*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Suzanne M. Suppa**
Littler Mendelson
One International Place
Suite 2700
Boston, MA 02110
617-378-6000
Fax: 617-737-0052
Email: ssuppa@littler.com
*TERMINATED: 03/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wales** represented by **Guy P. Tully**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Connecticut General Life Insurance Co.** represented by **David B. Crevier**
*TERMINATED: 03/06/2006*
Crevier & Ryan LLP
1500 Main Street
Suite 2020
Springfield, MA 01115-5532
413-787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2004 | 1 | COMPLAINT against CDI Corp., Connecticut General Life Insurance Co., Parametric Technology Corp., Lisa Wales Filing fee: $ 150, receipt number 60477, filed by Alexei Kouvchinov.(Howarth, George) (Entered: 12/03/2004) |
| 12/02/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Howarth, George) (Entered: 12/03/2004) |
| 12/02/2004 |  | Summons Issued as to CDI Corp., Connecticut General Life Insurance Co., Parametric Technology Corp., Lisa Wales. (Howarth, George) (Entered: 12/03/2004) |
| 02/28/2005 | 2 | NOTICE of Appearance by David B. Crevier on behalf of Connecticut General Life Insurance Co. (Crevier, David) (Entered: 02/28/2005) |
| 03/07/2005 | 3 | ANSWER to Complaint by Parametric Technology Corp..(Tully, Guy) |

| | | |
|---|---|---|
| | | (Entered: 03/07/2005) |
| 03/07/2005 | 4 | ANSWER to Complaint by Lisa Wales.(Tully, Guy) (Entered: 03/07/2005) |
| 03/07/2005 | 5 | NOTICE of Appearance by Guy P. Tully on behalf of Parametric Technology Corp., Lisa Wales (Tully, Guy) (Entered: 03/07/2005) |
| 03/07/2005 | 6 | CORPORATE DISCLOSURE STATEMENT by Parametric Technology Corp.. (Tully, Guy) (Entered: 03/07/2005) |
| 03/10/2005 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 4/21/2005 02:15 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 03/10/2005) |
| 03/11/2005 | 8 | SUMMONS Returned Executed CDI Corp. served on 2/22/2005, answer due 3/14/2005. (Abaid, Kim) (Entered: 03/15/2005) |
| 03/11/2005 | 9 | SUMMONS Returned Executed Connecticut General Life Insurance Co. served on 3/8/2005, answer due 3/28/2005. (Abaid, Kim) (Entered: 03/15/2005) |
| 03/14/2005 | 10 | CORPORATE DISCLOSURE STATEMENT by CDI Corp.. (Abaid, Kim) (Entered: 03/15/2005) |
| 03/14/2005 | 11 | ANSWER to Complaint by CDI Corp.(Abaid, Kim) (Entered: 03/15/2005) |
| 03/16/2005 | 12 | SUMMONS Returned Executed Lisa Wales served on 3/7/2005. (Bell, Marie) (Entered: 03/17/2005) |
| 03/16/2005 | 13 | SUMMONS Returned Executed Parametric Technology Corp. served on 3/7/2005. (Bell, Marie) (Entered: 03/17/2005) |
| 03/21/2005 | 14 | MOTION for Authorization of student representation by Alexei Kouvchinov.(Howarth, George) (Entered: 03/23/2005) |
| 03/25/2005 | 15 | AMENDED ANSWER to *Plaintiff's Complaint* by Parametric Technology Corp.. (Tully, Guy) (Entered: 03/25/2005) |
| 03/25/2005 | 16 | AMENDED ANSWER to *Plaintiff's Complaint* by Lisa Wales. (Tully, Guy) (Entered: 03/25/2005) |
| 03/28/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Connecticut General Life Insurance Co.. (Crevier, David) (Entered: 03/28/2005) |
| 03/28/2005 | 18 | MOTION to Dismiss *Count III of Plaintiff's Complaint* by Connecticut General Life Insurance Co..(Crevier, David) (Entered: 03/28/2005) |
| 04/01/2005 | | NOTICE of Scheduling Conference Scheduling Conference set for 4/21/2005 02:15 PM and Motion Hearing will be held on the same time in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 04/01/2005) |
| 04/07/2005 | 19 | MOTION for Extension of Time to 4/18/05 to File Response/Reply as to 18 MOTION to Dismiss *Count III of Plaintiff's Complaint* by Alexei |

