UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12531

Alexei Kouvchinov

v.

Parametric Technology Corp.

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-67

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/27/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 10, 2007.

Sarah A Thornton, Clerk of Court

By: _____
    Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 9/11/07

_____SC_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2395

- 3/06