| | | |
|---|---|---|
| | | Kouvchinov.(Churchill, Stephen) (Entered: 04/07/2005) |
| 04/11/2005 | | Judge Morris E. Lasker : ORDER entered granting 19 Motion for Extension of Time to File Response/Reply re 19 MOTION for Extension of Time to 4/18/05 to File Response/Reply as to 18 MOTION to Dismiss *Count III of Plaintiff's Complaint* (Howarth, George) (Entered: 04/19/2005) |
| 04/12/2005 | 20 | NOTICE of Appearance by David B. Crevier on behalf of Connecticut General Life Insurance Co. (Crevier, David) (Entered: 04/12/2005) |
| 04/14/2005 | 21 | JOINT STATEMENT re scheduling conference. (Churchill, Stephen) (Entered: 04/14/2005) |
| 04/14/2005 | 22 | CERTIFICATION pursuant to Local Rule 16.1 by Connecticut General Life Insurance Co..(Crevier, David) (Entered: 04/14/2005) |
| 04/14/2005 | 23 | CERTIFICATION pursuant to Local Rule 16.1 by Alexei Kouvchinov. (Churchill, Stephen) (Entered: 04/14/2005) |
| 04/15/2005 | 24 | CERTIFICATE OF CONSULTATION *of Lisa Wales* by Guy P. Tully on behalf of Lisa Wales. (Tully, Guy) (Entered: 04/15/2005) |
| 04/15/2005 | 25 | CERTIFICATE OF CONSULTATION *of Parametric Technology Corporation Pursuant To Rule 16.1* by Guy P. Tully on behalf of Parametric Technology Corp.. (Tully, Guy) (Entered: 04/15/2005) |
| 04/15/2005 | 27 | CERTIFICATION pursuant to Local Rule 16.1 by CDI Corp..(Howarth, George) (Entered: 04/26/2005) |
| 04/18/2005 | 26 | Opposition re 18 MOTION to Dismiss *Count III of Plaintiff's Complaint* filed by Alexei Kouvchinov. (Churchill, Stephen) (Entered: 04/18/2005) |
| 04/21/2005 | 28 | Judge Morris E. Lasker : ORDER entered denying 18 Motion to Dismiss. For full text see docket no.28. (Howarth, George) Modified on 4/27/2005 (Howarth, George). (Entered: 04/27/2005) |
| 04/27/2005 | | Clerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing re 14 MOTION Authorization of student representation filed by Alexei Kouvchinov,Arguments,motion taken under advisement, Scheduling Conference Court adopts schedule as proposed. (Court Reporter none.) (Howarth, George) (Entered: 04/27/2005) |
| 05/09/2005 | 29 | ANSWER to Complaint by Connecticut General Life Insurance Co.. (Crevier, David) (Entered: 05/09/2005) |
| 05/13/2005 | 30 | Document disclosure by CDI Corp.. (Attachments: # 1 Exhibit A) (Howarth, George) (Entered: 05/16/2005) |
| 12/28/2005 | | Judge Morris E. Lasker : Electronic ORDER entered granting 14 Motion Authorization of Student Representation (Howarth, George) (Entered: 12/28/2005) |
| 01/20/2006 | 31 | Joint MOTION for Extension of Time to March 15, 2006 to Complete Discovery *and For Extension of Summary Judgment Deadlines* by Alexei |

| | | |
|---|---|---|
| | | Kouvchinov.(Churchill, Stephen) (Entered: 01/20/2006) |
| 01/24/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 31 Motion for Extension of Time to Complete Discovery (Howarth, George) (Entered: 01/26/2006) |
| 03/06/2006 | 32 | STIPULATION of Dismissal *With Prejudice As To Count III of the Complaint and Connecticut General Life Insurance Company* by Connecticut General Life Insurance Co.. (Crevier, David) (Entered: 03/06/2006) |
| 03/07/2006 | 33 | Joint MOTION for Extension of Time to March 31, 2006 to Complete Discovery by Alexei Kouvchinov.(Churchill, Stephen) (Entered: 03/07/2006) |
| 03/07/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 33 Motion for Extension of Time to Complete Discovery (Howarth, George) (Entered: 03/09/2006) |
| 03/07/2006 | 34 | STIPULATION of Dismissal With Prejudice Between Alexei Kouvhinov and CDI Corp. (Howarth, George) Modified on 3/17/2006 (Howarth, George). (Entered: 03/17/2006) |
| 03/17/2006 | | Notice of correction to docket made by Court staff. Correction: Name of terminated party corrected because: That the party CDI Corp should have been terminated (Howarth, George) (Entered: 03/17/2006) |
| 04/11/2006 | 35 | Joint MOTION for Extension of Time to May 26, 2006 and related dates to File Summary Judgment Materials by Parametric Technology Corp., Lisa Wales.(Tully, Guy) (Entered: 04/11/2006) |
| 04/20/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 35 Motion for Extension of Time (Howarth, George) (Entered: 04/20/2006) |
| 05/19/2006 | 36 | Assented to MOTION for Extension of Time to June 2, 2006 and other related dates to File *summary judgment motions, oppositions and replies* by Parametric Technology Corp., Lisa Wales.(Tully, Guy) (Entered: 05/19/2006) |
| 05/23/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 36 Motion for Extension of Time to File (Howarth, George) (Entered: 05/23/2006) |
| 06/02/2006 | 37 | STIPULATION of Dismissal *of Counts VI and VII* by Alexei Kouvchinov. (Churchill, Stephen) (Entered: 06/02/2006) |
| 06/05/2006 | 38 | MOTION for Summary Judgment by Parametric Technology Corp., Lisa Wales.(Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 39 | MEMORANDUM in Support re 38 MOTION for Summary Judgment filed by Parametric Technology Corp., Lisa Wales. (Tully, Guy) Additional attachment(s) added on 6/6/2006 (Howarth, George). (Entered: 06/05/2006) |
| 06/05/2006 | 40 | STATEMENT of facts re 38 MOTION for Summary Judgment *Filed By Parametric Technology Corporation and Lisa Wales*. (Tully, Guy) |

|  |  | Additional attachment(s) added on 6/6/2006 (Howarth, George). (Entered: 06/05/2006) |
|---|---|---|
| 06/05/2006 | 41 | DECLARATION re 38 MOTION for Summary Judgment by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 42 | EXHIBIT re 41 Declaration *Exhibit A* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 43 | EXHIBIT re 41 Declaration *Exhibit B* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 44 | EXHIBIT re 41 Declaration *Exhibit C* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 45 | EXHIBIT re 41 Declaration *Exhibit D* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 46 | EXHIBIT re 41 Declaration *Exhibit F* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 47 | EXHIBIT re 41 Declaration *Exhibit G* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 48 | EXHIBIT re 41 Declaration *Exhibit H* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 49 | EXHIBIT re 41 Declaration *Exhibit I* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 50 | EXHIBIT re 41 Declaration *Exhibit J* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 51 | EXHIBIT re 41 Declaration *Exhibit K* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 52 | EXHIBIT re 41 Declaration *Exhibit L* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 53 | EXHIBIT re 41 Declaration *Exhihbit E-1* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 54 | EXHIBIT re 41 Declaration *Exhibit M* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 55 | EXHIBIT re 41 Declaration *Exhibit E-2* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 56 | EXHIBIT re 41 Declaration *Exhibit O* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 57 | EXHIBIT re 41 Declaration *Exhibit N-1* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 58 | EXHIBIT re 41 Declaration *Exhibit N-2* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |

| | | |
|---|---|---|
| 06/05/2006 | 59 | EXHIBIT re 41 Declaration *Exhibit N-3* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 60 | EXHIBIT re 41 Declaration *Exhibit N-4* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/06/2006 |  | Notice of correction to docket made by Court staff. Correction: Docket No. 39 corrected because: Notified by counsel that incorrect pleading was filed, Replaced with correct pleading (Howarth, George) (Entered: 06/06/2006) |
| 06/06/2006 |  | Notice of correction to docket made by Court staff. Correction: Docket No. 40 corrected because: Notified by counsel of incorrect pleading filed. Corrrect pleading filed. (Howarth, George) (Entered: 06/06/2006) |
| 07/06/2006 | 61 | Opposition re 38 MOTION for Summary Judgment filed by Alexei Kouvchinov. (Churchill, Stephen) (Entered: 07/06/2006) |
| 07/06/2006 | 62 | STATEMENT of facts *by Plaintiff*. (Churchill, Stephen) (Entered: 07/06/2006) |
| 07/06/2006 | 63 | DECLARATION *of Stephen Churchill* by Alexei Kouvchinov. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V# 23 Exhibit W# 24 Exhibit X# 25 Exhibit Y# 26 Exhibit Z# 27 Exhibit AA# 28 Exhibit BB)(Churchill, Stephen) (Entered: 07/06/2006) |
| 07/27/2006 | 64 | REPLY to Response to Motion re 38 MOTION for Summary Judgment filed by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 07/27/2006) |
| 07/27/2006 | 65 | DECLARATION re 64 Reply to Response to Motion *Declaration of Angela Wallace* by Parametric Technology Corp., Lisa Wales. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Tully, Guy) (Entered: 07/27/2006) |
| 08/01/2006 |  | ELECTRONIC NOTICE of Hearing on Motion 38 MOTION for Summary Judgment: Motion Hearing set for 9/13/2006 02:30 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 08/01/2006) |
| 09/13/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 9/13/2006 re 38 MOTION for Summary Judgment filed by Parametric Technology Corp.,. Lisa Wales. Arguments,motion taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 09/15/2006) |
| 07/31/2007 | 66 | Judge Morris E. Lasker : ORDER entered granting 38 Motion for Summary Judgment. For Full Text see Docket No.66 (Howarth, George) (Entered: 08/06/2007) |

| 08/27/2007 | 67 | NOTICE OF APPEAL as to 66 Order on Motion for Summary Judgment by Alexei Kouvchinov NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/17/2007. (Howarth, George) (Entered: 08/30/2007) |
|---|---|---|
| 08/30/2007 |  | Filing fee: $ 455.99, receipt number 82030 for 67 Notice of Appeal. (Howarth, George) (Entered: 08/30/2007) |